## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank M. Machi Jr., aka Frank M. Machi<br>Debtor(s) | CHAPTER 11<br><br>BKY. NO. 14-23154 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for DLJ Mortgage Capital, Inc. and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/ James C. Warmbrodt, Esquire**
                  James C. Warmbrodt, Esquire
                  jwarmbrodt@kmllawgroup.com
                  Attorney I.D. No. 42524
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  Phone: (215)-627-1322


                  Attorney for Movant/Applicant