UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: March 2017

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_/s/ Frank M. Machi, Jr._
Signature of Debtor

_4-20-17_
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Preparer

_____
Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.                                               Case No. 14-23154-CMB

Debtor                                                   Reporting Period: MARCH 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 7791.00 | 262736.51 |
| **Total Receipts** | 7791.00 | 262736.51 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 3277.25 | 35668.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | 644.25 |
| Utilities | 612.87 | 30575.51 |
| Insurance | | 12096.66 |
| Auto Expense | 177.41 | 24947.15 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance  Contractor | 1834.83 | 27005.74 |
| Medical Expenses | 154.60 | 3042.25 |
| Household Expenses | 392.92 | 4169.93 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 1463.34 |
| Taxes - Personal Property | | 50.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 669.48 |
| Gifts | | 1267.64 |
| Other (attach schedule) | 1376.56 | 22455.22 |
| **Total Ordinary Disbursements** | 7856.44 | 164055.24 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 7700.24 |
| U. S. Trustee Fees | | 4538.43 |
| Other Reorganization Expenses (attach schedule) | | 10082.79 |
| **Total Reorganization Items** | | 22321.27 |
| **Total Disbursements (Ordinary + Reorganization)** | 7856.44 | 186376.51 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (65.44) | 76360.00 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 98.35 | 98.35 |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.  
Debtor

Case No. 14-23154-CMB  
Reporting Period: MARCH 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Real Estate Comm | 1732.01 | |
| Rent | 5469.50 | |
| Construction | 500.00 | |
| Misc - Rebates | 89.56 | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Bank s/c | 11.49 | |
| Vending Buss. Exp | 1198.03 | |
| Office | 16.80 | |
| Parking | 26.00 | |
| Keller Williams Fees | 124.25 | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Machi, Jr., Frank M.  
Debtor

Case No. 14-23154-CMB  
Reporting Period: MARCH 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
|  |  | Number of Days Past Due |  |  |  |  |
| Accounts Payable |  |  |  |  |  |  |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders* |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____  
_____  
_____  
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: MARCH 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

BT

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | . |

BT

2014-2015 Tax returns 2016-under extension

2. GIRLFRIEND / OFFICE GIRL PAID SOME AUTO REG. ON LINE FROM HER BANK ACCOUNT FOR ME. SEE RECEIPTS.

FORM MOR-5
(9/99)



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Shadyside Office
Account Number:
Type: Checking & Simple

FRANK MACHI JR
DEBTOR IN POSSESSION
CASE NUMBER 14-23154
3823 MINTWOOD ST
PITTSBURGH PA 15201-1221

Page 1 of 6
Statement from:
March 1 to March 31, 2017

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 4,838.91 |
| Deposits and Other Additions | + | 3,740.80 |
| Checks Paid and Other Subtractions | − | 8,481.36 |
| Ending Balance on March 31, 2017 | | $ 98.35 |
| Low Balance | | $ 98.35 |
| Average Ledger Balance | | $ 1,943.92 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 03-01 | Previous Statement Balance | | | $ 4,838.91 |
| 03-01 | #Check Card Purchase | $ 16.76 | − | $ 4,822.15 |
| | MERCHANT PURCHASE TERMINAL 444500 WENDYS 520 PITTSBURG PA SEQ # | | | |
| 03-01 | #Check Card Purchase | $ 61.00 | − | $ 4,761.15 |
| | MERCHANT PURCHASE TERMINAL 480197 RESERVE PARK RECYC LING APITTSBURG PA SEQ # | | | |
| 03-01 | #POS Purchase | $ 34.96 | − | $ 4,726.19 |
| | POS PURCHASE TERMINAL 17000600 GIANT-EAGLE #001 PITTSBURG PA SEQ # 7 | | | |
| 03-01 | #Check Card Purchase | $ 3.41 | − | $ 4,722.78 |
| | MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F10260 PITTSBURG PA SEQ # | | | |
| 03-02 | Deposit | | $ 750.00 | $ 5,472.78 |
| 03-02 | #Check Card Purchase | $ 8.54 | − | $ 5,464.24 |
| | MERCHANT PURCHASE TERMINAL 416407 STAPLES 0011 7994 PITTSBSUR PA SEQ # | | | |
| 03-02 | #Check Card Purchase | $ 169.74 | − | $ 5,294.50 |
| | MERCHANT PURCHASE TERMINAL 480163 STOREXPRESS ETNA 412 449 0 PA SEQ | | | |
| 03-02 | Check  99 | $ 160.00 | − | $ 5,134.50 |
| 03-03 | #Check Card Purchase | $ 29.57 | − | $ 5,104.93 |
| | MERCHANT PURCHASE TERMINAL 444500 WENDYS 520 PITTSBURG PA SEQ # | | | |
| 03-03 | #Check Card Purchase | $ 11.03 | − | $ 5,093.90 |
| | MERCHANT PURCHASE TERMINAL 443106 KFC J625168 WILKINSBU PA SEQ # 7 | | | |
| 03-06 | #Non S&T ATM W/D | $ 500.00 | − | $ 4,593.90 |
| | CASH WITHDRAWAL TERMINAL P278843 MOUNTAINEER -278 NEW CUMBE WV SEQ # | | | |

15201

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number: ▮▮▮▮▮
Type: **Checking & Simple**
*Page 2 of 6*

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:** ▮▮▮▮▮

| | | | Subtractions | Additions | Balance |
|---|---|---|---|---|---|
| 03-06 | #Service Charge | | $ 2.50 - | | $ 4,591.40 |
| | NON S&T ATM W/D | | | | |
| 03-06 | #ATM Surcharge | | $ 3.99 - | | $ 4,587.41 |
| | SURCHARGE AMOUNT TERMINAL P278843 MOUNTAINEER -278 NEW CUMBE WV SEQ # | | | | |
| 03-06 | #Check Card Purchase | | $ 21.50 - | | $ 4,565.91 |
| | MERCHANT PURCHASE TERMINAL 427074 Johnson Auction Service CORAOPOLI PA SEQ # | | | | |
| 03-06 | #Check Card Purchase | | $ 6.78 - | | $ 4,559.13 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | | | | |
| 03-06 | #Online Bill Payment | | $ 1,883.00 - | | $ 2,676.13 |
| | PB69NWZI SPECIALIZED LOAN S | | | | |
| | 1086769 | | | | |
| 03-06 | #Online Bill Payment | | $ 500.00 - | | $ 2,176.13 |
| | SBD9HW8I SELECT PORTFOLIO S | | | | |
| | 1086769 | | | | |
| 03-06 | #Online Bill Payment | | $ 250.00 - | | $ 1,926.13 |
| | 5BZ9IW8I SELECT PORTFOLIO S | | | | |
| | 1086769 | | | | |
| 03-06 | #Online Bill Payment | | $ 50.00 - | | $ 1,876.13 |
| | 28L9WWOI ADVANCED DISPOSAL | | | | |
| | 1086769 | | | | |
| 03-07 | #ATM Deposit | | | $ 1,100.00 | $ 2,976.13 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | | |
| 03-07 | #Check Card Purchase | | $ 6.42 - | | $ 2,969.71 |
| | MERCHANT PURCHASE TERMINAL 401339 PAPA JS RISTORANTE CARNEGIE PA SEQ # | | | | |
| 03-07 | #Check Card Purchase | | $ 51.80 - | | $ 2,917.91 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | | | | |
| 03-07 | #Check Card Purchase | | $ 60.00 - | | $ 2,857.91 |
| | MERCHANT PURCHASE TERMINAL 480197 RESERVE PARK RECYC LING APITTSBURG PA SEQ # | | | | |
| 03-07 | #ATM Withdrawal | | $ 100.00 - | | $ 2,757.91 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | | |
| 03-07 | #Check Card Purchase | | $ 5.33 - | | $ 2,752.58 |
| | MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE 0 268 PITTSBURG PA SEQ # 7 | | | | |
| 03-07 | #Check Card Purchase | | $ 72.42 - | | $ 2,680.16 |
| | MERCHANT PURCHASE TERMINAL 469216 GAP US 2111 PITTSBURG PA SEQ # | | | | |
| 03-07 | #POS Purchase | | $ 16.51 - | | $ 2,663.65 |
| | POS PURCHASE TERMINAL 40039700 MARKET DISTRICT PITTSBURG PA SEQ # | | | | |
| 03-08 | #Check Card Purchase | | $ 77.83 - | | $ 2,585.82 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | | | | |
| 03-08 | #Check Card Purchase | | $ 60.00 - | | $ 2,525.82 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # 7 | | | | |
| 03-08 | Check 99 | | $ 500.00 - | | $ 2,025.82 |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 3 of 6

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 03-08 | Check 186 | $ 225.49 | - | $ 1,800.33 |
| 03-08 | Check 187 | $ 32.15 | - | $ 1,768.18 |
| 03-08 | Check 188 | $ 59.59 | - | $ 1,708.59 |
| 03-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 422443 BUSY BEAVER PITTSB PITTSBURG PA SEQ # | $ 12.82 | - | $ 1,695.77 |
| 03-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F7445 PITTSBURG PA SEQ # | $ 3.41 | - | $ 1,692.36 |
| 03-10 | Deposit | | $ 1.72 | $ 1,694.08 |
| 03-10 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 422443 PB STRIP DISTRICT PITTSBURG PA SEQ # | $ 11.65 | - | $ 1,682.43 |
| 03-10 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 480197 RESERVE PARK RECYC LING APITTSBURG PA SEQ # | $ 54.00 | - | $ 1,628.43 |
| 03-10 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSBURGH PA SEQ # | $ 64.58 | - | $ 1,563.85 |
| 03-10 | Check 99 | $ 350.00 | - | $ 1,213.85 |
| 03-13 | Deposit | | $ 500.00 | $ 1,713.85 |
| 03-13 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 444500 WENDYS 520 PITTSBURG PA SEQ # | $ 16.53 | - | $ 1,697.32 |
| 03-13 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $ 400.00 | - | $ 1,297.32 |
| 03-13 | #Online Bill Payment LBG9PWVK SPRINT 1090107 | $ 125.00 | - | $ 1,172.32 |
| 03-14 | #ATM Withdrawal CASH WITHDRAWAL TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ # | $ 80.00 | - | $ 1,092.32 |
| 03-14 | #POS Purchase POS PURCHASE TERMINAL 72000400 MARKET DISTRICT PITTSBURG PA SEQ # | $ 36.49 | - | $ 1,055.83 |
| 03-16 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 443565 TERRYS PLUMBING IN C 412 364 9 PA SEQ # | $ 25.00 | - | $ 1,030.83 |
| 03-17 | #ATM Deposit DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $ 1,369.30 | $ 2,400.13 |
| 03-20 | #Check Card Refund MERCHANT REFUND TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | | $ 19.78 | $ 2,419.91 |
| 03-20 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 461043 DUNKIN 348529 Q35 PITTSBURG PA SEQ | $ 4.15 | - | $ 2,415.76 |
| 03-20 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 442629 BLOOMFIELD LASERWA SH TOUPITTSBURG PA SEQ # | $ 11.00 | - | $ 2,404.76 |
| 03-20 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE 1 0939 PITTSBURG PA SEQ | $ 184.60 | - | $ 2,220.16 |
| 03-20 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F7560 PITTSBURG PA SEQ | $ 7.05 | - | $ 2,213.11 |
| 03-20 | #ATM Withdrawal CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $ 140.00 | - | $ 2,073.11 |
| 03-20 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $ 60.00 | - | $ 2,013.11 |
| 03-21 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ # | $ 124.25 | - | $ 1,888.86 |
| 03-21 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 422443 BUSY BEAVER PITTSB PITTSBURG PA SEQ # | $ 2.13 | - | $ 1,886.73 |

MEMBER FDIC



**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number: 3003343450
Type: Checking & Simple
Page 4 of 6

DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 03-21 | #Online Bill Payment<br>GB39KWSW SPECIALIZED LOAN S<br>1094112 | $ 644.25 | - | $ 1,242.48 |
| 03-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407 SUBWAY    0010 2798 PITTSBURG PA SEQ # | $ 16.98 | - | $ 1,225.50 |
| 03-24 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F5634 PITTSBURG PA SEQ # | $ 4.58 | - | $ 1,220.92 |
| 03-27 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $ 130.00 | - | $ 1,090.92 |
| 03-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ # | $ 34.85 | - | $ 1,056.07 |
| 03-27 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ # | $ 80.00 | - | $ 976.07 |
| 03-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 489216 RITE AID STORE   1 0939 PITTSBURG PA SEQ # 70 | $ 11.01 | - | $ 965.06 |
| 03-27 | #Online Bill Payment<br>QBA91WUU SPRINT<br>1096784 | $ 136.26 | - | $ 828.80 |
| 03-28 | #POS Purchase<br>POS PURCHASE TERMINAL 04367372 NNT SEARS OUTLET 4 1130 PITTSBURG PA | $ 10.69 | - | $ 818.11 |
| 03-29 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO  3107 PITTSBURG PA SEQ # 7 | $ 8.39 | - | $ 809.72 |
| 03-29 | #POS Purchase<br>POS PURCHASE TERMINAL 04367372 NNT SEARS OUTLET 4 1332 PITTSBURG PA SEQ # | $ 8.55 | - | $ 801.17 |
| 03-30 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413829 SEARS OUTLET 4121 PITTSBURG PA SEQ # | $ 620.58 | - | $ 180.59 |
| 03-30 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F7445 PITTSBURG PA SEQ # | $ 6.41 | - | $ 174.18 |
| 03-30 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL TN81100 318 52ND STREET PITTSBURG PA SEQ # | $ 60.00 | - | $ 114.18 |
| 03-30 | #Service Charge<br>NON S&T ATM W/D | $ 2.50 | - | $ 111.68 |
| 03-30 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL TN81100 318 52ND STREET PITTSBURG PA SEQ # | $ 2.50 | - | $ 109.18 |
| 03-31 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 WENDYS 527 PITTSBURG PA SEQ # 7 | $ 6.83 | - | $ 102.35 |
| 03-31 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 436724 UPMC ST MARG PARKI NG   PITTSBURG PA SEQ # 70 | $ 4.00 | - | $ 98.35 |
| 03-31 | Ending Totals | $ 8,481.36 | $ 3,740.80 | $ 98.35 |

MEMBER FDIC

**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

MEMBER FDIC

*Page 5 of 6*

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 99 | $ 160.00 | 99 * | $ 350.00 | 187 | $ 32.15 |
| 99 * | $ 500.00 | 186 * | $ 225.49 | 188 | $ 59.59 |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 03-01 | Check card purchase | 16.76 | 03-13 | Check card purchase | 400.00 |
| 03-01 | Check card purchase | 61.00 | 03-13 | Online bill payment | 125.00 |
| 03-01 | POS purchase | 34.96 | 03-14 | ATM withdrawal | 80.00 |
| 03-01 | Check card purchase | 3.41 | 03-14 | POS purchase | 36.49 |
| 03-02 | Check card purchase | 8.54 | 03-16 | Check card purchase | 25.00 |
| 03-02 | Check card purchase | 169.74 | 03-20 | Check card purchase | 4.15 |
| 03-03 | Check card purchase | 29.57 | 03-20 | Check card purchase | 11.00 |
| 03-03 | Check card purchase | 11.03 | 03-20 | Check card purchase | 184.60 |
| 03-06 | Non S&T ATM w/d | 500.00 | 03-20 | Check card purchase | 7.05 |
| 03-06 | Service charge | 2.50 | 03-20 | ATM withdrawal | 140.00 |
| 03-06 | ATM surcharge | 3.99 | 03-20 | Check card purchase | 60.00 |
| 03-06 | Check card purchase | 21.50 | 03-21 | Check card purchase | 124.25 |
| 03-06 | Check card purchase | 6.78 | 03-21 | Check card purchase | 2.13 |
| 03-06 | Online bill payment | 1,883.00 | 03-21 | Online bill payment | 644.25 |
| 03-06 | Online bill payment | 500.00 | 03-22 | Check card purchase | 16.98 |
| 03-06 | Online bill payment | 250.00 | 03-24 | Check card purchase | 4.58 |
| 03-06 | Online bill payment | 50.00 | 03-27 | ATM withdrawal | 130.00 |
| 03-07 | Check card purchase | 6.42 | 03-27 | Check card purchase | 34.85 |
| 03-07 | Check card purchase | 51.80 | 03-27 | ATM withdrawal | 80.00 |
| 03-07 | Check card purchase | 60.00 | 03-27 | Check card purchase | 11.01 |
| 03-07 | ATM withdrawal | 100.00 | 03-27 | Online bill payment | 136.26 |
| 03-07 | Check card purchase | 5.33 | 03-28 | POS purchase | 10.69 |
| 03-07 | Check card purchase | 72.42 | 03-29 | Check card purchase | 8.39 |
| 03-07 | POS purchase | 16.51 | 03-29 | POS purchase | 8.55 |
| 03-08 | Check card purchase | 77.83 | 03-30 | Check card purchase | 620.58 |
| 03-08 | Check card purchase | 60.00 | 03-30 | Check card purchase | 6.41 |
| 03-09 | Check card purchase | 12.82 | 03-30 | Non S&T ATM w/d | 60.00 |
| 03-09 | Check card purchase | 3.41 | 03-30 | Service charge | 2.50 |
| 03-10 | Check card purchase | 11.65 | 03-30 | ATM surcharge | 2.50 |
| 03-10 | Check card purchase | 54.00 | 03-31 | Check card purchase | 6.83 |
| 03-10 | Check card purchase | 64.58 | 03-31 | Check card purchase | 4.00 |
| 03-13 | Check card purchase | 16.53 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 03-02 | Deposit | 750.00 | 03-13 | Deposit | 500.00 |
| 03-07 | ATM deposit | 1,100.00 | 03-17 | ATM deposit | 1,369.30 |
| 03-10 | Deposit | 1.72 | 03-20 | Check card refund | 19.78 |

MEMBER FDIC



**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 6 of 6*

**OVERDRAFT/RETURN ITEM FEES**

|  | *Total for this period* | *Total year-to-date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC