**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Machi, Jr., Frank M.                                   Case No. 14-23154-CMB
                                                       Reporting Period: _APRIL 2017_

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_/s/ F.M. Machi Jr._                               _4-  -17_
Signature of Debtor                                Date

_____                           _____
Signature of Joint Debtor                          Date

_/s/ (Mary Bauer)_                                 _5/15/17_
Signature of Preparer                              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.                                              Case No. 14-23154-CMB
       Debtor                                              Reporting Period: APRIL 2017

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** |  |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | 10672.15 |  |
| **Total Receipts** | 10672.15 | 273405.66 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 1894.25 | 37562.25 |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  | 644.25 |
| Utilities | 881.36 | 31456.87 |
| Insurance |  | 12096.66 |
| Auto Expense | 855.00 | 25802.18 |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance | 933.26 | 27739.04 |
| Medical Expenses | 202.26 | 3244.51 |
| Household Expenses | 371.32 | 9541.25 |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  | 1463.34 |
| Taxes - Personal Property |  | 50.00 |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | 196.19 | 865.67 |
| Gifts |  | 1267.64 |
| Other (attach schedule) | 159.62 | 22614.64 |
| **Total Ordinary Disbursements** | 5293.26 | 169348.50 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  | 7700.04 |
| U. S. Trustee Fees |  | 4538.43 |
| Other Reorganization Expenses (attach schedule) | 500 | 10552.76 |
| **Total Reorganization Items** | 500 | 22821.27 |
| **Total Disbursements (Ordinary + Reorganization)** | 5793.26 | 192169.77 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 4878.89 | 81238.89 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 5076.29 |  |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.  
**Debtor**

Case No. 14-23154-CMB  
Reporting Period: April 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Real Estate | 4,838.16 | |
| Cont | 1,732.05 | |
| Rents | 4,162.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Perkins | 1.00 | |
| Bank s/c | 7.50 | |
| Office | 112.76 | |
| Vending Supplies | 33.36 | |
| | | |
| **Other Reorganization Expenses** | | |
| accounting | 500.00 | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: _April 2017_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders* |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Machi, Jr., Frank M.             Case No. 14-23154-CMB
       Debtor              Reporting Period: APRIL 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

Federal / State / Local - 2016 on extension

FORM MOR-5
(9/99)

# FRANK M. MACHI JR.

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE April 2017

## UNPAID DEBTS

1. ~~3810 HOWLEY STREET, PITTSBURGH PA. 15201 - OCWEN MORTGAGE~~

2. ~~355 COOLSPRING STREET UNIONTOWN PA 15401 SPS MORTGAGE~~

3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

5. POINT BREEZE VET CLINIC HAS OUTSTANDING BALANCE APPROXIMATE $150.00

6. PLANET FITNESS $10.00 PER MONTH CONTRACT  *Contract Canciled*



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
Page 2 of 6

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date  | Description | Subtractions | Additions | Balance |
|-------|-------------|--------------|-----------|---------|
| 04-05 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $177.59 - | | $3,664.18 |
| 04-05 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $50.00 - | | $3,614.18 |
| 04-06 | Deposit | | $750.00 | $4,364.18 |
| 04-06 | #ATM Deposit  DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 000000 | | $734.00 | $5,098.18 |
| 04-06 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 443565 MERCEDES BENZ OF M ORGANTMORGANTOW WV SEQ # | $635.00 - | | $4,463.18 |
| 04-06 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 405330 ALSIDE SUPPLY 139 412 77119 PA SEQ # | $113.62 - | | $4,349.56 |
| 04-06 | #ATM Withdrawal  CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $50.00 - | | $4,299.56 |
| 04-06 | #Online Bill Payment  QBX9WN8C SPECIALIZED LOAN S  1102127 | $644.25 - | | $3,655.31 |
| 04-06 | #Online Bill Payment  VBL9MN8C SELECT PORTFOLIO S  1102127 | $500.00 - | | $3,155.31 |
| 04-06 | #Online Bill Payment  7BL9XN8C PEOPLES NATURAL GA  1102127 | $316.21 - | | $2,839.10 |
| 04-06 | #Online Bill Payment  PB99WN8C SELECT PORTFOLIO S  1102127 | $250.00 - | | $2,589.10 |
| 04-06 | #Online Bill Payment  UB19MN8C PITTSBURGH WATER A  1102127 | $54.80 - | | $2,534.30 |
| 04-06 | #Online Bill Payment  DBH9MN8C PITTSBURGH WATER  1102127 | $29.35 - | | $2,504.95 |
| 04-06 | #Online Bill Payment  SB59XN8C FIRSTENERGY  1102127 | $13.79 - | | $2,491.16 |
| 04-07 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 444500 WENDYS 627 PITTSBURG PA SEQ # | $6.83 - | | $2,484.33 |
| 04-07 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 444500 GET GO 3106 WILKINSBU PA SEQ # | $153.99 - | | $2,330.34 |
| 04-07 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 444500 GET GO 3106 WILKINSBU PA SEQ # | $60.00 - | | $2,270.34 |
| 04-10 | Deposit | | $368.00 | $2,638.34 |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 3 of 6

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 04-10 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE  1 0939  PITTSBURG PA SEQ # | $180.11 - | | $2,458.23 |
| 04-10 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4817 PITTSBURG PA SEQ | $4.06 - | | $2,454.17 |
| 04-10 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 PARKING IN PITTSBU RGH 2 PITTSBURG PA SEQ # | $1.00 - | | $2,453.17 |
| 04-10 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 422443 OAKMONT HOTEL PITTSBURG PA SEQ # | $12.00 - | | $2,441.17 |
| 04-10 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 MIKE S WIFE S BAR GRIL OAKMONT  PA SEQ # | $23.00 - | | $2,418.17 |
| 04-10 | #Online Bill Payment<br>4BM91N82 VERIZON<br>1103460 | $125.00 - | | $2,293.17 |
| 04-12 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 ANGELO S PIZZERIA PITTSBURG PA SEQ # | $30.00 - | | $2,263.17 |
| 04-12 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F28635 STAR JUNC PA SEQ # | $5.70 - | | $2,257.47 |
| 04-12 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 461043 UNIONTOWN 6 UNIONTOWN PA SEQ # | $10.00 - | | $2,247.47 |
| 04-12 | Check  191 | $500.00 - | | $1,747.47 |
| 04-13 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168 DAIRY QUEEN  16215 UNIONTOWN PA SEQ # | $7.30 - | | $1,740.17 |
| 04-13 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168 DAIRY QUEEN  16215 UNIONTOWN PA SEQ # | $3.18 - | | $1,736.99 |
| 04-13 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $70.00 - | | $1,666.99 |
| 04-14 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 470780 NEW ASIAN EXPRESS PERRYOPOL PA SEQ # | $20.00 - | | $1,646.99 |
| 04-14 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO  3106 WILKINSBU PA SEQ # | $53.73 - | | $1,593.26 |
| 04-14 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO  3106 WILKINSBU PA SEQ # | $50.00 - | | $1,543.26 |
| 04-17 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GIANT EAGLE  0017 PITTSBURG PA SEQ # | $50.00 - | | $1,493.26 |
| 04-17 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT  0 040  PITTSURGH PA SEQ # | $128.30 - | | $1,364.96 |
| 04-17 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 WINE  SPIRITS 020 9   PITTSBURG PA SEQ # | $41.70 - | | $1,323.26 |
| 04-18 | #Prenotification Dr<br>Duquesne Light PAYMENT<br>170418 | $0.00 - | | $1,323.26 |
| 04-18 | #Prenotification Dr<br>Duquesne Light PAYMENT<br>170418 | $0.00 - | | $1,323.26 |
| 04-18 | #Prenotification Dr<br>Duquesne Light PAYMENT<br>170418 | $0.00 - | | $1,323.26 |
| 04-18 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4817 PITTSBURG PA SEQ # | $6.84 - | | $1,316.42 |

MEMBER FDIC



**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 4 of 6*

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 04-18 | #Preauthorized Debit<br>Duquesne Light PAYMENT 170418 | $ 260.00 | - | $ 1,056.42 |
| 04-18 | #Preauthorized Debit<br>Duquesne Light PAYMENT 170418 | $ 130.00 | - | $ 926.42 |
| 04-18 | #Preauthorized Debit<br>Duquesne Light PAYMENT 170418 | $ 50.00 | - | $ 876.42 |
| 04-19 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | $ 33.36 | - | $ 843.06 |
| 04-19 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 481043 THE HOME DEPOT 4136 PITTSBURG PA SEQ | $ 3.88 | - | $ 839.18 |
| 04-19 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ | $ 105.34 | - | $ 733.84 |
| 04-19 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | $ 50.00 | - | $ 683.84 |
| 04-20 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ | $ 124.25 | - | $ 559.59 |
| 04-24 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | $ 100.00 | - | $ 459.59 |
| 04-24 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL NH060585 318 52ND STREET PITTSBURG PA SEQ | $ 60.00 | - | $ 399.59 |
| 04-24 | #Service Charge<br>NON S&T ATM W/D | $ 2.50 | - | $ 397.09 |
| 04-24 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL NH060585 318 52ND STREET PITTSBURG PA SEQ | $ 2.75 | - | $ 394.34 |
| 04-24 | #POS Purchase<br>POS PURCHASE TERMINAL 07023200 GET GO 63107 PITTSBURG PA SEQ | $ 20.00 | - | $ 374.34 |
| 04-27 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL TN57544 605 ALLEGHENY AVE OAKMONT | $ 80.00 | - | $ 294.34 |
| 04-27 | #Service Charge<br>NON S&T ATM W/D | $ 2.50 | - | $ 291.84 |
| 04-27 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL TN57544 605 ALLEGHENY AVE OAKMONT PA S | $ 2.50 | - | $ 289.34 |
| 04-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 434285 El Camposino Mexic an ResPittsburg PA SEQ | $ 34.15 | - | $ 255.19 |
| 04-28 | Deposit | | $ 4,838.10 | $ 5,093.29 |
| 04-28 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ | $ 17.00 | - | $ 5,076.29 |
| 04-28 | Ending Totals | $ 5,694.16 | $ 10,672.10 | $ 5,076.29 |

MEMBER FDIC



S&T Bank  P.O. Box 190, Indiana, PA 15701  800.325.BANK  stbank.com
MEMBER FDIC

*Page 5 of 6*

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 191 | $ 500.00 | | | | |

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 04-03 | ATM withdrawal | 100.00 | 04-12 | Check card purchase | 5.70 |
| 04-03 | ATM withdrawal | 50.00 | 04-12 | Check card purchase | 10.00 |
| 04-03 | Check card purchase | 11.14 | 04-13 | Check card purchase | 7.30 |
| 04-03 | Check card purchase | 36.00 | 04-13 | Check card purchase | 3.18 |
| 04-04 | Check card purchase | 3.69 | 04-13 | ATM withdrawal | 70.00 |
| 04-04 | Check card purchase | 14.31 | 04-14 | Check card purchase | 20.00 |
| 04-04 | Check card purchase | 13.91 | 04-14 | Check card purchase | 53.73 |
| 04-04 | Check card purchase | 9.53 | 04-14 | Check card purchase | 50.00 |
| 04-05 | Check card purchase | 177.59 | 04-17 | Check card purchase | 50.00 |
| 04-05 | Check card purchase | 50.00 | 04-17 | Check card purchase | 128.30 |
| 04-06 | Check card purchase | 635.00 | 04-17 | Check card purchase | 41.70 |
| 04-06 | Check card purchase | 113.62 | 04-18 | Check card purchase | 6.84 |
| 04-06 | ATM withdrawal | 50.00 | 04-18 | Preauthorized debit | 260.00 |
| 04-06 | Online bill payment | 644.25 | 04-18 | Preauthorized debit | 130.00 |
| 04-06 | Online bill payment | 500.00 | 04-18 | Preauthorized debit | 50.00 |
| 04-06 | Online bill payment | 316.21 | 04-19 | Check card purchase | 33.36 |
| 04-06 | Online bill payment | 250.00 | 04-19 | Check card purchase | 3.88 |
| 04-06 | Online bill payment | 54.80 | 04-19 | Check card purchase | 105.34 |
| 04-06 | Online bill payment | 29.35 | 04-19 | ATM withdrawal | 50.00 |
| 04-06 | Online bill payment | 13.79 | 04-20 | Check card purchase | 124.25 |
| 04-07 | Check card purchase | 6.83 | 04-24 | ATM withdrawal | 100.00 |
| 04-07 | Check card purchase | 153.99 | 04-24 | Non S&T ATM w/d | 60.00 |
| 04-07 | Check card purchase | 60.00 | 04-24 | Service charge | 2.50 |
| 04-10 | Check card purchase | 180.11 | 04-24 | ATM surcharge | 2.75 |
| 04-10 | Check card purchase | 4.06 | 04-24 | POS purchase | 20.00 |
| 04-10 | Check card purchase | 1.00 | 04-27 | Non S&T ATM w/d | 80.00 |
| 04-10 | Check card purchase | 12.00 | 04-27 | Service charge | 2.50 |
| 04-10 | Check card purchase | 23.00 | 04-27 | ATM surcharge | 2.50 |
| 04-10 | Online bill payment | 125.00 | 04-27 | Check card purchase | 34.15 |
| 04-12 | Check card purchase | 30.00 | 04-28 | Check card purchase | 17.00 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 04-03 | ATM deposit | 2,250.00 | 04-06 | ATM deposit | 734.00 |
| 04-03 | ATM deposit | 1,732.00 | 04-10 | Deposit | 368.00 |
| 04-06 | Deposit | 750.00 | 04-28 | Deposit | 4,838.10 |

MEMBER FDIC



**S&T Bank**  
P.O. Box 190  
Indiana, PA 15701  
800.325.BANK  
stbank.com  
MEMBER FDIC

**FRANK MACHI JR**  
Account Number:  
Type: **Checking & Simple**  
*Page 6 of 6*

**OVERDRAFT/RETURN ITEM FEES**

|                          | *Total for this period* | *Total year-to-date* |
|--------------------------|-------------------------|----------------------|
| Total Overdraft Fees     | $0.00                   | $0.00                |
| Total Returned Item Fees | $0.00                   | $0.00                |

**MEMBER FDIC**