UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: FRANCIS M. MACHI, JR. a/k/a FRANK M. MACHI<br>Debtor | CASE NO. 14-23154-CMB<br>Chapter 11 |
| Dyer Law Firm, P.C., Movant, | |
| v. | |
| Francis M. Machi, Jr., a/k/a Frank M. Machi, Respondent, | Hearing Date: 7/14/17 at 2:00 PM |
| Jeffrey Sikirica, Trustee. | |

CERTIFICATE OF SERVICE OF ORDER& NOTICE SETTING DATE CERTAIN FOR RESPONSE AND HEARING ON MOTION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 14, 2017.

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: as indicated below.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented for each party served by electronic transmission is listed under the heading "Service by NEF", and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*
Francis M. Machi, Jr.
a/k/a Frank M. Machi
3823 Mintwood Street
Pittsburgh, PA  15201

*Service by NEF:*
Jeffrey Sikirica, Trustee
jsikirica@bglaw-llp.com

Office of the United States Trustee
USTPRegion03.pi.ecf@usdoj.gov

Executed on: June 14, 2017

*/s/ Lois M. Vitti*
Lois M. Vitti, Esquire

Vitti & Vitti & Associates, P.C.
215 Fourth Avenue
Pittsburgh, PA  15222
(412) 281-1725
PA Attorney ID 209865
ECF email: nicole@vittilaw.com