IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| FRANK M. MACHI, JR., | : | Bankruptcy No. 14-23154 CMB |
| *Debtor,* | : | Chapter 11 |
| | : | |
| 6350 WALDRON STREET, LLC, | : | Related to Doc. No. 467 |
| *Movant,* | : | |
| | : | |
| v | : | |
| | : | |
| FRANK M. MACHI, JR. and | : | |
| JEFFREY J. SIKIRICA, Chapter 11 | : | |
| Trustee, | : | |
| *Respondents.* | : | Hearing: July 14, 2017 at 2:00 P.M. |

## ORDER

*AND NOW,* this **13th** day of ***June, 2017***, it is hereby **ORDERED, ADJUDGED and DECREED** that the Status Conference on the Motion for Comfort Order or Relief of Automatic Stay currently scheduled for June 27, 2017 is ***RESCHEDULED*** to ***July 14, 2017*** at ***2:00 P.M.*** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

*[signature]*
Carlota M. Böhm    dmr
United States Bankruptcy Judge

FILED
6/13/17 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Francis M. Machi, Jr.  
    Debtor

Case No. 14-23154-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 3    Date Rcvd: Jun 13, 2017  
                    Form ID: pdf900    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.

```
db           +Francis M. Machi, Jr.,    3823 Mintwood Street,    Pittsburgh, PA 15201-1221
aty           Calaiaro Valencik,    428 Forbes Ave.,    Ste. 900,    Pittsburgh, PA  15219-1621
aty          +Domenic A. Bellisario,    Law Office of Domenic A. Bellisario,    310 Grant Street,    Suite 1302,
               Pittsburgh, PA 15219-2229
op           +6350 Waldron Street, LLC,    128 S. 2nd Street,    Clarsburg, WV 26301-2921
r            +Donna Fischer,    Coldwell Banker,    9600 Perry Highway Suite 100,    Pittsburgh, PA 15237-5552
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
acc           Harry Barnes,    Barnes Corporation,    215 Brookside Blvd.,    Pittsburgh, PA  15241-1511
cr           +OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FA,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
13941919     +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13941916     +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13985415     +DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
               Salt Lake City, UT 84115-4412
14070823     +DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing,    PO Box 65450,
               Salt Lake City, UT 84165-0450
13963926     +Mark Machi,    307 Shady Lane,    Glenshaw, PA 15116-3149
14034350     +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
13941921     +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13997137     +Plane Fitness,    1635 S. Braddock Avenue,    Pittsburgh, PA 15218-1663
13956785     +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13900850     +Straka & McQuone, Inc.,    1099 Ohio River Boulevard,    Sewickley, PA 15143-2081
14041993      U.S. Bank N.A.,,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
               P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13982418     +Wells Fargo Bank, N.A, as Trustee,    c/o Select Portfolio Servicing, Inc.,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13900848     +E-mail/Text: ccusa@ccuhome.com Jun 14 2017 01:10:57     Dr. J.A. Straka,
               c/o Credit Collections U.S.A.,    16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
13980961     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 14 2017 01:11:43     Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14005299      E-mail/Text: cio.bncmail@irs.gov Jun 14 2017 01:11:01     INTERNAL REVENUE SERVICE,
               1000 LIBERTY AVENUE ROOM 705,    PITTSBURGH,PA 15222
14123161     +Fax: 407-737-5634 Jun 14 2017 01:59:31     OCWEN LOAN SERVICING, LLC,
               ATTN: CASHIERING DEPARTMENT,    1661 WORTHINGTON RD., SUITE 100,
               WEST PALM BEACH, FL 33409-6493
13900849     +Fax: 407-737-5634 Jun 14 2017 01:59:31     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
               Suite 100,    West Palm Beach, FL 33409-6493
13915333      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2017 01:11:08
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Allegheny County
cr            City and School District of Pittsburgh
cr            DLJ Mortgage Capital, Inc.
cr            Duquesne Light Company
cr            Jennifer Mariani
md            Norman Gilkey
cr            Ocwen Loan Servicing, LLC as servicer for U.S. Ban
cr            Pittsburgh Water & Sewer Authority
cr            U.S. Bank N.A., as Trustee for the registered hold
cr            U.S. Bank National Association Et Al...
cr            Wells Fargo Bank, N.A., as Trustee , for the certi
cr            Wells Fargo Bank, N.A., as Trustee, et al...
cr            Wells Fargo Bank, N.A., et. al.
cr*          +Dyer Law Firm, P.C.,    5743 Centre Avenue,    Pittsburgh, PA 15206-3707
cr*          +Mark Machi,    307 Shady Lane,    Glenshaw, PA 15116-3149
14135512*    +Ocwen Loan Servicing, LLC,    ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
               West Palm Beach, FL 33409-6493
```

```
District/off: 0315-2           User: dric                 Page 2 of 3                  Date Rcvd: Jun 13, 2017
                               Form ID: pdf900            Total Noticed: 26
```

```
14070720      ##+Dyer Law Firm, P.C.,    5743 Centre Avenue,    Pittsburgh, PA 15206-3707
                                                                         TOTALS: 13, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:

```
              David Z. Valencik    on behalf of Attorney    Calaiaro Valencik dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Erin P. Dyer    on behalf of Creditor    Dyer Law Firm, P.C. erindyer@wvlegalcounsel.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James   Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO
               BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK
               PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH C pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al...
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica jsikirica@bglaw-llp.com,
               SikiricaLaw@consolidated.net;A.A.Farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.
               com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Lois M. Vitti    on behalf of Creditor    Dyer Law Firm, P.C. jennifer@vittilaw.com,
               loismvitti@vittilaw.com
              Lois M. Vitti    on behalf of Other Prof.    6350 Waldron Street, LLC jennifer@vittilaw.com,
               loismvitti@vittilaw.com
              Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Norman E. Gilkey    on behalf of Mediator Norman   Gilkey ngilkey@bccz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronald B. Roteman    on behalf of Creditor Jennifer   Mariani rroteman@stonecipherlaw.com,
               ykocher@stonecipherlaw.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

```
District/off: 0315-2          User: dric              Page 3 of 3                   Date Rcvd: Jun 13, 2017
                              Form ID: pdf900         Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 sbraunstein@udren.com, vbarber@udren.com
          Sherri J. Braunstein    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 sbraunstein@udren.com, vbarber@udren.com
          Stuart P. Winneg    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 swinneg@udren.com, cblack@udren.com

                                                                                                                    TOTAL: 26