# PROCEEDING MEMO

Date: 7/14/2017   2:00 pm

In re: Francis M. Machi, Jr.

Bankruptcy No. 14-23154-CMB
Chapter: 11 (Not Small Business)
Doc. # 467

Appearances: Francis M. Machi, Jr. (pro se), Mark Pecarchik, Jill Manuel-Coughlin (via telephone)

Movant(s): Lois M. Vitti

Respondents: Jeffrey Sikirica

Creditor(s):

Nature of Proceeding: #467 Status Conference on Motion for Comfort Order or Relief of Automatic Stay filed by 6350 Waldron Street, LLC

Additional Pleadings: #485 Response by Trustee

Judge's Notes: will be resolved by consent order to be submitted in 2 weeks.

Outcome:

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED         Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED         Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
7/17/17 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA