# PROCEEDING MEMO

Date: 7/14/2017   2:00 pm

In re: Francis M. Machi, Jr.

Bankruptcy No. 14-23154-CMB
Chapter: 11 (Not Small Business)
Doc. # 551

Appearances: Francis M. Machi, Jr. (pro se), Mark Pecarchik, Jeffrey Sikirica ✓, Jill Manuel-Coughlin (via telephone), Ville J. Bellesons, pro se tho, Mr. Machi present

Movant(s): Lois M. Vitti

Respondents:

Creditor(s):

Nature of Proceeding: #551 Amended Motion to Approve Settlement Agreement

Additional Pleadings: Certificate of Service, CNO #563

Judge's Notes:

Outcome:

— Consent Order to be submitted within 2 weeks by Atty Schimer.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED   Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED   Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed: Movant(s) brief due _____ days
                          Respondent(s) brief due _____ days
                          Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
7/17/17 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA