IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| FRANCIS M. MACHI, JR., aka FRANK M. MACHI, JR. | Bankruptcy No.  14-23154-CMB |
| Debtor(s). | Chapter 11 |
| Dyer Law Firm, P.C. | Document No. _____ |
| Movant, | Related to Doc. Nos. 463, 464, 466, 467, 468, 485, 487, 520, 521, 529, 532, 533, 534, 539, 540, 542, 545, 549, 551, 553, 554, 561, 563, 564, 565 & 566 |
| v. | |
| Francis M. Machi, Jr., a/k/a Frank M. Machi and Jeffrey J. Sikirica, Trustee, | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this _____ day of July, 2017, after a previous hearing in open Court on the Motion to Approve Settlement filed at Docket 549 and amended at Docket No. 551, and upon consideration of the Settlement Term Sheet being attached and made a part of this Order, it is hereby Ordered, Adjudged and Decreed that:

1. The payment by Francis M. Machi, Jr. a/k/a Frank M. Machi of $72,500.00 to 6350 Waldron Street, LLC as set forth in paragraph #2 of the Settlement Term Sheet will also satisfy in full any and all secured claims that Erin P. Dyer individually or the Dyer Law Firm, P.C. may have against any real or personal property of Francis M. Machi, Jr. a/k/a Frank M. Machi,

2. The Motion to Approve Settlement is granted with the added provision to the Settlement Term Sheet as set forth in paragraph 1 of this Order, and,

3. The Motion for Relief from Stay filed at docket 463 is settled and closed by this Order.

BY THE COURT:

_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge

## SETTLEMENT TERM SHEET

This Settlement Term Sheet ("Term Sheet") is made the 20th day of March, 2017, by, between and among Jeffrey J. Sikirica, Chapter 11 Trustee for the bankruptcy estate of Frank M. Machi, Jr. (the "Trustee"), Frank M. Machi, Jr. (the "Debtor"), 6350 Waldron Street, LLC ("Waldron"), Dyer Law Firm, P.C. (the "Dyer Firm") and Erin P. Dyer ("Attorney Dyer"), on terms as follows:

1. In the matter of Waldron as Movant versus Machi and the Trustee as Respondents, Waldron shall pay $17,500.00 to the Trustee in exchange for the Trustee consenting to Waldron's request for relief from stay and the Trustee giving to Waldron a waiver and release of any further interest in the real property known as 4125 Butler Street, Pittsburgh, Pennsylvania (the "Butler Street Property"), and a purported Joint Venture Agreement, partnership or any other affiliation, allegedly involving the Debtor.

2. Waldron timely filed Proof of Claim No. 13-1 (as amended at No. 13-2), asserting a secured claim for $65,467.40 and has provided information to the Trustee through which the amount of Waldron's secured claim is $81,221.39 as of March 30, 2017 (the "Secured Claim"). As part of this settlement, Waldron is to receive $72,500.00 in full satisfaction of its Secured Claim.

3. The Debtor will provide to Attorney Dyer and the Dyer Firm a general release, to include an acknowledgment that neither Attorney Dyer nor the Dyer Firm has ever represented the Debtor, pre-or post-bankruptcy.

4. Waldron and the Trustee agree that the Debtor may remove personal property from the Butler Street Property and sell or otherwise dispose of it as the Debtor so determines.

5. The following parties shall provide mutual general releases to the others as follows:

   A. The Trustee in favor of Waldron, Attorney Dyer and the Dyer Firm and vice-versa; and

   B. The Debtor in favor of Waldron, Attorney Dyer and the Dyer Firm and vice-versa.

6. Waldron, the Dyer Firm and Attorney Dyer agree to release whatever, if any, other liens or claims any of them holds or may hold against other assets of the Debtor's bankruptcy estate.

7. The parties agree to utilize reasonable efforts to consummate the terms of their settlement within twenty (20) days after their settlement is approved by the Bankruptcy Court.

{B3037794.1}

8. If the settlement of the parties is not approved by the Bankruptcy Court, it shall be deemed that this Term Sheet, and any settlement agreement subsequently prepared as to it, shall be void, as if they never existed.

9. The Trustee has agreed to promptly draft a settlement document for review by the other parties. Waldron's Counsel shall draft a Rule 9019 Motion for review by the other parties.

Executed in Pittsburgh, Pennsylvania.

_____
Jeffrey J. Sikirica, Chapter 11 Trustee

_____
Frank M. Machi, Jr., an individual

6350 WALDRON STREET, LLC

By: _____
Name: Erin P. Dyer
Title: Managing Member

DYER LAW FIRM, P.C.

By: _____
Name: Erin P. Dyer
Title: President

_____
Erin P. Dyer, an individual

{B3037794.1}                    2