IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

FRANCIS M. MACHI, JR., : Bankruptcy No.   14-23154-CMB
aka FRANK M. MACHI, JR. :
: Chapter 11
Debtor(s). :
: Document No.   568
Dyer Law Firm, P.C. :
: Related to Doc. Nos. 463, 464, 466,
Movant, :     467, 468, 485, 487, 520, 521, 529,
:     532, 533, 534, 539, 540, 542, 545,
v. :     549, 551, 553, 554, 561, 563, 564,
:     565 & 566
Francis M. Machi, Jr., a/k/a Frank M. :
Machi and Jeffrey J. Sikirica, Trustee, :
:
Respondents. :

## ORDER OF COURT

AND NOW, this ___28th___ day of July, 2017, after a previous hearing in open Court on the Motion to Approve Settlement filed at Docket 549 and amended at Docket No. 551, and upon consideration of the Settlement Term Sheet being attached and made a part of this Order, it is hereby Ordered, Adjudged and Decreed that:

1. The payment by Francis M. Machi, Jr. a/k/a Frank M. Machi of $72,500.00 to 6350 Waldron Street, LLC as set forth in paragraph #2 of the Settlement Term Sheet will also satisfy in full any and all secured claims that Erin P. Dyer individually or the Dyer Law Firm, P.C. may have against any real or personal property of Francis M. Machi, Jr. a/k/a Frank M. Machi,

2. The Motion to Approve Settlement is granted with the added provision to the Settlement Term Sheet as set forth in paragraph 1 of this Order, and,

3. The Motion for Relief from Stay filed at docket 463 *467* is settled and closed by this Order.

BY THE COURT:

*Carlota M. Böhm*　dmr
Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
7/28/17 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## SETTLEMENT TERM SHEET

This Settlement Term Sheet ("Term Sheet") is made the 20th day of March, 2017, by, between and among Jeffrey J. Sikirica, Chapter 11 Trustee for the bankruptcy estate of Frank M. Machi, Jr. (the "Trustee"), Frank M. Machi, Jr. (the "Debtor"), 6350 Waldron Street, LLC ("Waldron"), Dyer Law Firm, P.C. (the "Dyer Firm") and Erin P. Dyer ("Attorney Dyer"), on terms as follows:

1. In the matter of Waldron as Movant versus Machi and the Trustee as Respondents, Waldron shall pay $17,500.00 to the Trustee in exchange for the Trustee consenting to Waldron's request for relief from stay and the Trustee giving to Waldron a waiver and release of any further interest in the real property known as 4125 Butler Street, Pittsburgh, Pennsylvania (the "Butler Street Property"), and a purported Joint Venture Agreement, partnership or any other affiliation, allegedly involving the Debtor.

2. Waldron timely filed Proof of Claim No. 13-1 (as amended at No. 13-2), asserting a secured claim for $65,467.40 and has provided information to the Trustee through which the amount of Waldron's secured claim is $81,221.39 as of March 30, 2017 (the "Secured Claim"). As part of this settlement, Waldron is to receive $72,500.00 in full satisfaction of its Secured Claim.

3. The Debtor will provide to Attorney Dyer and the Dyer Firm a general release, to include an acknowledgment that neither Attorney Dyer nor the Dyer Firm has ever represented the Debtor, pre-or post-bankruptcy.

4. Waldron and the Trustee agree that the Debtor may remove personal property from the Butler Street Property and sell or otherwise dispose of it as the Debtor so determines.

5. The following parties shall provide mutual general releases to the others as follows:

    A. The Trustee in favor of Waldron, Attorney Dyer and the Dyer Firm and vice-versa; and

    B. The Debtor in favor of Waldron, Attorney Dyer and the Dyer Firm and vice-versa.

6. Waldron, the Dyer Firm and Attorney Dyer agree to release whatever, if any, other liens or claims any of them holds or may hold against other assets of the Debtor's bankruptcy estate.

7. The parties agree to utilize reasonable efforts to consummate the terms of their settlement within twenty (20) days after their settlement is approved by the Bankruptcy Court.

{B3037794.1}

8. If the settlement of the parties is not approved by the Bankruptcy Court, it shall be deemed that this Term Sheet, and any settlement agreement subsequently prepared as to it, shall be void, as if they never existed.

9. The Trustee has agreed to promptly draft a settlement document for review by the other parties. Waldron's Counsel shall draft a Rule 9019 Motion for review by the other parties.

Executed in Pittsburgh, Pennsylvania.

_____
Jeffrey J. Sikirica, Chapter 11 Trustee

_____
Frank M. Machi, Jr., an individual

6350 WALDRON STREET, LLC

By: _____
Name: Erin P. Dyer
Title: Managing Member

DYER LAW FIRM, P.C.

By: _____
Name: Erin P. Dyer
Title: President

_____
Erin P. Dyer, an individual

{B3037794.1}                                    2

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                                  Case No. 14-23154-CMB
Francis M. Machi, Jr.                                                                   Chapter 11
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: dric                  Page 1 of 3                  Date Rcvd: Jul 28, 2017
                               Form ID: pdf900             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
db            +Francis M. Machi, Jr.,    3823 Mintwood Street,    Pittsburgh, PA 15201-1221
aty            Calaiaro Valencik,    428 Forbes Ave.,    Ste. 900,    Pittsburgh, PA 15219-1621
aty           +Domenic A. Bellisario,    Law Office of Domenic A. Bellisario,    310 Grant Street,   Suite 1302,
               Pittsburgh, PA 15219-2229
op            +6350 Waldron Street, LLC,    128 S. 2nd Street,    Clarsburg, WV 26301-2921
r             +Donna Fischer,    Coldwell Banker,    9600 Perry Highway Suite 100,    Pittsburgh, PA 15237-5552
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
acc            Harry Barnes,    Barnes Corporation,    215 Brookside Blvd.,    Pittsburgh, PA 15241-1511
cr            +OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FA,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
13941919      +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13941916      +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13985415      +DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
               Salt Lake City, UT 84115-4412
14070823      +DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing,    PO Box 65450,
               Salt Lake City, UT 84165-0450
13963926      +Mark Machi,    307 Shady Lane,    Glenshaw, PA 15116-3149
14034350      +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
13941921      +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13997137      +Plane Fitness,    1635 S. Braddock Avenue,    Pittsburgh, PA 15218-1663
13956785      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13900850      +Straka & McQuone, Inc.,    1099 Ohio River Boulevard,    Sewickley, PA 15143-2081
14041993       U.S. Bank N.A.,,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
               P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13982418      +Wells Fargo Bank, N.A, as Trustee,    c/o Select Portfolio Servicing, Inc.,
               3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13900848       +E-mail/Text: ccusa@ccuhome.com Jul 29 2017 01:10:15     Dr. J.A. Straka,
               c/o Credit Collections U.S.A.,    16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
13980961       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 29 2017 01:11:18     Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14005299        E-mail/Text: cio.bncmail@irs.gov Jul 29 2017 01:10:23     INTERNAL REVENUE SERVICE,
               1000 LIBERTY AVENUE ROOM 705,    PITTSBURGH,PA 15222
14123161       +Fax: 407-737-5634 Jul 29 2017 01:39:14     OCWEN LOAN SERVICING, LLC,
               ATTN: CASHIERING DEPARTMENT,    1661 WORTHINGTON RD., SUITE 100,
               WEST PALM BEACH, FL 33409-6493
13900849       +Fax: 407-737-5634 Jul 29 2017 01:39:14     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
               Suite 100,    West Palm Beach, FL 33409-6493
13915333        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2017 01:10:36
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             City and School District of Pittsburgh
cr             DLJ Mortgage Capital, Inc.
cr             Duquesne Light Company
cr             Jennifer Mariani
md             Norman Gilkey
cr             Ocwen Loan Servicing, LLC as servicer for U.S. Ban
cr             Pittsburgh Water & Sewer Authority
cr             U.S. Bank N.A., as Trustee for the registered hold
cr             U.S. Bank National Association Et Al...
cr             Wells Fargo Bank, N.A., as Trustee , for the certi
cr             Wells Fargo Bank, N.A., as Trustee, et al...
cr             Wells Fargo Bank, N.A., et. al.
cr*           +Dyer Law Firm, P.C.,    5743 Centre Avenue,    Pittsburgh, PA 15206-3707
cr*           +Mark Machi,    307 Shady Lane,    Glenshaw, PA 15116-3149
14135512*     +Ocwen Loan Servicing, LLC,    ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
               West Palm Beach, FL 33409-6493
```

```
District/off: 0315-2          User: dric                  Page 2 of 3                   Date Rcvd: Jul 28, 2017
                              Form ID: pdf900             Total Noticed: 26

14070720      ##+Dyer Law Firm, P.C.,    5743 Centre Avenue,    Pittsburgh, PA 15206-3707
                                                                                      TOTALS: 13, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:

```
              David Z. Valencik    on behalf of Attorney    Calaiaro Valencik dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Erin P. Dyer    on behalf of Creditor    Dyer Law Firm, P.C. erindyer@wvlegalcounsel.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James   Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO
               BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK
               PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH C pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al...
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica jsikirica@bglaw-llp.com,
               SikiricaLaw@consolidated.net;A.A.Farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.
               com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Lois M. Vitti    on behalf of Creditor    Dyer Law Firm, P.C. jennifer@vittilaw.com,
               loismvitti@vittilaw.com
              Lois M. Vitti    on behalf of Other Prof.    6350 Waldron Street, LLC jennifer@vittilaw.com,
               loismvitti@vittilaw.com
              Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Norman E. Gilkey    on behalf of Mediator Norman   Gilkey ngilkey@bccz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronald B. Roteman    on behalf of Creditor Jennifer   Mariani rroteman@stonecipherlaw.com,
               ykocher@stonecipherlaw.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

```
District/off: 0315-2          User: dric                 Page 3 of 3                  Date Rcvd: Jul 28, 2017
                              Form ID: pdf900            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 sbraunstein@udren.com, vbarber@udren.com
         Sherri J. Braunstein    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 sbraunstein@udren.com, vbarber@udren.com
         Stuart P. Winneg    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 swinneg@udren.com, cblack@udren.com

         TOTAL: 26

Case 14-23154-CMB    Doc 570    Filed 07/30/17    Entered 07/31/17 00:50:24    Desc
Imaged Certificate of Notice    Page 7 of 7