**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) **Bankruptcy No.** 14-23154 CMB |
| **Francis M. Machi, Jr.,** | ) **Chapter 11** |
| Debtor, | ) |
| **Calaiaro Valencik** | ) **Related Document No.** 572 |
| Movant, | ) **Hearing Date:** 09/12/17 @ 1:30 p.m. |
| vs. | ) **Response Date:** 08/26/17 |
| **Francis M. Machi, Jr.,** | ) |
| **Jeffrey J. Sikirica, Trustee** | ) |
| Respondents. | ) **Document No.** |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF Calaiaro Valencik FOR
Motion to Compel Payment of Administrative Claim**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **August 26, 2017**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **September 12, 2017, at 1:30 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**DATED:** August 9, 2017      **BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**  /s/ David Z. Valencik

**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 14-23154 CMB |
| **Francis M. Machi, Jr.,** | ) **Chapter 11** |
|     Debtor, | ) |
| **Calaiaro Valencik** | ) **Related Document No.** 572 |
|     Movant, | ) **Hearing Date:** 09/12/17 @ 1:30 p.m. |
|     vs. | ) **Response Date:** 08/26/17 |
| **Francis M. Machi, Jr.,** | ) |
| **Jeffrey J. Sikirica, Trustee** | ) |
|     Respondents. | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Notice of Hearing and
Motion to Compel Payment of Administrative Claim**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 9, 2017.

**Service by First-class mail:**
Francis M. Machi, Jr., 3823 Mintwood Street, Pittsburgh, PA 15201

**Service by NEF:**
Jeffrey J. Sikirica, Blumling & Gusky LLP, 1200 Koppers Building, 436 Seventh Avenue, Pittsburgh, PA 15219

Heather A. Sprague on Behalf of the United States Trustee by Office of the United States Trustee, Liberty Center, Suite 970, 1001 Liberty Avenue, Pittsburgh, PA 15222

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail or Electronic Notification

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**DATED:** August 9, 2017    **BY:**    /s/ Donald R. Calaiaro_____
    **Donald R. Calaiaro, Esquire, PA I.D. #27538**
    dcalaiaro@c-vlaw.com
    **BY:**    /s/ David Z. Valencik_____
    **David Z. Valencik, Esquire,   PA I.D. #308361**
    dvalencik@c-vlaw.com
    **CALAIARO VALENCIK**
    **428 Forbes Avenue, Suite 900**

**Pittsburgh, PA  15219-1621**
**(412) 232-0930**