UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: May 17

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    6-4-17
Signature of Debtor                Date

_____    6/15/17
Signature of Joint Debtor          Date

_____    6/15/17
Signature of Preparer              Date

Brian W Thompson
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: May 17

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 5705.17 | |
| **Total Receipts** | 5705.17 | 27913.83 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1394.25 | 38956.50 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | 644.25 |
| Utilities | 492.37 | 31949.24 |
| Insurance | 239.40 | 12336.66 |
| Auto Expense | 328.46 | 26310.64 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 1761.42 | 29500.46 |
| Medical Expenses | 180.11 | 3424.62 |
| Household Expenses | 969.60 | 5570.85 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | 951.67 | 2415.03 |
| Taxes - Personal Property | | 50.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 865.67 |
| Gifts | | 1267.64 |
| Other (attach schedule) | 1255.25 | 23870.89 |
| Total Ordinary Disbursements | 7572.53 | 177602.26 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 7700.21 |
| U. S. Trustee Fees | 650.00 | 5233.93 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 650.00 | 12934.14 |
| **Total Disbursements (Ordinary + Reorganization)** | 8222.53 | 190536.40 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (2517.36) | 88577.43 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 2484.30 | |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.  
        Debtor

Case No. 14-23154-CMB  
Reporting Period: May 17

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Real Estate | 3060.70 | |
| Rent 1 | 1489.60 | |
| Contractor | 949.50 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Promo l. Ads | 60.00 | |
| Parking | 19.00 | |
| Contractor Labor | 1160.00 | |
| Postage | 16.25 | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Machi, Jr., Frank M.                                            Case No. 14-23154-CMB
       Debtor                     Reporting Period: MAY 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

ANS. #2. GIRLFRIEND PAID FROM HER ACCOUNT — 2 AUTO REG. AND 1 DINNER, I PAID HER BACK AND HAVE DOCUMENTS ENCLOSED.

ANS. #3 I SHOULD HAVE 2016 INCOME TAXES COMPLETE AND FILED BY 6-15-17

FORM MOR-5
(9/99)

# FRANK M. MACHI JR.

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE  MAY 2017

## UNPAID DEBTS

1. ~~3810 HOWLEY STREET, PITTSBURGH PA. 15201 - OCWEN MORTGAGE~~

2. ~~357 COOLSPRING STREET UNIONTOWN PA 15401 SPS MORTGAGE~~


3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

5. POINT BREEZE VET CLINIC HAS OUTSTANDING BALANCE APPROXIMATE $150.00

6. PLANET FITNESS  $10.00 PER MONTH CONTRACT



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

**Shadyside Office**
Account Number: ███████
Type: **Checking & Simple**

FRANK MACHI JR
DEBTOR IN POSSESSION
CASE NUMBER 14-23154
3823 MINTWOOD ST
PITTSBURGH PA 15201-1221

*Page 1 of 7*
Statement from:
**April 29 to May 31, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 5,076.29 |
| Deposits and Other Additions | + | 5,705.17 |
| Checks Paid and Other Subtractions | - | 8,297.16 |
| Ending Balance on May 31, 2017 | | $ 2,484.30 |
| Low Balance | | $ 2,290.08 |
| Average Ledger Balance | | $ 4,306.34 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ███████

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 04-29 | Previous Statement Balance | | | $ 5,076.29 |
| 05-01 | Deposit | | $ 750.00 | $ 5,826.29 |
| 05-01 | #Check Card Purchase | $ 60.00 - | | $ 5,766.29 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ #███ | | | |
| 05-01 | #Check Card Purchase | $ 7.07 - | | $ 5,759.22 |
| | MERCHANT PURCHASE TERMINAL 422443 BUSY BEAVER PITTSB PITTSBURG PA SEQ███ | | | |
| 05-01 | #Online Bill Payment | $ 644.25 - | | $ 5,114.97 |
| | ABO9VNH8 SPECIALIZED LOAN S  1113406 | | | |
| 05-01 | #Online Bill Payment | $ 500.00 - | | $ 4,614.97 |
| | ABF8LNH8 SELECT PORTFOLIO S  1113406 | | | |
| 05-01 | #Online Bill Payment | $ 250.00 - | | $ 4,364.97 |
| | SB79MNH8 SELECT PORTFOLIO S  1113406 | | | |
| 05-01 | #Online Bill Payment | $ 239.40 - | | $ 4,125.57 |
| | 9BN9AN78 PENN NATIONAL INSU  1113406 | | | |
| 05-01 | #Online Bill Payment | $ 175.00 - | | $ 3,950.57 |
| | OB29VNH8 SPRINT  1113406 | | | |

15201

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 2 of 7*

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-01 | #Online Bill Payment<br>OBQ9PNH8 VERIZON<br>1113406 | $ 145.00 | - | $ 3,805.57 |
| 05-01 | #Online Bill Payment<br>EBT9CN78 PITTSBURGH WATER<br>1113406 | $ 91.50 | - | $ 3,714.07 |
| 05-01 | #Online Bill Payment<br>TBO9ONH8 PEOPLES NATURAL GA<br>1113406 | $ 50.16 | - | $ 3,663.91 |
| 05-01 | #Online Bill Payment<br>8819SNH8 FIRSTENERGY<br>1113406 | $ 12.42 | - | $ 3,651.49 |
| 05-02 | #Online Bill Payment<br>PBI9JN1Z DUQUESNE LIGHT CO<br>1114061 | $ 133.70 | - | $ 3,517.79 |
| 05-02 | #Online Bill Payment<br>6BK9JNOJ PITTSBURGH WATER<br>1114061 | $ 29.59 | - | $ 3,488.20 |
| 05-03 | Deposit | | $ 2,681.30 | $ 6,169.50 |
| 05-03 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | $ 734.00 | $ 6,903.50 |
| 05-03 | #Check Card Refund<br>MERCHANT REFUND TERMINAL 444500 GET GO 3064 PITTSBURG PA | | $ 3.32 | $ 6,906.82 |
| 05-03 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 PARKING IN PITTSBU RGH 4 PITTSBURG PA SEQ | $ 1.00 | - | $ 6,905.82 |
| 05-03 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 PARKING IN PITTSBU RGH 4 PITTSBURG PA SEQ | $ 1.00 | - | $ 6,904.82 |
| 05-03 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 PARKING IN PITTSBU RGH 4 PITTSBURG PA SEQ | $ 1.00 | - | $ 6,903.82 |
| 05-03 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ | $ 150.00 | - | $ 6,753.82 |
| 05-03 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ | $ 60.00 | - | $ 6,693.82 |
| 05-03 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | $ 100.00 | - | $ 6,593.82 |
| 05-04 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4817 PITTSBURG PA SEQ | $ 6.84 | - | $ 6,586.98 |
| 05-05 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | $ 697.50 | $ 7,284.48 |
| 05-05 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $ 380.00 | $ 7,664.48 |

MEMBER FDIC



S&T Bank  
P.O. Box 190  
Indiana, PA 15701  
800.325.BANK  
stbank.com  
MEMBER FDIC

Page 3 of 7

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-05 | #Check Card Purchase | $ 64.08 | - | $ 7,600.40 |
| | MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 41 36 PITTSBURG PA SEQ # | | | |
| 05-05 | #ATM Withdrawal | $ 60.00 | - | $ 7,540.40 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 05-05 | Check 167 | $ 951.67 | - | $ 6,588.73 |
| 05-08 | #Check Card Purchase | $ 113.60 | - | $ 6,475.13 |
| | MERCHANT PURCHASE TERMINAL 438224 ALSIDE SUPPLY 139 330 92276 PA SEQ | | | |
| 05-08 | #Check Card Purchase | $ 151.00 | - | $ 6,324.13 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3051 BELLE VER PA SEQ # | | | |
| 05-08 | #Check Card Purchase | $ 18.73 | - | $ 6,305.40 |
| | MERCHANT PURCHASE TERMINAL 427074 Coolspring Stone S upply 724 43764 PA SEQ # | | | |
| 05-08 | #Check Card Purchase | $ 8.99 | - | $ 6,296.41 |
| | MERCHANT PURCHASE TERMINAL 423168 DAIRY QUEEN 16215 UNIONTOWN PA SEQ | | | |
| 05-08 | #ATM Withdrawal | $ 210.00 | - | $ 6,086.41 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 05-08 | #Non S&T ATM W/D | $ 60.00 | - | $ 6,026.41 |
| | CASH WITHDRAWAL TERMINAL NH060585 318 52ND STREET PITTSBURG PA SEQ | | | |
| 05-08 | #Service Charge | $ 2.50 | - | $ 6,023.91 |
| | NON S&T ATM W/D | | | |
| 05-08 | #ATM Surcharge | $ 2.75 | - | $ 6,021.16 |
| | SURCHARGE AMOUNT TERMINAL NH060585 318 52ND STREET PITTSBURG PA SEQ | | | |
| 05-09 | Check 99 | $ 100.00 | - | $ 5,921.16 |
| 05-09 | Check 165 | $ 650.00 | - | $ 5,271.16 |
| 05-09 | Check 166 | $ 209.05 | - | $ 5,062.11 |
| 05-10 | #Check Card Purchase | $ 180.11 | - | $ 4,882.00 |
| | MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE 1 0939 PITTSBURG PA SEQ # | | | |
| 05-12 | #ATM Withdrawal | $ 50.00 | - | $ 4,832.00 |
| | CASH WITHDRAWAL TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ | | | |
| 05-15 | #Check Card Purchase | $ 41.67 | - | $ 4,790.33 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ # | | | |
| 05-15 | #Check Card Purchase | $ 11.00 | - | $ 4,779.33 |
| | MERCHANT PURCHASE TERMINAL 442629 BLOOMFIELD LASERWA SH TOUPITTSBURG PA SEQ | | | |
| 05-15 | #Check Card Purchase | $ 2.62 | - | $ 4,776.71 |
| | MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 41 36 PITTSBURG PA SEQ # | | | |
| 05-15 | #Check Card Purchase | $ 9.62 | - | $ 4,767.09 |
| | MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSURGH PA SEQ | | | |
| 05-15 | #Check Card Purchase | $ 103.30 | - | $ 4,663.79 |
| | MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSURGH PA SEQ # | | | |
| 05-15 | #ATM Withdrawal | $ 70.00 | - | $ 4,593.79 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 05-16 | #Check Card Purchase | $ 259.50 | - | $ 4,334.29 |
| | MERCHANT PURCHASE TERMINAL 443565 ACE LOCK AND KEY S ERVICEPITTSBURG PA SEQ # | | | |
| 05-17 | Check 99 | $ 150.00 | - | $ 4,184.29 |
| 05-19 | #ATM Withdrawal | $ 100.00 | - | $ 4,084.29 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 05-19 | #Check Card Purchase | $ 50.00 | - | $ 4,034.29 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ # 7 | | | |
| 05-19 | #Check Card Purchase | $ 150.00 | - | $ 3,884.29 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ # | | | |

MEMBER FDIC



**S T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number: ▮▮▮▮▮▮▮
Type: **Checking & Simple**
*Page 4 of 7*

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:** ▮▮▮▮▮▮▮

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476501 STONE HOUSE RESTAURANT FARMINGTO PA SEQ # | $ 22.00 | - | $ 3,862.29 |
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168 DAIRY QUEEN 16215 UNIONTOWN PA SEQ # | $ 4.02 | - | $ 3,858.27 |
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168 DAIRY QUEEN 16215 UNIONTOWN PA SEQ # | $ 7.73 | - | $ 3,850.54 |
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 4172 UNION TOW PA SEQ | $ 43.99 | - | $ 3,806.55 |
| 05-22 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL PX0696 1206 NATIONAL PIKE HOPWOOD PA SEQ | $ 150.00 | - | $ 3,656.55 |
| 05-22 | #Service Charge<br>NON S&T ATM W/D | $ 2.50 | - | $ 3,654.05 |
| 05-22 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL PX0696 1206 NATIONAL PIKE HOPWOOD PA SEQ # | $ 3.50 | - | $ 3,650.55 |
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168 DAIRY QUEEN 16215 UNIONTOWN PA SEQ | $ 7.19 | - | $ 3,643.36 |
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3699 UNIONTOWN PA SEQ # | $ 110.15 | - | $ 3,533.21 |
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168 DAIRY QUEEN 16215 UNIONTOWN PA SEQ | $ 2.96 | - | $ 3,530.25 |
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 432303 CHRISTIAN W KLAY WINER CHALK HIL PA SEQ | $ 33.92 | - | $ 3,496.33 |
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3003 PITTSBURG PA SEQ # | $ 58.72 | - | $ 3,437.61 |
| 05-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $ 50.00 | - | $ 3,387.61 |
| 05-22 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL NH060585 318 52ND STREET PITTSBURG PA SEQ | $ 100.00 | - | $ 3,287.61 |
| 05-22 | #Service Charge<br>NON S&T ATM W/D | $ 2.50 | - | $ 3,285.11 |
| 05-22 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL NH060585 318 52ND STREET PITTSBURG PA SEQ | $ 2.75 | - | $ 3,282.36 |
| 05-23 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | $ 125.46 | - | $ 3,156.90 |
| 05-23 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ # | $ 191.81 | - | $ 2,965.09 |
| 05-23 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 480163 PIZZA FIESTA PITTSBURG PA SEQ # | $ 9.06 | - | $ 2,956.03 |
| 05-23 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | $ 250.00 | - | $ 2,706.03 |
| 05-25 | Deposit | | $ 209.05 | $ 2,915.08 |

MEMBER FDIC

**STBank**  P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

Page 5 of 7

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-25 | #Check Card Purchase | $ 64.40 - | | $ 2,850.68 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | | | |
| 05-25 | #Check Card Purchase | $ 29.00 - | | $ 2,821.68 |
| | MERCHANT PURCHASE TERMINAL 449215 SQ LA VIGNETA WIN E  PITTSBURG PA SEQ | | | |
| 05-30 | #Check Card Purchase | $ 26.05 - | | $ 2,795.63 |
| | MERCHANT PURCHASE TERMINAL 444500 USPS PO 4166180024 PITTSBURG PA SEQ # | | | |
| 05-30 | #Check Card Purchase | $ 1.00 - | | $ 2,794.63 |
| | MERCHANT PURCHASE TERMINAL 443565 PARKING IN PITTSBU RGH 4 PITTSBURG PA SEQ # | | | |
| 05-30 | #Check Card Purchase | $ 5.56 - | | $ 2,789.07 |
| | MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 41 36   PITTSBURG PA SEQ # | | | |
| 05-30 | #ATM Withdrawal | $ 250.00 - | | $ 2,539.07 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 05-30 | #Check Card Purchase | $ 29.41 - | | $ 2,509.66 |
| | MERCHANT PURCHASE TERMINAL 401951 HAMBONES PITTSBURG PA SEQ # | | | |
| 05-30 | #Check Card Purchase | $ 9.58 - | | $ 2,500.08 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO  3107 PITTSBURG PA SEQ # | | | |
| 05-30 | #Check Card Purchase | $ 150.00 - | | $ 2,350.08 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO  3107 PITTSBURG PA SEQ # | | | |
| 05-30 | #Check Card Purchase | $ 60.00 - | | $ 2,290.08 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO  3107 PITTSBURG PA SEQ # | | | |
| 05-31 | #ATM Deposit | | $ 250.00 | $ 2,540.08 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 05-31 | #ATM Withdrawal | $ 50.00 - | | $ 2,490.08 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 05-31 | #Check Card Purchase | $ 5.78 - | | $ 2,484.30 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO  3352 PITTSBURG PA SEQ # | | | |
| 05-31 | Ending Totals | $ 8,297.16 - | $ 5,705.17 | $ 2,484.30 |

### CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 99 | $ 100.00 | 165 * | $ 650.00 | 167 | $ 951.67 |
| 99 * | $ 150.00 | 166 | $ 209.05 | | |

* Indicates Skip in Check Number

### WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 05-01 | Check card purchase | 60.00 | 05-01 | Online bill payment | 50.16 |
| 05-01 | Check card purchase | 7.07 | 05-01 | Online bill payment | 12.42 |
| 05-01 | Online bill payment | 644.25 | 05-02 | Online bill payment | 133.70 |
| 05-01 | Online bill payment | 500.00 | 05-02 | Online bill payment | 29.59 |
| 05-01 | Online bill payment | 250.00 | 05-03 | Check card purchase | 1.00 |
| 05-01 | Online bill payment | 239.40 | 05-03 | Check card purchase | 1.00 |
| 05-01 | Online bill payment | 175.00 | 05-03 | Check card purchase | 1.00 |
| 05-01 | Online bill payment | 145.00 | 05-03 | Check card purchase | 150.00 |
| 05-01 | Online bill payment | 91.50 | 05-03 | Check card purchase | 60.00 |


S&T Bank  P.O. Box 190
Indiana, PA 15701
800 325 BANK
stbank.com

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 6 of 7*

**WITHDRAWALS**

| Date | | Amount | Date | | Amount |
|---|---|---:|---|---|---:|
| 05-03 | ATM withdrawal | 100.00 | 05-22 | Non S&T ATM w/d | 150.00 |
| 05-04 | Check card purchase | 6.84 | 05-22 | Service charge | 2.50 |
| 05-05 | Check card purchase | 64.08 | 05-22 | ATM surcharge | 3.50 |
| 05-05 | ATM withdrawal | 60.00 | 05-22 | Check card purchase | 7.19 |
| 05-08 | Check card purchase | 113.60 | 05-22 | Check card purchase | 110.15 |
| 05-08 | Check card purchase | 151.00 | 05-22 | Check card purchase | 2.96 |
| 05-08 | Check card purchase | 18.73 | 05-22 | Check card purchase | 33.92 |
| 05-08 | Check card purchase | 8.99 | 05-22 | Check card purchase | 58.72 |
| 05-08 | ATM withdrawal | 210.00 | 05-22 | Check card purchase | 50.00 |
| 05-08 | Non S&T ATM w/d | 60.00 | 05-22 | Non S&T ATM w/d | 100.00 |
| 05-08 | Service charge | 2.50 | 05-22 | Service charge | 2.50 |
| 05-08 | ATM surcharge | 2.75 | 05-22 | ATM surcharge | 2.75 |
| 05-10 | Check card purchase | 180.11 | 05-23 | Check card purchase | 125.46 |
| 05-12 | ATM withdrawal | 50.00 | 05-23 | Check card purchase | 191.81 |
| 05-15 | Check card purchase | 41.67 | 05-23 | Check card purchase | 9.06 |
| 05-15 | Check card purchase | 11.00 | 05-23 | ATM withdrawal | 250.00 |
| 05-15 | Check card purchase | 2.62 | 05-25 | Check card purchase | 64.40 |
| 05-15 | Check card purchase | 9.62 | 05-25 | Check card purchase | 29.00 |
| 05-15 | Check card purchase | 103.30 | 05-30 | Check card purchase | 26.05 |
| 05-15 | ATM withdrawal | 70.00 | 05-30 | Check card purchase | 1.00 |
| 05-16 | Check card purchase | 259.50 | 05-30 | Check card purchase | 5.56 |
| 05-19 | ATM withdrawal | 100.00 | 05-30 | ATM withdrawal | 250.00 |
| 05-19 | Check card purchase | 50.00 | 05-30 | Check card purchase | 29.41 |
| 05-19 | Check card purchase | 150.00 | 05-30 | Check card purchase | 9.58 |
| 05-22 | Check card purchase | 22.00 | 05-30 | Check card purchase | 150.00 |
| 05-22 | Check card purchase | 4.02 | 05-30 | Check card purchase | 60.00 |
| 05-22 | Check card purchase | 7.73 | 05-31 | ATM withdrawal | 50.00 |
| 05-22 | Check card purchase | 43.99 | 05-31 | Check card purchase | 5.78 |

**DEPOSITS**

| Date | | Amount | Date | | Amount |
|---|---|---:|---|---|---:|
| 05-01 | Deposit | 750.00 | 05-05 | ATM deposit | 697.50 |
| 05-03 | Deposit | 2,681.30 | 05-05 | ATM deposit | 380.00 |
| 05-03 | ATM deposit | 734.00 | 05-25 | Deposit | 209.05 |
| 05-03 | Check card refund | 3.32 | 05-31 | ATM deposit | 250.00 |

MEMBER FDIC



Page 7 of 7

**OVERDRAFT/RETURN ITEM FEES**

|  | *Total for this period* | *Total year-to-date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC