# FRANK M. MACHI JR.

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE **6-30-17**

UNPAID DEBTS

1. ~~5810 HOWLEY STREET, PITTSBURGH PA. 15201 - OCWEN MORTGAGE~~

2. ~~357 COOLSPRING STREET UNIONTOWN PA 15401 SPS MORTGAGE~~

3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

5. POINT BREEZE VET CLINIC HAS OUTSTANDING BALANCE APPROXIMATE $150.00

6. PLANET FITNESS $10.00 PER MONTH CONTRACT

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: **6-30-17**

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed] Frank M. Machi_    7-5-17
Signature of Debtor    Date

X _N/A_    _____
Signature of Joint Debtor    Date

_[signed]_ H/S    7/13/17
Signature of Preparer    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.                                                                  Case No. 14-23154-CMB
                Debtor                                               Reporting Period: **6-30-17**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** |  |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | 9899.13 | 289012.96 |
| **Total Receipts** | 9899.13 | 289012.96 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 1394.25 | 40350.75 |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  | 644.25 |
| Utilities | 681.14 | 32630.35 |
| Insurance | 349.00 | 12685.66 |
| Auto Expense | 76.79 | 26387.45 |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance | 1252.99 | 30553.45 |
| Medical Expenses | 536.00 | 4460.62 |
| Household Expenses | 73.76 | 5584.61 |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate | 500.63 | 2915.65 |
| Taxes - Personal Property |  | 50.08 |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment |  | 865.67 |
| Gifts |  | 1267.94 |
| Other (attach schedule) | 1105.23 | 24976.12 |
| **Total Ordinary Disbursements** | 5969.79 | 183572.25 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  | 7700.21 |
| U.S. Trustee Fees |  | 5233.93 |
| Other Reorganization Expenses (attach schedule) |  |  |
| **Total Reorganization Items** |  | 12934.14 |
| **Total Disbursements (Ordinary + Reorganization)** | 5969.79 | 196506.69 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 3929.34 | 92506.21 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 5245.81 |  |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: 6-30-17

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Refund | 190.03 | |
| Ship | 89.00 | |
| Rent | 3834.00 | |
| contractor | 630.00 | |
| Real Estate | 5156.10 | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Ship Exp | 745.20 | |
| Perkins | 11.25 | |
| Bank s/c | 6.00 | |
| Keller Williams | 124.70 | |
| aaRP Dues | 43.00 | |
| Fees | 175.00 | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T) (9/99)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: 6-30-17

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  |  | Number of Days Past Due |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders* |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

CS #14-23154 CMB

Debtor: FRANK MNM   Reporting Period: 6-30-17

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

GIRLFRIEND PAID & GOT REIMBURSED FOR VENDING ADVERTISING SEE RECEIPTS TOTAL $180.00

FORM MOR-5
(9/99)



S T Bank  
P.O. Box 190  
Indiana, PA 15701  
800.325.BANK  
stbank.com

**Shadyside Office**  
Account Number: ▓▓▓▓▓▓  
Type: **Checking & Simple**

FRANK MACHI JR  
DEBTOR IN POSSESSION  
CASE NUMBER 14-23154  
3823 MINTWOOD ST  
PITTSBURGH PA 15201-1221

*Page 1 of 5*  
Statement from:  
**June 1 to June 30, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | |
|---|---:|
| Previous Statement Balance | $ 2,484.30 |
| Deposits and Other Additions + | 9,899.13 |
| Checks Paid and Other Subtractions - | 5,137.62 |
| Ending Balance on June 30, 2017 | $ 7,245.81 |
| Low Balance | $ 25.97 |
| Average Ledger Balance | $ 1,141.46 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ▓▓▓▓▓▓

| | | | Subtractions | Additions | Balance |
|---|---|---|---:|---:|---:|
| 06-01 | Previous Statement Balance | | | | $ 2,484.30 |
| 06-01 | #Check Card Purchase | | $ 29.03 | - | $ 2,455.27 |
| | MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 41 36 PITTSBURG PA SEQ # | | | | |
| 06-02 | #Check Card Purchase | | $ 203.92 | - | $ 2,251.35 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | | | | |
| 06-02 | #Check Card Purchase | | $ 100.00 | - | $ 2,151.35 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | | | | |
| 06-02 | #Check Card Purchase | | $ 3.41 | - | $ 2,147.94 |
| | MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4817 PITTSBURG PA SEQ | | | | |
| 06-02 | #Online Bill Payment | | $ 644.25 | - | $ 1,503.69 |
| | RBP93VC1 SPECIALIZED LOAN S | | | | |
| | 1128501 | | | | |
| 06-02 | #Online Bill Payment | | $ 500.00 | - | $ 1,003.69 |
| | FBE9RVC1 SELECT PORTFOLIO S | | | | |
| | 1128501 | | | | |
| 06-02 | #Online Bill Payment | | $ 250.00 | - | $ 753.69 |
| | GBN99VC1 SELECT PORTFOLIO S | | | | |
| | 1128501 | | | | |
| 06-02 | #Online Bill Payment | | $ 199.00 | - | $ 554.69 |
| | YB59SV91 ABMP | | | | |
| | 1128501 | | | | |

15201

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana PA 15701
800.325 BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 2 of 5*

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 06-02 | #Online Bill Payment<br>3BN9YV11 PENN NATIONAL INSU<br>1128501 | $ 150.00 | - | $ 404.69 |
| 06-02 | #Online Bill Payment<br>YBN9QV11 FIRSTENERGY<br>1128501 | $ 68.79 | - | $ 335.90 |
| 06-02 | #Online Bill Payment<br>5BJ9VV11 FIRSTENERGY<br>1128501 | $ 65.31 | - | $ 270.59 |
| 06-02 | #Online Bill Payment<br>TBR98V11 PEOPLES NATURAL GA<br>1128501 | $ 32.58 | - | $ 238.01 |
| 06-02 | #Online Bill Payment<br>5BT9ZV11 PITTSBURGH WATER<br>1128501 | $ 29.59 | - | $ 208.42 |
| 06-05 | #ATM Deposit<br>DEPOSIT TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ # | | $ 750.00 | $ 958.42 |
| 06-05 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $ 734.00 | $ 1,692.42 |
| 06-05 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 4138 PITTSBURG PA SEQ # | $ 2.22 | - | $ 1,690.20 |
| 06-05 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $ 160.00 | - | $ 1,530.20 |
| 06-05 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ # | $ 54.48 | - | $ 1,475.72 |
| 06-05 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ # | $ 12.52 | - | $ 1,463.20 |
| 06-05 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F7445 PITTSBURG PA SEQ # 7 | $ 9.07 | - | $ 1,454.13 |
| 06-07 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $ 188.68 | $ 1,642.81 |
| 06-07 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $ 30.00 | $ 1,672.81 |
| 06-07 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407 SUBWAY    0028 3903 PITTSBURG PA SEQ # | $ 11.98 | - | $ 1,660.83 |
| 06-07 | #POS Purchase<br>POS PURCHASE TERMINAL 64023300 GET GO #3064 PITTSBURG PA SEQ | $ 35.33 | - | $ 1,625.50 |
| 06-07 | Check  99 | $ 50.00 | - | $ 1,575.50 |
| 06-09 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE  10939 PITTSBURG PA SEQ # | $ 102.90 | - | $ 1,472.60 |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 3 of 5

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 06-09 | #Online Bill Payment<br>AB69FVZ3 DUQUESNE LIGHT CO<br>1131796 | $200.00 | - | $1,272.60 |
| 06-09 | #Online Bill Payment<br>IBV9FVZ3 DUQUESNE LIGHT CO<br>1131796 | $101.88 | - | $1,170.72 |
| 06-09 | #Online Bill Payment<br>SBS9FVZ3 ADVANCED DISPOSAL<br>1131796 | $40.00 | - | $1,130.72 |
| 06-09 | #Online Bill Payment<br>MBY9FVZ3 DUQUESNE LIGHT CO<br>1131796 | $15.97 | - | $1,114.75 |
| 06-12 | #Check Card Refund<br>MERCHANT REFUND TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | | $1.35 | $1,116.10 |
| 06-12 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ #    10 | $41.84 | - | $1,074.26 |
| 06-12 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 422443 FAZIOS PIZZA PITTSBURG PA SEQ | $5.10 | - | $1,069.16 |
| 06-12 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $100.00 | - | $969.16 |
| 06-12 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 429910 MARATHON PETRO PITTSBURG PA SEQ | $5.79 | - | $963.37 |
| 06-12 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 426979 ROCK A FELLAS SPORTS G SARVER PA | $10.00 | - | $953.37 |
| 06-12 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL 277590 810 SOUTH AIKEN AVE PITTSBURG PA SEQ # | $60.00 | - | $893.37 |
| 06-12 | #Service Charge<br>NON S&T ATM W/D | $2.50 | - | $890.87 |
| 06-12 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL 277590 810 SOUTH AIKEN AVE PITTSBURG PA SEQ | $3.50 | - | $887.37 |
| 06-12 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $65.18 | - | $822.19 |
| 06-13 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449813 SIGN CREATORS INC 412 481 3 PA SEQ # | $133.75 | - | $688.44 |
| 06-14 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ # | $56.87 | - | $631.57 |
| 06-15 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $600.00 | $1,231.57 |
| 06-15 | #Online Bill Payment<br>48398VPF VERIZON<br>1134436 | $127.02 | - | $1,104.55 |
| 06-19 | Deposit | | $89.00 | $1,193.55 |
| 06-19 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | $197.07 | - | $996.48 |
| 06-19 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0040 PITTSBURGH PA | $103.71 | - | $892.77 |
| 06-19 | #POS Purchase<br>POS PURCHASE TERMINAL 40003500 MARKET DISTRICT PITTSBURGH PA SEQ # | $23.95 | - | $868.82 |
| 06-19 | Check 102 | $400.00 | - | $468.82 |

MEMBER FDIC

**S T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

**FRANK MACHI JR**
Account Number: ▉
Type: **Checking & Simple**
*Page 4 of 5*

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ▉

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 06-20 | #Check Card Purchase | $ 11.00 - | | $ 457.82 |
| | MERCHANT PURCHASE TERMINAL 442629 BLOOMFIELD LASERWA SH TOUPITTSBURG PA SEQ # | | | |
| 06-20 | #Check Card Purchase | $ 124.70 - | | $ 333.12 |
| | MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ | | | |
| 06-20 | #Check Card Purchase | $ 125.00 - | | $ 208.12 |
| | MERCHANT PURCHASE TERMINAL 443565 DOS CORPS BUR 717 787 1 PA SEQ | | | |
| 06-21 | #Check Card Purchase | $ 7.15 - | | $ 200.97 |
| | MERCHANT PURCHASE TERMINAL 422443 BUSY BEAVER PITTSB PITTSBURG PA SEQ | | | |
| 06-22 | Check 103 | $ 175.00 - | | $ 25.97 |
| 06-27 | Deposit | | $ 2,350.00 | $ 2,375.97 |
| 06-29 | #Check Card Purchase | $ 50.00 - | | $ 2,325.97 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # 7 | | | |
| 06-29 | #Check Card Purchase | $ 51.99 - | | $ 2,273.98 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | | | |
| 06-29 | #ATM Withdrawal | $ 80.00 - | | $ 2,193.98 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 06-30 | #ATM Deposit | | $ 5,156.10 | $ 7,350.08 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 06-30 | #Check Card Purchase | $ 104.27 - | | $ 7,245.81 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3084 PITTSBURG PA SEQ # | | | |
| 06-30 | Ending Totals | $ 5,137.62 - | $ 9,899.13 | $ 7,245.81 |

### CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 99 | $ 50.00 | 102 * | $ 400.00 | 103 | $ 175.00 |

*\* Indicates Skip in Check Number*

### WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 06-01 | Check card purchase | 29.03 | 06-02 | Online bill payment | 150.00 |
| 06-02 | Check card purchase | 203.92 | 06-02 | Online bill payment | 68.79 |
| 06-02 | Check card purchase | 100.00 | 06-02 | Online bill payment | 65.31 |
| 06-02 | Check card purchase | 3.41 | 06-02 | Online bill payment | 32.58 |
| 06-02 | Online bill payment | 644.25 | 06-02 | Online bill payment | 29.59 |
| 06-02 | Online bill payment | 500.00 | 06-05 | Check card purchase | 2.22 |
| 06-02 | Online bill payment | 250.00 | 06-05 | ATM withdrawal | 160.00 |
| 06-02 | Online bill payment | 199.00 | 06-05 | Check card purchase | 54.48 |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

Page 5 of 5

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 06-05 | Check card purchase | 12.52 | 06-12 | ATM surcharge | 3.50 |
| 06-05 | Check card purchase | 9.07 | 06-12 | Check card purchase | 65.18 |
| 06-07 | Check card purchase | 11.98 | 06-13 | Check card purchase | 133.75 |
| 06-07 | POS purchase | 35.33 | 06-14 | Check card purchase | 56.87 |
| 06-09 | Check card purchase | 102.90 | 06-15 | Online bill payment | 127.02 |
| 06-09 | Online bill payment | 200.00 | 06-19 | Check card purchase | 197.07 |
| 06-09 | Online bill payment | 101.88 | 06-19 | Check card purchase | 103.71 |
| 06-09 | Online bill payment | 40.00 | 06-19 | POS purchase | 23.95 |
| 06-09 | Online bill payment | 15.97 | 06-20 | Check card purchase | 11.00 |
| 06-12 | Check card purchase | 41.84 | 06-20 | Check card purchase | 124.70 |
| 06-12 | Check card purchase | 5.10 | 06-20 | Check card purchase | 125.00 |
| 06-12 | ATM withdrawal | 100.00 | 06-21 | Check card purchase | 7.15 |
| 06-12 | Check card purchase | 5.79 | 06-29 | Check card purchase | 50.00 |
| 06-12 | Check card purchase | 10.00 | 06-29 | Check card purchase | 51.99 |
| 06-12 | Non S&T ATM w/d | 60.00 | 06-29 | ATM withdrawal | 80.00 |
| 06-12 | Service charge | 2.50 | 06-30 | Check card purchase | 104.27 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 06-05 | ATM deposit | 750.00 | 06-15 | ATM deposit | 600.00 |
| 06-05 | ATM deposit | 734.00 | 06-19 | Deposit | 89.00 |
| 06-07 | ATM deposit | 188.68 | 06-27 | Deposit | 2,350.00 |
| 06-07 | ATM deposit | 30.00 | 06-30 | ATM deposit | 5,156.10 |
| 06-12 | Check card refund | 1.35 | | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC