# FRANK M. MACHI JR.

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE 7-31-17

## UNPAID DEBTS

1. ~~3810 HOWLEY STREET, PITTSBURGH PA. 15201 - OCWEN MORTGAGE~~

2. ~~357 COOLSPRING STREET UNIONTOWN PA 15401 SPS MORTGAGE~~

3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

5. POINT BREEZE VET CLINIC HAS OUTSTANDING BALANCE APPROXIMATE $150.00

6. PLANET FITNESS $10.00 PER MONTH CONTRACT  CANCELED

Debtor **FRANK MCM**     Reporting Period: **7-31-17**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| − Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5
(9/99)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: 7-31-17

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 3798.74 | 292505.70 |
| Total Receipts | | 296505.70 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1344.28 | 4169.50 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | 644.25 |
| Utilities | 883.86 | 3351.4.12 |
| Insurance | 1764.46 | 14453.12 |
| Auto Expense | 170.90 | 2655.41 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 1223.92 | 3197.37 |
| Medical Expenses | 77.91 | 5242.53 |
| Household Expenses | 194.86 | 5779.01 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 2915.65 |
| Taxes - Personal Property | | 50.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 241.88 | 1167.55 |
| Gifts | | |
| Other (attach schedule) | 347.24 | 25818.32 |
| Total Ordinary Disbursements | 6248.16 | 151629.83 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 7500.21 |
| U. S. Trustee Fees | 650.00 | 5883.93 |
| Other Reorganization Expenses (attach schedule) | | 12554.14 |
| Total Reorganization Items | 650.00 | 13584.14 |
| Total Disbursements (Ordinary + Reorganization) | 6898.16 | 165213.97 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (3108.44) | 127591.73 |
| Cash - End of Month (Must equal reconciled bank statement) | 2570.81 | |

FORM MOR-1 (INDV)
(9/99)

Machi, Jr., Frank M.  
Debtor

Case No. 14-23154-CMB  
Reporting Period: July 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: 7-31-17

INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Real Estate Sales | 1,899.30 | |
| Refunds | 83.44 | |
| Contracts | 1,110.00 | |
| Real Estate Rental | 750.00 | |
| | | |
| **Other Taxes** | | |
| Parking | 5.00 | |
| Bank Fees | 10.00 | |
| Keller Williams Fees | 129.00 | |
| Clothing | 70.94 | |
| Car Mce Supplies | 32.30 | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9/99)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: 7-31-17

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements – continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed]_  7-31-17
Signature of Debtor            Date

_____   _____
Signature of Joint Debtor        Date

_[signed]_   8/15/17
Signature of Preparer         Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)



S&T Bank  P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
**DEBTOR IN POSSESSION**
**CASE NUMBER 14-23154**
**3823 MINTWOOD ST**
**PITTSBURGH PA 15201-1221**

Shadyside Office
Account Number: 
Type: Checking & Simple

Page 1 of 5
Statement from:
**July 1 to July 31, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 7,245.81 |
| Deposits and Other Additions | + | 3,792.74 |
| Checks Paid and Other Subtractions | - | 8,267.74 |
| Ending Balance on July 31, 2017 | | $ 2,770.81 |
| Low Balance | | $ 2,770.81 |
| Average Ledger Balance | | $ 5,092.21 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 07-01 | Previous Statement Balance | | | $ 7,245.81 |
| 07-03 | #Check Card Purchase | $ 211.64 - | | $ 7,034.17 |
| | MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE  1 0939  PITTSBURG PA SEQ # | | | |
| 07-03 | #ATM Withdrawal | $ 400.00 - | | $ 6,634.17 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 07-03 | #Check Card Purchase | $ 9.46 - | | $ 6,624.71 |
| | MERCHANT PURCHASE TERMINAL 429910 MARATHON PETRO MARKLEYSB PA SEQ # | | | |
| 07-03 | #Check Card Purchase | $ 8.56 - | | $ 6,616.15 |
| | MERCHANT PURCHASE TERMINAL 443106 DUNKIN  303687 Q35 BELLE VER PA SEQ | | | |
| 07-03 | #Online Bill Payment | $ 644.25 - | | $ 5,971.90 |
| | EBR98VZK SPECIALIZED LOAN S | | | |
| | 1142353 | | | |
| 07-03 | #Online Bill Payment | $ 500.00 - | | $ 5,471.90 |
| | KBK9HVZK SELECT PORTFOLIO S | | | |
| | 1142353 | | | |
| 07-03 | #Online Bill Payment | $ 250.00 - | | $ 5,221.90 |
| | RBT97VZK SELECT PORTFOLIO S | | | |
| | 1142353 | | | |
| 07-03 | #Online Bill Payment | $ 200.00 - | | $ 5,021.90 |
| | EBZ9GVZK PENN NATIONAL INSU | | | |
| | 1142353 | | | |

15201

MEMBER FDIC



**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number: ███████
Type: **Checking & Simple**
Page 2 of 5

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER ███████

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 07-05 | #ATM Deposit  DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # |  | $750.00 | $5,771.90 |
| 07-05 | #ATM Withdrawal  CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $60.00 |  | $5,711.90 |
| 07-05 | #Online Bill Payment  JBY9LV2X STATE FARM INSURAN  1143012 | $452.46 |  | $5,259.44 |
| 07-05 | #Electronified Check  AARP AARP  170705 0192 | $43.00 |  | $5,216.44 |
| 07-05 | #Electronified Check  CMS MEDICARE PAYMENT  170705 0193 | $536.00 |  | $4,680.44 |
| 07-06 | #ATM Deposit  DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # |  | $1,849.30 | $6,529.74 |
| 07-06 | #ATM Deposit  DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # |  | $83.44 | $6,613.18 |
| 07-06 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA | $50.00 |  | $6,563.18 |
| 07-07 | #ATM Deposit  DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # |  | $640.00 | $7,203.18 |
| 07-07 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ # | $160.00 |  | $7,043.18 |
| 07-07 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ # | $60.00 |  | $6,983.18 |
| 07-10 | #ATM Deposit  DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 000 |  | $95.00 | $7,078.18 |
| 07-10 | #ATM Withdrawal  CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 0000 | $300.00 |  | $6,778.18 |
| 07-10 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 443565 ARSENAL CIDER HOUSE  PITTSBURG PA SEQ # | $49.94 |  | $6,728.24 |
| 07-10 | Check 1 | $321.17 |  | $6,407.07 |
| 07-10 | Check 104 | $18.89 |  | $6,388.18 |
| 07-11 | #Service Charge  DEP RETURN ITEM FE | $10.00 |  | $6,378.18 |
| 07-11 | #Deposit Return Item | $83.44 |  | $6,294.74 |
| 07-12 | Debit Memo | $300.00 |  | $5,994.74 |
| 07-12 | #Online Bill Payment  7BF96V9V VERIZON  1146311 | $200.00 |  | $5,794.74 |

MEMBER FDIC


S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 3 of 5

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: [redacted]

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 07-12 | #Online Bill Payment<br>YBO96V9V FIRSTENERGY<br>1146311 | $20.00 - | | $5,774.74 |
| 07-18 | Debit Memo | $300.00 - | | $5,474.74 |
| 07-18 | #Online Bill Payment<br>9BR9WVVT DUQUESNE LIGHT CO<br>1148949 | $126.16 - | | $5,348.58 |
| 07-18 | #Online Bill Payment<br>2BO9IVVT PITTSBURGH WATER<br>1148949 | $110.54 - | | $5,238.04 |
| 07-18 | #Online Bill Payment<br>FBP98VVT PITTSBURGH WATER<br>1148949 | $55.13 - | | $5,182.91 |
| 07-18 | #Online Bill Payment<br>XB99MVVT DUQUESNE LIGHT CO<br>1148949 | $15.84 - | | $5,167.07 |
| 07-19 | #New Card Fee<br>REPLACEMENT CARD | $7.50 - | | $5,159.57 |
| 07-19 | Debit Memo | $100.00 - | | $5,059.57 |
| 07-20 | Check 189 | $650.00 - | | $4,409.57 |
| 07-21 | #Electronified Check<br>RITE AID 10939 PURCHASE<br>170721 CITY=PITT, ST=PA<br>SER #=104 | $202.90 - | | $4,206.67 |
| 07-24 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 PEPBOYS STORE 199 PITTSBURG PA SEQ # | $13.65 - | | $4,193.02 |
| 07-24 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168 SUNOCO 0363471404 PITTSBURG PA SEQ # | $4.77 - | | $4,188.25 |
| 07-24 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $200.00 - | | $3,988.25 |
| 07-24 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 426979 MANOR THEATRE PITTSBURG PA SEQ # | $16.25 - | | $3,972.00 |
| 07-24 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 CALIFORNIA PIZZA 3 05  PITTSBURG PA SEQ # | $35.04 - | | $3,936.96 |
| 07-24 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $80.00 - | | $3,856.96 |
| 07-25 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 STARBUCKS STORE 07 749  PITTSBURG PA SEQ # | $10.91 - | | $3,846.05 |
| 07-25 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4817 PITTSBURG PA SEQ # | $6.94 - | | $3,839.11 |
| 07-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 422443 BUSY BEAVER PITTSB PITTSBURG PA SEQ # | $17.95 - | | $3,821.16 |
| 07-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ # | $125.95 - | | $3,695.21 |
| 07-26 | #Online Bill Payment<br>8BW9GODR VERIZON<br>1152903 | $100.00 - | | $3,595.21 |
| 07-26 | Check 99 | $8.92 - | | $3,586.29 |
| 07-26 | Check 99 | $151.65 - | | $3,434.64 |

MEMBER FDIC

8/5/2017

Page 4 of 5   1-5


S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number: 
Type: Checking & Simple
Page 4 of 5

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 07-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 41 36  PITTSBURG PA SEQ # | $39.18 | - | $3,395.46 |
| 07-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443105 SIXTH AND PENN GAR AGE  PITTSBURG PA SEQ # | $8.00 | - | $3,387.46 |
| 07-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 VINCENT S OF GREEN TREE PITTSBURG PA SEQ # | $70.22 | - | $3,317.24 |
| 07-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 470780 PITTSBURGH WINDOW DOOR PITTSBURG PA SEQ # | $65.23 | - | $3,252.01 |
| 07-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4817 PITTSBURG PA SEQ # | $8.43 | - | $3,243.58 |
| 07-28 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 41 36  PITTSBURG PA SEQ # | $11.19 | - | $3,232.39 |
| 07-28 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO  3051 BELLE VER PA SEQ # | $100.00 | - | $3,132.39 |
| 07-31 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $375.00 | $3,507.39 |
| 07-31 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 STARBUCKS STORE 07 749  PITTSBURG PA SEQ # | $10.59 | - | $3,496.80 |
| 07-31 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $260.00 | - | $3,236.80 |
| 07-31 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 405523 PITTSBURGH ZOO  P PG   PITTSBURG PA SEQ # | $180.00 | - | $3,056.80 |
| 07-31 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 429910 KWIK FILL 284 EVANS CIT PA SEQ # | $7.99 | - | $3,048.81 |
| 07-31 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | $50.00 | - | $2,998.81 |
| 07-31 | #Online Bill Payment<br>4B49LOC3 AMERICAN MODERN IN<br>1154878 | $228.00 | - | $2,770.81 |
| 07-31 | Ending Totals | $8,267.74 - | $3,792.74 | $2,770.81 |

### CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 1 | $321.17 | 104 * | $18.89 | 192 * | $43.00 |
| 99 * | $8.92 | 104 * | $202.90 | 193 | $536.00 |
| 99 * | $151.65 | 189 * | $650.00 | | |

* Indicates Skip in Check Number

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 5 of 5

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 07-03 | Check card purchase | 211.64 | 07-19 | Debit memo | 100.00 |
| 07-03 | ATM withdrawal | 400.00 | 07-24 | Check card purchase | 13.65 |
| 07-03 | Check card purchase | 9.46 | 07-24 | Check card purchase | 4.77 |
| 07-03 | Check card purchase | 8.56 | 07-24 | ATM withdrawal | 200.00 |
| 07-03 | Online bill payment | 644.25 | 07-24 | Check card purchase | 16.25 |
| 07-03 | Online bill payment | 500.00 | 07-24 | Check card purchase | 35.04 |
| 07-03 | Online bill payment | 250.00 | 07-24 | ATM withdrawal | 80.00 |
| 07-03 | Online bill payment | 200.00 | 07-25 | Check card purchase | 10.91 |
| 07-05 | ATM withdrawal | 60.00 | 07-25 | Check card purchase | 6.94 |
| 07-05 | Online bill payment | 452.46 | 07-26 | Check card purchase | 17.95 |
| 07-06 | Check card purchase | 50.00 | 07-26 | Check card purchase | 125.95 |
| 07-07 | Check card purchase | 160.00 | 07-26 | Online bill payment | 100.00 |
| 07-07 | Check card purchase | 60.00 | 07-27 | Check card purchase | 39.18 |
| 07-10 | ATM withdrawal | 300.00 | 07-27 | Check card purchase | 8.00 |
| 07-10 | Check card purchase | 49.94 | 07-27 | Check card purchase | 70.22 |
| 07-11 | Service charge | 10.00 | 07-27 | Check card purchase | 65.23 |
| 07-11 | Deposit return item | 83.44 | 07-27 | Check card purchase | 8.43 |
| 07-12 | Debit memo | 300.00 | 07-28 | Check card purchase | 11.19 |
| 07-12 | Online bill payment | 200.00 | 07-28 | Check card purchase | 100.00 |
| 07-12 | Online bill payment | 20.00 | 07-31 | Check card purchase | 10.59 |
| 07-18 | Debit memo | 300.00 | 07-31 | ATM withdrawal | 260.00 |
| 07-18 | Online bill payment | 126.16 | 07-31 | Check card purchase | 180.00 |
| 07-18 | Online bill payment | 110.54 | 07-31 | Check card purchase | 7.99 |
| 07-18 | Online bill payment | 55.13 | 07-31 | ATM withdrawal | 50.00 |
| 07-18 | Online bill payment | 15.84 | 07-31 | Online bill payment | 228.00 |
| 07-19 | New card fee | 7.50 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 07-05 | ATM deposit | 750.00 | 07-07 | ATM deposit | 640.00 |
| 07-06 | ATM deposit | 1,849.30 | 07-10 | ATM deposit | 95.00 |
| 07-06 | ATM deposit | 83.44 | 07-31 | ATM deposit | 375.00 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC