# PROCEEDING MEMO

Date: 09/12/2017  1:30 pm

In re: Francis M. Machi, Jr.

Bankruptcy No. 14-23154-CMB
Chapter: 11 (Not Small Business)
Doc. # 572

Appearances:

Movant(s): David Z. Valencik ✓

Respondents: Jeffrey Sikirica ✓, Frank Machi (pro se) ✓

Creditor(s):

Nature of Proceeding: #572 Motion to Compel Payment of Administrative Claim

Additional Pleadings: Certificate of Service;  #576 Response by Trustee;  #577 Response by Debtor

Judge's Notes:

- per trustee Funds available
  & willing to pay
- $45,000 on interim basis
- interest denied
- Order to be submitted by Monday by Atty Sikirica

Outcome:

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED         Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED          Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
9/12/17 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA