

Louis P. Vitti
Lois M. Vitti*

*Admitted in PA, NY & NJ

215 Fourth Avenue, Pittsburgh, PA 15222
Office: (412) 281-1725   FAX: (412) 281-3810
www.vittilaw.com



September 13, 2017

Jeffrey J. Sikirica, Trustee
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

Via E-Mail: trusteesikirica@consilidated.net

RE:   Bankruptcy Case No. 14-23154-CMB
      Docket No. 577 filed on 08/28/2017

Dear Trustee Sikirica:

Please accept this communication as a formal objection to any characterization by Debtor Frank Machi of Attorney Erin Dyer, Dyer Law Firm, PC, 6350 Waldron Street LLC, or any related entities. It is respectfully submitted that all matters have been resolved through mediation.

Very truly yours,

Lois M. Vitti

LMV/nlp