## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **FRANCIS M. MACHI, JR.,** | : | Bankruptcy No.   14-23154-CMB |
| | : | |
| Debtor(s). | : | Chapter 11 |
| | : | |
| **CALAIARO VALENCIK,** | : | Document No. _____ |
| | : | |
| Movant(s), | : | Related to Doc. Nos. 572, 573, |
| | : | 576, 577 & 590 |
| v. | : | |
| | : | |
| **FRANCIS M. MACHI, JR., and** | : | |
| **JEFFREY J. SIKIRICA, TRUSTEE** | : | |
| | : | |
| Respondent(s). | : | |

## ORDER OF COURT

AND NOW, this _____ day of September, 2017, upon consideration of the Motion to Compel Payment of Administrative Claim filed by Movant and Responses by the Debtor and the Chapter 11 Trustee, and after a hearing before this Court on September 12, 2017, it is hereby ORDERED and DECREED that:

1) Jeffrey J. Sikirica, Chapter 11 Trustee, is authorized to distribute to Calaiaro Valencik their unpaid portion of their administrative claim for legal fees and expenses in representing the Debtor in the amount of $66,266.20 with no interest allowed or to be paid on the claim,

2) Jeffrey J. Sikirica, Chapter 11 Trustee, shall pay to Calaiaro Valencik a portion of their claim from funds on hand in the amount of $45,000.00 within ten (10) days of the date of this Order,

3) Jeffrey J. Sikirica, Trustee shall pay the balance of Calaiaro Valencik administrative claim when additional funds become available after the liquidation of another piece of

real estate of the Debtor, and

4) Should there be insufficient funds after the sale of all the Debtor's non-exempt property to pay all administrative claims in full, then Calaiaro Valencik will disgorge a portion of the fees paid so that all administrative fees will receive an equal percentage of their respective claims.

**BY THE COURT:**

---

**Honorable Carlota M. Böhm**
**United States Bankruptcy Judge**