UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Francis M. Machi, Jr. aka Frank M. Machi | CASE NO: 14-23154 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 11<br>ECF Docket Reference No. 586<br>Judge: Carlota Bohm<br>Hearing Location: Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219<br>Hearing Date: 10/17/2017<br>Hearing Time: 2:30 P.M.<br>Response Date: 10/10/2017 |

On 9/14/2017, I did cause a copy of the following documents, described below,

Order Scheduling Hearing on Disclosure Statement, 586

Amended Summary of Chapter 11 Plan of Reorganization Dated September 11, 2017

Disclosure Statement to Accompany Plan Dated September 11, 2017

Chapter 11 Plan of Reorganization Dated September 11, 2017

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

 Service on Debtor Francis Machi by hand delivery on September 12, 2017,  Order Scheduling Hearing on

Disclosure Statement was mailed to Mr. Machi on September 14, 2017.

DATED: 9/14/2017

/s/ Jeffrey J. Sikirica, Esq.
Jeffrey J. Sikirica, Esq.  36745
Blumling & Gusky
121 Northbrook Drive
Gibsonia, PA  15044
412 965 5571
trusteesikirica@consolidated.net

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Francis M. Machi, Jr. aka Frank M. Machi

CASE NO: 14-23154

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 586
Judge: Carlota Bohm
Hearing Location: Courtroom B, 54th Floor, U.S. Steel Tower,
600 Grant Street, Pittsburgh, PA  15219
Hearing Date: 10/17/2017
Hearing Time: 2:30 P.M.

On 9/14/2017, a copy of the following documents, described below,

Order Scheduling Hearing on Disclosure Statement, 586

Amended Summary of Chapter 11 Plan of Reorganization Dated September 11, 2017

Disclosure Statement to Accompany Plan Dated September 11, 2017

Chapter 11 Plan of Reorganization Dated September 11, 2017

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/14/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Blumling & Gusky
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS U.S. MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

1 OFFICE OF THE UNITED STATES TRUSTEE
ATTN: HEATHER SPRAGUE ESQ.
LIBERTY CENTER
1000 LIBERTY AVENUE SUITE 970
PITTSBURGH PA  15222

2 U.S. SECURITIES & EXCHANGE
COMMISSION
OFFICE OF GENERAL COUNSEL
ATTN: BANKRUPTCY SECTION
100 F STREET NE
WASHINGTON DC  20549-5990