IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| FRANCIS M. MACHI, JR., | : | Bankruptcy No. 14-23154-CMB |
| Debtor(s). | : | Chapter 11 |
| CALAIARO VALENCIK, | : | Document No. 596 |
| Movant(s), | : | Related to Doc. Nos. 572, 573, 576, 577 & 590 |
| v. | : | |
| FRANCIS M. MACHI, JR., and JEFFREY J. SIKIRICA, TRUSTEE | : | |
| Respondent(s). | : | |

## ORDER OF COURT

AND NOW, this ____15th____ day of September, 2017, upon consideration of the Motion to Compel Payment of Administrative Claim filed by Movant and Responses by the Debtor and the Chapter 11 Trustee, and after a hearing before this Court on September 12, 2017, it is hereby ORDERED and DECREED that:

1) Jeffrey J. Sikirica, Chapter 11 Trustee, is authorized to distribute to Calaiaro Valencik their unpaid portion of their administrative claim for legal fees and expenses in representing the Debtor in the amount of $66,266.20 with no interest allowed or to be paid on the claim,

2) Jeffrey J. Sikirica, Chapter 11 Trustee, shall pay to Calaiaro Valencik a portion of their claim from funds on hand in the amount of $45,000.00 within ten (10) days of the date of this Order,

3) Jeffrey J. Sikirica, Trustee shall pay the balance of Calaiaro Valencik administrative claim when additional funds become available after the liquidation of another piece of

real estate of the Debtor, and

4) Should there be insufficient funds after the sale of all the Debtor's non-exempt property to pay all administrative claims in full, then Calaiaro Valencik will disgorge a portion of the fees paid so that all administrative fees will receive an equal percentage of their respective claims.

BY THE COURT:

Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
9/15/17 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-23154-CMB
Francis M. Machi, Jr.                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy              Page 1 of 2           Date Rcvd: Sep 15, 2017
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
db             +Francis M. Machi, Jr.,    3823 Mintwood Street,    Pittsburgh, PA 15201-1221
aty             Caliaro Valencik,    428 Forbes Ave.,   Ste. 900,    Pittsburgh, PA 15219-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2017 at the address(es) listed below:
              David Z. Valencik    on behalf of Attorney    Calaiaro Valencik dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               vbarber@udren.com
              Erin P. Dyer    on behalf of Creditor    Dyer Law Firm, P.C. erindyer@wvlegalcounsel.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO
               BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK
               PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH C pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al...
               pawb@fedphe.com, james.prostko@phelanhallinan.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica jsikirica@bglaw-llp.com,
               SikiricaLaw@consolidated.net;A.A.Farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.
               com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Lois M. Vitti    on behalf of Creditor    Dyer Law Firm, P.C. jennifer@vittilaw.com,
               loismvitti@vittilaw.com
              Lois M. Vitti    on behalf of Other Prof.    6350 Waldron Street, LLC jennifer@vittilaw.com,
               loismvitti@vittilaw.com

```
District/off: 0315-2          User: culy               Page 2 of 2              Date Rcvd: Sep 15, 2017
                              Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Norman E. Gilkey    on behalf of Mediator Norman  Gilkey ngilkey@bccz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronald B. Roteman    on behalf of Creditor Jennifer  Mariani rroteman@stonecipherlaw.com, ykocher@stonecipherlaw.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 pa.bkecf@fedphe.com, sherri.braunstein@phelanhallinan.com
          Sherri J. Braunstein    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 pa.bkecf@fedphe.com, sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 swinneg@udren.com, cblack@udren.com

                                                                                                               TOTAL: 27