# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: ~~Sep~~ aug 2017.

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements – continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____        9-5-16
Signature of Debtor                                 Date

_____        _____
Signature of Joint Debtor                        Date

_____        9/15/17
Signature of Preparer                              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.                                              Case No. 14-23154-CMB
Debtor                                              Reporting Period: SEA 2017
                                                                       909

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 3793.44 | 296799.14 |
| Total Receipts | 3793.44 | 296599.14 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1394.25 | 5563.75 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | 645.25 |
| Utilities | 312.41 | 33826.53 |
| Insurance | 390.85 | 14843.97 |
| Auto Expense | 249.87 | 20805.25 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance - contractor | 1110.84 | 33085.21 |
| Medical Expenses | 235.07 | 5477.66 |
| Household Expenses | 338.27 | 5913.81 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 2915.65 |
| Taxes - Personal Property | | 150.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 1107.55 |
| Gifts | | |
| Other (attach schedule) | 1663.93 | 26882.25 |
| Total Ordinary Disbursements | 5685.49 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 7700.21 |
| U. S. Trustee Fees | | 5883.93 |
| Other Reorganization Expenses (attach schedule) | | - |
| Total Reorganization Items | - 0 - | 13584.14 |
| **Total Disbursements (Ordinary + Reorganization)** | 5685.49 | 170899.46 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (1892.05) | 125699.64 |
| Cash - End of Month (Must equal reconciled bank statement) | 1859.80 | |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.                                          Case No. 14-23154-CMB

Debtor                                    Reporting Period: SEP 2017
                                                            AUG

INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rental | 750.00 | |
| Contracts | 2150.00 | |
| Rebate | 83.44 | |
| Festivals | 510.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Office | 109.46 | |
| Parking | 22.50 | |
| Permits | 214.00 | |
| Shop | 1303.57 | |
| Shop Repairs | 10.40 | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Machi, Jr., Frank M.
Debtor

Case No. 14-23154-CMB
Reporting Period: _Sept 2017_
avg

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Debtor FRANK MCM    Reporting Period: Sept 2017 aug

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5
(9/99)

# FRANK M. MACHI JR.

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE **8-31-17**

## UNPAID DEBTS

1. ~~3810 HOWLEY STREET, PITTSBURGH PA. 15201 - OCWEN MORTGAGE~~

2. ~~357 COOLSPRING STREET UNIONTOWN PA 15401 SPS MORTGAGE~~

3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

5. POINT BREEZE VET CLINIC HAS OUTSTANDING BALANCE APPROXIMATE $~~150.00~~  *PAID*

6. PLANET FITNESS  $10.00 ~~PER MONTH CONTRACT~~   *CONTRACT CANCELED*



**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Shadyside Office
Account Number:
Type: **Checking & Simple**

FRANK MACHI JR
DEBTOR IN POSSESSION
CASE NUMBER 14-23154
3823 MINTWOOD ST
PITTSBURGH PA 15201-1221

Page 1 of 5
Statement from:
**August 1 to August 31, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Statement Balance | $ 2,770.81 |
| Deposits and Other Additions + | 3,793.44 |
| Checks Paid and Other Subtractions − | 4,705.25 |
| Ending Balance on August 31, 2017 | $ 1,859.00 |
| Low Balance | $ 29.81 |
| Average Ledger Balance | $ 730.03 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 08-01 | Previous Statement Balance | | | $ 2,770.81 |
| 08-02 | #Check Card Purchase | $ 19.78 | − | $ 2,751.03 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ # | | | |
| 08-02 | #Check Card Purchase | $ 5.87 | − | $ 2,745.16 |
| | MERCHANT PURCHASE TERMINAL 422443 BUSY BEAVER PITTSB PITTSBURG PA SEQ # | | | |
| 08-03 | #Check Card Purchase | $ 100.00 | − | $ 2,645.16 |
| | MERCHANT PURCHASE TERMINAL 469216 SPRINT WIRELESS 800 639 6 KS SEQ # | | | |
| 08-03 | #Check Card Purchase | $ 7.90 | − | $ 2,637.26 |
| | MERCHANT PURCHASE TERMINAL 475076 HARDEES OF MILLVAL E   PITTSBURG PA SEQ # | | | |
| 08-03 | #Check Card Purchase | $ 49.98 | − | $ 2,587.28 |
| | MERCHANT PURCHASE TERMINAL 443565 GNC  01078 PITTSBURG PA SEQ # | | | |
| 08-03 | ATM Withdrawal | $ 60.00 | − | $ 2,527.28 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 08-03 | #Check Card Purchase | $ 155.00 | − | $ 2,372.28 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO  3106 WILKINSBU PA SEQ # | | | |
| 08-03 | #Check Card Purchase | $ 50.00 | − | $ 2,322.28 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO  3106 WILKINSBU PA SEQ # | | | |
| 08-04 | #Check Card Purchase | $ 5.00 | − | $ 2,317.28 |
| | MERCHANT PURCHASE TERMINAL 444500 FIVE BELOW 181 PITTSBURG PA SEQ # | | | |
| 08-04 | #Check Card Purchase | $ 206.08 | − | $ 2,111.20 |
| | MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE  1 0939 PITTSBURG PA SEQ # 721624100679-8610 | | | |

15201

MEMBER FDIC



S&T Bank  
P.O. Box 190  
Indiana, PA 15701  
800.325.BANK  
stbank.com  
MEMBER FDIC

**FRANK MACHI JR**  
Account Number:  
Type: **Checking & Simple**  
Page 2 of 5

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 3003343450

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 08-07 | #ATM Deposit | | $750.00 | $2,861.20 |
| | DEPOSIT TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ # 0000000 | | | |
| 08-07 | #Check Card Purchase | $5.99 - | | $2,855.21 |
| | MERCHANT PURCHASE TERMINAL 443565 ALLEGHENY COFFEE TEA  PITTSBURG PA SEQ # | | | |
| 08-07 | #Check Card Purchase | $56.31 - | | $2,798.90 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ # | | | |
| 08-07 | #Online Bill Payment | $644.25 - | | $2,154.65 |
| | 9BE9MOC5 SPECIALIZED LOAN S | | | |
| | 1158161 | | | |
| 08-07 | #Online Bill Payment | $500.00 - | | $1,654.65 |
| | 1BY9LOC5 SELECT PORTFOLIO S | | | |
| | 1158161 | | | |
| 08-07 | #Online Bill Payment | $250.00 - | | $1,404.65 |
| | SBH9XOC5 SELECT PORTFOLIO S | | | |
| | 1158161 | | | |
| 08-07 | Check 106 | $250.00 - | | $1,154.65 |
| 08-08 | #POS Purchase | $25.00 - | | $1,129.65 |
| | POS PURCHASE TERMINAL 64023200 GET GO #3064 PITTSBURG PA SEQ # | | | |
| 08-08 | #POS Purchase | $25.00 - | | $1,104.65 |
| | POS PURCHASE TERMINAL 64023200 GET GO #3064 PITTSBURG PA SEQ # | | | |
| 08-08 | #POS Purchase | $25.00 - | | $1,079.65 |
| | POS PURCHASE TERMINAL 64023200 GET GO #3064 PITTSBURG PA SEQ # | | | |
| 08-08 | #ATM Withdrawal | $100.00 - | | $979.65 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 00000 | | | |
| 08-08 | #Online Bill Payment | $390.85 - | | $588.80 |
| | RBW9LOT5 STATE FARM INSURAN | | | |
| | 1158817 | | | |
| 08-09 | #Check Card Purchase | $78.19 - | | $510.61 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO  3064 PITTSBURG PA SEQ # | | | |
| 08-10 | #Check Card Purchase | $77.07 - | | $433.54 |
| | MERCHANT PURCHASE TERMINAL 469216 SPRINT  WIRELESS 800 639 6 KS SEQ # | | | |
| 08-10 | #Check Card Purchase | $200.83 - | | $232.71 |
| | MERCHANT PURCHASE TERMINAL 444500 WM SUPERCENTER  20 19   UNIONTOWN PA SEQ # | | | |
| 08-10 | #POS Purchase | $15.86 - | | $216.85 |
| | POS PURCHASE TERMINAL 20190012 WM SUPERCENTER # UNIONTOWN PA SEQ # | | | |
| 08-10 | #Check Card Purchase | $22.85 - | | $194.00 |
| | MERCHANT PURCHASE TERMINAL 443106 LAW  70008 UNIONTOWN PA SEQ # | | | |
| 08-10 | #Check Card Purchase | $33.89 - | | $160.11 |
| | MERCHANT PURCHASE TERMINAL 405523 CASA REYNA PITTSBURG PA SEQ # | | | |
| 08-10 | #Check Card Purchase | $85.86 - | | $74.25 |
| | MERCHANT PURCHASE TERMINAL 480197 MULLANEY S HARP FIDDLEPITTSBURG PA SEQ # | | | |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 3 of 5

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 08-14 | #Check Card Purchase | $28.98 | - | $45.27 |
| | MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 41 36 PITTSBURG PA SEQ # | | | |
| 08-16 | Deposit | | $350.00 | $395.27 |
| 08-17 | #Online Bill Payment | $84.40 | - | $310.87 |
| | PBJ98O88 PITTSBURGH WATER | | | |
| | 1163425 | | | |
| 08-18 | #Check Card Purchase | $48.00 | - | $262.87 |
| | MERCHANT PURCHASE TERMINAL 443565 CONSUMERFRESHPRODU CEINC PITTSBURG PA SEQ # | | | |
| 08-21 | Deposit | | $710.00 | $972.87 |
| 08-21 | #Check Card Purchase | $36.17 | - | $936.70 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ # | | | |
| 08-21 | #Check Card Purchase | $10.98 | - | $925.72 |
| | MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 41 36 PITTSBURG PA SEQ # | | | |
| 08-21 | #Check Card Purchase | $124.25 | - | $801.47 |
| | MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ # | | | |
| 08-22 | #Check Card Purchase | $50.00 | - | $751.47 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3489 ALLISON P PA SEQ # | | | |
| 08-23 | #Check Card Purchase | $282.54 | - | $468.93 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | | | |
| 08-23 | #Online Bill Payment | $75.93 | - | $393.00 |
| | VBI9DOLK DUQUESNE LIGHT CO | | | |
| | 1166065 | | | |
| 08-23 | #Online Bill Payment | $54.96 | - | $338.04 |
| | 8BG9FOLK PITTSBURGH WATER | | | |
| | 1166065 | | | |
| 08-23 | #Online Bill Payment | $29.35 | - | $308.69 |
| | KBY9ROLK PITTSBURGH WATER | | | |
| | 1166065 | | | |
| 08-23 | #Online Bill Payment | $17.05 | - | $291.64 |
| | XBQ93OLK DUQUESNE LIGHT CO | | | |
| | 1166065 | | | |
| 08-24 | #POS Purchase | $5.33 | - | $286.31 |
| | POS PURCHASE TERMINAL 09508116 NNT BURGER KING #4 1681 PITTSBURG PA SEQ | | | |
| 08-24 | #Non S&T ATM W/D | $250.00 | - | $36.31 |
| | CASH WITHDRAWAL TERMINAL PJ1853 4761 LIBERTY AVE PITTSBURG PA SEQ # | | | |
| 08-24 | #Service Charge | $3.00 | - | $33.31 |
| | NON S&T ATM W/D | | | |
| 08-24 | #ATM Surcharge | $3.50 | - | $29.81 |
| | SURCHARGE AMOUNT TERMINAL PJ1853 4761 LIBERTY AVE PITTSBURG PA SEQ # | | | |
| 08-25 | #ATM Deposit | | $83.44 | $113.25 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 000009 | | | |
| 08-28 | Deposit | | $100.00 | $213.25 |
| 08-28 | #Check Card Purchase | $58.68 | - | $154.57 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3105 ELIZABETH PA SEQ | | | |
| 08-28 | #Check Card Purchase | $4.65 | - | $149.92 |
| | MERCHANT PURCHASE TERMINAL 423168 DAIRY QUEEN 16215 UNIONTOWN PA SEQ # | | | |
| 08-28 | #Check Card Purchase | $18.31 | - | $131.61 |
| | MERCHANT PURCHASE TERMINAL 444500 DOLLAR GENERAL 14 216 LEMONT FU PA SEQ # | | | |

MEMBER FDIC

S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 4 of 5*

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date  |                        | Subtractions | Additions   | Balance     |
|-------|------------------------|--------------|-------------|-------------|
| 08-29 | #Check Card Purchase   | $ 72.61   -  |             | $ 59.00     |
|       | MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSBURGH PA SEQ |  |  |  |
| 08-31 | Deposit                |              | $ 1,800.00  | $ 1,859.00  |
| 08-31 | Ending Totals          | $ 4,705.25 - | $ 3,793.44  | $ 1,859.00  |

### CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount    | Check No. | Amount | Check No. | Amount |
|-----------|-----------|-----------|--------|-----------|--------|
| 106       | $ 250.00  |           |        |           |        |

### WITHDRAWALS

| Date  | Description         | Amount | Date  | Description         | Amount |
|-------|---------------------|--------|-------|---------------------|--------|
| 08-02 | Check card purchase | 19.78  | 08-10 | Check card purchase | 22.85  |
| 08-02 | Check card purchase | 5.87   | 08-10 | Check card purchase | 33.89  |
| 08-03 | Check card purchase | 100.00 | 08-10 | Check card purchase | 85.86  |
| 08-03 | Check card purchase | 7.90   | 08-14 | Check card purchase | 28.98  |
| 08-03 | Check card purchase | 49.98  | 08-17 | Online bill payment | 84.40  |
| 08-03 | ATM withdrawal      | 60.00  | 08-18 | Check card purchase | 48.00  |
| 08-03 | Check card purchase | 155.00 | 08-21 | Check card purchase | 36.17  |
| 08-03 | Check card purchase | 50.00  | 08-21 | Check card purchase | 10.98  |
| 08-04 | Check card purchase | 5.00   | 08-21 | Check card purchase | 124.25 |
| 08-04 | Check card purchase | 206.08 | 08-22 | Check card purchase | 50.00  |
| 08-07 | Check card purchase | 5.99   | 08-23 | Check card purchase | 282.54 |
| 08-07 | Check card purchase | 56.31  | 08-23 | Online bill payment | 75.93  |
| 08-07 | Online bill payment | 644.25 | 08-23 | Online bill payment | 54.96  |
| 08-07 | Online bill payment | 500.00 | 08-23 | Online bill payment | 29.35  |
| 08-07 | Online bill payment | 250.00 | 08-23 | Online bill payment | 17.05  |
| 08-08 | POS purchase        | 25.00  | 08-24 | POS purchase        | 5.33   |
| 08-08 | POS purchase        | 25.00  | 08-24 | Non S&T ATM w/d     | 250.00 |
| 08-08 | POS purchase        | 25.00  | 08-24 | Service charge      | 3.00   |
| 08-08 | ATM withdrawal      | 100.00 | 08-24 | ATM surcharge       | 3.50   |
| 08-08 | Online bill payment | 390.85 | 08-28 | Check card purchase | 58.68  |
| 08-09 | Check card purchase | 78.19  | 08-28 | Check card purchase | 4.65   |
| 08-10 | Check card purchase | 77.07  | 08-28 | Check card purchase | 18.31  |
| 08-10 | Check card purchase | 200.83 | 08-29 | Check card purchase | 72.61  |
| 08-10 | POS purchase        | 15.86  |       |                     |        |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 5 of 5

### DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 08-07 | ATM deposit | 750.00 | 08-25 | ATM deposit | 83.44 |
| 08-16 | Deposit | 350.00 | 08-28 | Deposit | 100.00 |
| 08-21 | Deposit | 710.00 | 08-31 | Deposit | 1,800.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC