# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Franci M. Machi, Jr. aka Frank M. Machi | CASE NO: 14-23154   **AMENDED**<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 589<br>Judge: Carlota M Bohm<br>Hearing Location: Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219<br>Hearing Date: 10/17/2017<br>Hearing Time: 02:30 p.m.<br>Response Date: 10/10/2017 |

On 9/14/2017, I did cause a copy of the following documents, described below,

Order Scheduling Hearing on Disclosure Statement, 589

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.   **SEE ADDITIONAL ATTACHMENT**

DATED: 9/14/2017

/s/ Jeffrey J. Sikirica, Esq.
Jeffrey J. Sikirica, Esq.  36745
Blumling & Gusky
121 Northbrook Drive
Gibsonia, PA  15044
412 965 5571
trusteesikirica@consolidated.net

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Franci M. Machi, Jr. aka Frank M. Machi | CASE NO: 14-23154<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 589<br>Judge: Carlota M Bohm<br>Hearing Location: Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219<br>Hearing Date: 10/17/2017<br>Hearing Time: 02:30 p.m. |

On 9/14/2017, a copy of the following documents, described below,

Order Scheduling Hearing on Disclosure Statement, 589

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/14/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Blumling & Gusky
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| *EXCLUDE*<br>1 ~~6350 WALDRON STREET LLC~~<br>~~128 S 2ND STREET~~<br>~~CLARKSBURG WV 26301-2921~~ | 2 CALAIARO VALENCIK<br>428 FORBES AVE<br>STE 900<br>PITTSBURGH PA 15219-1621 | 3 DYER LAW FIRM PC<br>5743 CENTRE AVENUE<br>PITTSBURGH PA 15206-3707 |
| 4 EQUITABLE GAS BANKRUPTCY DEPARTMENT<br>ATTN JUDY GAWLOWSKI<br>225 NORTH SHORE DRIVE 2ND FLOOR<br>PITTSBURGH PA 15212-5860 | 5 OCWEN LOAN SERVICING LLC AS SERVICER FOR WE<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | *EXCLUDE*<br>6 ~~CITY AND SCHOOL DISTRICT OF~~<br>~~PITTSBURGH~~<br>~~CO GOEHRING RUTTER  BOEHM~~ |
| *EXCLUDE*<br>7 ~~COUNTY OF ALLEGHENY~~<br>~~CO GOEHRING RUTTER  BOEHM~~ | 8 DLJ MORTGAGE CAPITAL INC<br>CO SELECT PORTFOLIO SERVICING<br>PO BOX 65450<br>SALT LAKE CITY UT 84165-0450 | 9 DLJ MORTGAGE CAPITAL INC<br>CO SELECT PORTFOLIO SERVICING INC<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 |
| 10 DR JA STRAKA<br>CO CREDIT COLLECTIONS USA<br>16 DISTRIBUTOR DRIVE SUITE 1<br>MORGANTOWN WV 26501-7209 | 11 DUQUESNE LIGHT COMPANY<br>CO PETER J ASHCROFT<br>BERNSTEIN-BURKLEY PC<br>707 GRANT ST SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1945 | 12 INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 13 MARK MACHI<br>307 SHADY LANE<br>GLENSHAW PA 15116-3149 | 14 OCWEN LOAN SERVICING LLC<br>ATTN CASHIERING DEPARTMENT<br>1661 WORTHINGTON RD SUITE 100<br>WEST PALM BEACH FL 33409-6493 | 15 OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 |
| 16 PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | 17 PEOPLES NATURAL GAS COMPANY LLC<br>EQUITABLE DI<br>225 NORTH SHORE DRIVE<br>PITTSBURGH PA 15212-5860 | *EXCLUDE*<br>18 ~~PITTSBURGH WATER  SEWER AUTHORITY~~<br>~~CO GOEHRING RUTTER  BOEHM~~ |
| 19 PLANE FITNESS<br>1635 S BRADDOCK AVENUE<br>PITTSBURGH PA 15218-1663 | 20 SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH CO 80129-2386 | 21 STRAKA  MCQUONE INC<br>1099 OHIO RIVER BOULEVARD<br>SEWICKLEY PA 15143-2081 |
| 22 US BANK NA<br>CO OCWEN LOAN SERVICING LLC<br>ATTN- BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 | 23 WELLS FARGO BANK NA AS TRUSTEE<br>CO SELECT PORTFOLIO SERVICING INC<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 | 24 DONNA FISCHER<br>COLDWELL BANKER<br>9600 PERRY HIGHWAY SUITE 100<br>PITTSBURGH PA 15237-5552 |
| 25 FRANCIS M MACHI JR<br>3823 MINTWOOD STREET<br>PITTSBURGH PA 15201-1221 | 26 HARRY BARNES<br>BARNES CORPORATION<br>215 BROOKSIDE BLVD<br>PITTSBURGH PA 15241-1511 | |

**SERVICE BY NEF**

| | |
|---|---|
| David Z. Valencik | on behalf of Attorney Calaiaro Valencik dvalencik@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Attorney Calaiaro Valencik dcalaiaro@c-vlaw.com |
| Elizabeth Lamont Wassall | on behalf of Creditor Ocwen Loan Servicing, LLC vbarber@udren.com |
| Erin P. Dyer | on behalf of Creditor Dyer Law Firm, P.C. erindyer@wvlegalcounsel.com |
| Heather A. Sprague | on Behalf of the United States Trustee Heather.Sprague@usdoj.gov |
| James Warmbrodt | on behalf of Creditor DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Wells Fargo Bank, N.A., as Trustee , for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 pawb@fedphe.com, james.prostko@phelanhallinan.com |
| James A. Prostko | on behalf of Creditor OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH pawb@fedphe.com, james.prostko@phelanhallinan.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor U.S. Bank National Association jill@pkallc.com |
| Joseph P. Schalk | on behalf of Creditor Wells Fargo Bank, N.A., et. al. pawb@fedphe.com |
| Lois M. Vitti | on behalf of Creditor Dyer Law Firm, P.C. loismvitti@vittilaw.com |
| Lois M. Vitti | on behalf of Other Prof. 6350 Waldron Street, LLC loismvitti@vittilaw.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company acarr@bernsteinlaw.com |
| Ronald B. Roteman | on behalf of Creditor Jennifer Mariani rroteman@stonecipherlaw.com |
| S. James Wallace | on behalf of Creditor Equitable Gas Bankruptcy Dpt. sjw@sjwpgh.com |