## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Francis M. Machi, Jr.,                                    Bankr. No. 14-23154-CMB


      Debtor(s).                                    Chapter


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

      Please enter the appearance of Joseph S. Sisca on behalf of the United States Trustee in the above captioned matter.

                           Respectfully Submitted,

                           ANDREW R. VARA
                           ACTING UNITED STATES TRUSTEE
                           Region 3


By:    /s/Joseph S. Sisca
       Assistant United States Trustee
       Liberty Center, Suite 970
       1001 Liberty Avenue
       Pittsburgh, Pennsylvania 15222
       (412) 644-4716 Telephone
       (412) 644-4785 Facsimile
       Pennsylvania ID 46719
       Joseph.S.Sisca@usdoj.gov