UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis M. Machi, Jr. aka Frank M. Machi | CASE NO: 14-23154    **AMENDED**<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 589<br>Judge: Carlota M Bohm<br>Hearing Location: Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219<br>Hearing Date: 10/17/2017<br>Hearing Time: 02:30 p.m.<br>Response Date: 10/10/2017 |

On 9/14/2017, I did cause a copy of the following documents, described below,

Order Scheduling Hearing on Disclosure Statement, 589

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.    **SEE ADDITIONAL ATTACHMENT**

DATED: 9/14/2017

/s/ Jeffrey J. Sikirica, Esq.
Jeffrey J. Sikirica, Esq.  36745
Blumling & Gusky
121 Northbrook Drive
Gibsonia, PA  15044
412 965 5571
trusteesikirica@consolidated.net

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis M. Machi, Jr. aka Frank M. Machi | CASE NO: 14-23154<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 589<br>Judge: Carlota M Bohm<br>Hearing Location: Courtroom B, 54th Floor, U.S. Steel Tower,<br>600 Grant Street, Pittsburgh, PA 15219<br>Hearing Date: 10/17/2017<br>Hearing Time: 02:30 p.m. |

On 9/14/2017, a copy of the following documents, described below,

Order Scheduling Hearing on Disclosure Statement, 589

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/14/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Blumling & Gusky
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*EXCLUDE*
1 ~~6350 WALDRON STREET LLC~~
~~128 S 2ND STREET~~
~~CLARSBURG WV 26301-2921~~

2 CALAIARO VALENCIK
428 FORBES AVE
STE 900
PITTSBURGH PA 15219-1621

3 DYER LAW FIRM PC
5743 CENTRE AVENUE
PITTSBURGH PA 15206-3707

4 EQUITABLE GAS BANKRUPTCY DEPARTMENT
ATTN JUDY GAWLOWSKI
225 NORTH SHORE DRIVE 2ND FLOOR
PITTSBURGH PA 15212-5860

5 OCWEN LOAN SERVICING LLC AS SERVICER
FOR WE
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

*EXCLUDE*
6 ~~CITY AND SCHOOL DISTRICT OF~~
~~PITTSBURGH~~
~~CO GOEHRING RUTTER - BOEHM~~

*EXCLUDE*
7 ~~COUNTY OF ALLEGHENY~~
~~CO GOEHRING RUTTER - BOEHM~~

8 DLJ MORTGAGE CAPITAL INC
CO SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY UT 84165-0450

9 DLJ MORTGAGE CAPITAL INC
CO SELECT PORTFOLIO SERVICING INC
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115-4412

10 ̄DR JA STRAKA
CO CREDIT COLLECTIONS USA
16 DISTRIBUTOR DRIVE SUITE 1
MORGANTOWN WV 26501-7209

11 ̄DUQUESNE LIGHT COMPANY
CO PETER J ASHCROFT
BERNSTEIN-BURKLEY PC
707 GRANT ST SUITE 2200 GULF TOWER
PITTSBURGH PA 15219-1945

12 ̄INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

13 ̄MARK MACHI
307 SHADY LANE
GLENSHAW PA 15116-3149

14 ̄OCWEN LOAN SERVICING LLC
ATTN CASHIERING DEPARTMENT
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH FL 33409-6493

15 ̄OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721

16 ̄PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

17 PEOPLES NATURAL GAS COMPANY LLC
EQUITABLE DI
225 NORTH SHORE DRIVE
PITTSBURGH PA 15212-5860

*EXCLUDE*
18 ~~PITTSBURGH WATER - SEWER AUTHORITY~~
~~CO GOEHRING RUTTER - BOEHM~~

19 ̄PLANE FITNESS
1635 S BRADDOCK AVENUE
PITTSBURGH PA 15218-1663

20 ̄SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH CO 80129-2386

21 STRAKA MCQUONE INC
1099 OHIO RIVER BOULEVARD
SEWICKLEY PA 15143-2081

22 US BANK NA
CO OCWEN LOAN SERVICING LLC
ATTN- BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH FL 33416-4605

23 WELLS FARGO BANK NA AS TRUSTEE
CO SELECT PORTFOLIO SERVICING INC
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115-4412

24 DONNA FISCHER
COLDWELL BANKER
9600 PERRY HIGHWAY SUITE 100
PITTSBURGH PA 15237-5552

25 FRANCIS M MACHI JR
3823 MINTWOOD STREET
PITTSBURGH PA 15201-1221

26 HARRY BARNES
BARNES CORPORATION
215 BROOKSIDE BLVD
PITTSBURGH PA 15241-1511

**SERVICE BY NEF**

| | |
|---|---|
| David Z. Valencik | on behalf of Attorney Calaiaro Valencik<br>dvalencik@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Attorney Calaiaro Valencik<br>dcalaiaro@c-vlaw.com |
| Elizabeth Lamont Wassall | on behalf of Creditor Ocwen Loan Servicing, LLC<br>vbarber@udren.com |
| Erin P. Dyer | on behalf of Creditor Dyer Law Firm, P.C.<br>erindyer@wvlegalcounsel.com |
| Heather A. Sprague | on Behalf of the United States Trustee<br>Heather.Sprague@usdoj.gov |
| James Warmbrodt | on behalf of Creditor DLJ Mortgage Capital, Inc.<br>bkgroup@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Wells Fargo Bank, N.A., as Trustee , for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3<br>pawb@fedphe.com,<br>james.prostko@phelanhallinan.com |
| James A. Prostko | on behalf of Creditor OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH<br>pawb@fedphe.com,<br>james.prostko@phelanhallinan.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority<br>jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh<br>jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County<br>jhunt@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor U.S. Bank National Association<br>jill@pkallc.com |
| Joseph P. Schalk | on behalf of Creditor Wells Fargo Bank, N.A., et. al.<br>pawb@fedphe.com |
| Lois M. Vitti | on behalf of Creditor Dyer Law Firm, P.C.<br>loismvitti@vittilaw.com |
| Lois M. Vitti | on behalf of Other Prof. 6350 Waldron Street, LLC<br>loismvitti@vittilaw.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company<br>acarr@bernsteinlaw.com |
| Ronald B. Roteman | on behalf of Creditor Jennifer Mariani<br>rroteman@stonecipherlaw.com |
| S. James Wallace | on behalf of Creditor Equitable Gas Bankruptcy Dpt.<br>sjw@sjwpgh.com |