# PROCEEDING MEMO

Date: 10/17/2017  2:30 pm

In re: Francis M. Machi, Jr.

Bankruptcy No. 14-23154-CMB
Chapter: 11 (Not Small Business)
Doc. # 586

Appearances: Jeffrey J. Sikirica, Francis Machi (pro se)    ✓

Movant(s):

Respondents:

Creditor(s):

Nature of Proceeding: #586 Approval of Disclosure Statement

Additional Pleadings: Certificate of Service

Judge's Notes:

Outcome:

✓    Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED      Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                                         Respondent(s) brief due _____ days
                                         Trustee's brief due _____ days

*Handwritten note:* — Revised Order to be filed by Friday — Disc Statement is approved

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
10/18/17 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA