**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 14-23154-CMB** |
| **Francis M. Machi, Jr. A/K/A,** | : | **Chapter 11** |
| **Frank M. Machi, Jr.,** | : | **Document No. ____** |
| **Debtor.** | : | |

AMENDED
**ORDER APPROVING DISCLOSURE STATEMENT,
FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN,
FIXING TIME FOR HEARING ON PLAN CONFIRMATION, AND
SETTING LAST DAY FOR FILING A COMPLAINT
OBJECTING TO DISCHARGE COMBINED WITH NOTICE THEREOF**

**AND NOW,** at Pittsburgh this _____ day of _____, 2017 a disclosure statement and plan of reorganization having been filed under Chapter 11 of the Bankruptcy Code by Debtor-In-Possession, on **September 12, 2017**, and it having been determined after notice and hearing that the disclosure statement contains adequate information.

IT IS **ORDERED, ADJUDGED and DECREED,** and notice is hereby given, that:

(1)     The disclosure statement filed by Debtor-In-Possession dated September 11, 2017, is **APPROVED with the language "5164 Butler Street aka 5171 Dresden Way if transferred after Plan Confirmation" added to paragraph 12**.

(2) The _____ day of _____, 2017, is fixed as the last day for filing and serving written objections to confirmation of the plan, pursuant to Rule 3020(b)(1).

(3) The _____ day of _____, 2017, is fixed as the last day for filing written acceptances or rejections to the plan referred to above and the last day to file claims not already barred by operation of law or rule or Order of this Court.

(4) Within **10** days after the entry of this Order, the disclosure statement, plan, a copy of this Order, and a ballot conforming to Official form No. 14 shall be mailed to all creditors, equity  security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed.R.Bankr.P. 3017(d).

(5) Counsel for the debtor shall file a report of the balloting **two days** before the hearing on confirmation.

(6) The _____ day of _____, 2017, at _____ in **Courtroom B, 54TH**

**FLOOR U.S. STEEL TOWER, 600 GRANT STREET, PITTSBURGH, PENNSYLVANIA,** is the time and

place fixed for hearing on confirmation of the plan.

(7) Pursuant to Bankruptcy Rule 4004(a), the last day for filing a complaint objecting to discharge, if

applicable, shall not be later than _____.


_____
**Carlota M. Böhm**
**U.S. BANKRUPTCY JUDGE**


**cm:    Jeffrey J. Sikirica**