UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: Sept. 29, 2017

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    10-9-17
Signature of Debtor                              Date

_____    10/20/17
Signature of Joint Debtor                      Date

_____    10/20/17
Signature of Preparer                            Date

Brian Thompson
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: Sept. 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Keller/William Comm | 2703.36 | |
| Construction | 4650.00 | |
| Rent | 1400.00 | |
| Escrow Refund | 640.33 | |
| Misc Refund | 5.09 | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Shop Exp | 445.77 | |
| Parking | 5.00 | |
| Vending Shop Exp | 275.44 | |
| Bank s/c | 14.06 | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: Sept. 2017

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 9398.72 | 305997.86 |
| Total Receipts | 9398.72 | 305997.86 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 750.00 | 6313.75 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | 645.25 |
| Utilities | 214.15 | 34040.68 |
| Insurance | | 14843.97 |
| Auto Expense | 385.50 | 27193.78 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance  Contractor | 2005.57 | 35093.78 |
| Medical Expenses | 814.86 | 6292.52 |
| Household Expenses | 325.30 | 6299.11 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 2915.65 |
| Taxes - Personal Property | | 150.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 587.87 | 1695.42 |
| Gifts / Donations | 100.00 | 100.00 |
| Other (attach schedule) | 742.21 | 27634.46 |
| Total Ordinary Disbursements | 5925.46 | 132571.37 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 2000.00 | 9700.21 |
| U. S. Trustee Fees | | 5883.93 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 2000.00 | 15584.14 |
| Total Disbursements (Ordinary + Reorganization) | 7925.46 | 148155.51 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 1473.26 | 157842.33 |
| Cash - End of Month (Must equal reconciled bank statement) | 692.22 | |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.  
**Debtor**

Case No. 14-23154-CMB  
**Reporting Period:** Sept. 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Case No. 14-23154-CMB

Debtor  FRANK MCM    Reporting Period: 9-30-17

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

Girlfriend / Secretary Beth Sheehan
Paid plumber $21600, see itemized receipt
permit, sand etc.    1300.00

FORM MOR-5
(9/99)

# FRANK M. MACHI JR.

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE  9-30-17

UNPAID DEBTS

1. ~~3810 HOWLEY STREET, PITTSBURGH PA. 15201   OCWEN MORTGAGE~~  *sold*

2. ~~357 COOLSPRING STREET UNIONTOWN PA 15401 SPS MORTGAGE~~  *monthly pmt 4/2016*

3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

5. ~~POINT BREEZE VET CLINIC HAS OUTSTANDING BALANCE~~ APPROXIMATE $150.00  *pd.*

6. PLANET FITNESS  $10.00 PER MONTH CONTRACT  — *Cancelled*



P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

Shadyside Office
Account Number:
Type: **Checking & Simple**

FRANK MACHI JR
DEBTOR IN POSSESSION
CASE NUMBER 14-23154
3823 MINTWOOD ST
PITTSBURGH PA 15201-1221

*Page 1 of 6*
Statement from:
**September 1 to September 29, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 1,859.00 |
| Deposits and Other Additions | + | 9,398.72 |
| Checks Paid and Other Subtractions | - | 10,565.50 |
| Ending Balance on September 29, 2017 | | $ 692.22 |
| Low Balance | | $ 692.22 |
| Average Ledger Balance | | $ 2,588.89 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| | | | | $ 1,859.00 |
| 09-01 | Previous Statement Balance | | | |
| 09-01 | Check 105 | $ 64.00 - | | $ 1,795.00 |
| 09-05 | #ATM Deposit | | $ 750.00 | $ 2,545.00 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 09-05 | Deposit | | $ 640.33 | $ 3,185.33 |
| 09-05 | #ATM Withdrawal | $ 60.00 - | | $ 3,125.33 |
| | CASH WITHDRAWAL TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ | | | |
| 09-05 | #Check Card Purchase | $ 9.91 - | | $ 3,115.42 |
| | MERCHANT PURCHASE TERMINAL 423168 TACO BELL 31620 PITTSBURG PA SEQ | | | |
| 09-05 | #Check Card Purchase | $ 136.43 - | | $ 2,978.99 |
| | MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE 1 0939 PITTSBURG PA SEQ | | | |
| 09-05 | #Non S&T ATM W/D | $ 60.00 - | | $ 2,918.99 |
| | CASH WITHDRAWAL TERMINAL PM2082 100 ART ROONEY AVE PITTSBURG PA SEQ | | | |
| 09-05 | #Service Charge | $ 3.00 - | | $ 2,915.99 |
| | NON S&T ATM W/D | | | |
| 09-05 | #ATM Surcharge | $ 3.50 - | | $ 2,912.49 |
| | SURCHARGE AMOUNT TERMINAL PM2082 100 ART ROONEY AVE PITTSBURG PA SEQ | | | |
| 09-05 | #Check Card Purchase | $ 6.76 - | | $ 2,905.73 |
| | MERCHANT PURCHASE TERMINAL 429910 MARATHON PETRO PITTSBURG PA SEQ | | | |
| 09-05 | #ATM Withdrawal | $ 80.00 - | | $ 2,825.73 |
| | CASH WITHDRAWAL TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ | | | |

15201

MEMBER FDIC



S&T Bank  
P.O. Box 190  
Indiana, PA 15701  
800.325.BANK  
stbank.com  
MEMBER FDIC

**FRANK MACHI JR**  
Account Number:  
Type: **Checking & Simple**  
Page 2 of 6

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 09-05 | #Online Bill Payment<br>JBL9NOSN SPECIALIZED LOAN S<br>1171345 | $644.25 - | | $2,181.48 |
| 09-05 | #Online Bill Payment<br>QBP9WOSN SELECT PORTFOLIO S<br>1171345 | $500.00 | | $1,681.48 |
| 09-05 | #Online Bill Payment<br>GB59NOSN SELECT PORTFOLIO S<br>1171345 | $250.00 - | | $1,431.48 |
| 09-06 | Deposit | | $2,950.00 | $4,381.48 |
| 09-06 | #POS Purchase<br>POS PURCHASE TERMINAL 40001200 MARKET DISTRICT PITTSBURG PA SEQ # | $26.83 - | | $4,354.65 |
| 09-06 | #Online Bill Payment<br>HBW9GOIU SPRINT<br>1172005 | $195.68 - | | $4,158.97 |
| 09-06 | #Online Bill Payment<br>3B193OIU DUQUESNE LIGHT CO<br>1172005 | $108.57 - | | $4,050.40 |
| 09-06 | #Online Bill Payment<br>EBG91OIU PEOPLES NATURAL GA<br>1172005 | $78.64 - | | $3,971.76 |
| 09-06 | #Online Bill Payment<br>4BA9COIU FIRSTENERGY<br>1172005 | $26.64 - | | $3,945.12 |
| 09-06 | Check 99 | $800.00 - | | $3,145.12 |
| 09-06 | #Service Charge<br>CHECK | $1.00 - | | $3,144.12 |
| 09-08 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | $49.11 - | | $3,095.01 |
| 09-08 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 422443 PB MT LEBANON MT LEBAN PA SEQ | $19.26 - | | $3,075.75 |
| 09-08 | #POS Purchase<br>POS PURCHASE TERMINAL 40001500 MARKET DISTRICT PITTSBURG PA SEQ # | $28.20 - | | $3,047.55 |
| 09-11 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $1,000.00 | $4,047.55 |
| 09-11 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL TX98794 420 N HIGHLAND AVE PITTSBURG PA SEQ # | $40.00 - | | $4,007.55 |
| 09-11 | #Service Charge<br>NON S&T ATM W/D | $3.00 - | | $4,004.55 |
| 09-11 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL TX98794 420 N HIGHLAND AVE PITTSBURG PA SEQ # | $1.75 - | | $4,002.80 |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 3 of 6

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 09-12 | #POS Purchase<br>POS PURCHASE TERMINAL 07023100 GET GO #3107 PITTSBURG PA SEQ # | $21.59 - | | $3,981.21 |
| 09-14 | #Check Card Refund<br>MERCHANT REFUND TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | | $5.09 | $3,986.30 |
| 09-14 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $60.00 - | | $3,926.30 |
| 09-14 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $300.00 - | | $3,626.30 |
| 09-14 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ # | $60.00 - | | $3,566.30 |
| 09-15 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 461043 THE HOME DEPOT 4136  PITTSBURG PA SEQ # | $45.44 - | | $3,520.86 |
| 09-15 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $300.00 - | | $3,220.86 |
| 09-15 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ # | $50.00 - | | $3,170.86 |
| 09-18 | Deposit | | $650.00 | $3,820.86 |
| 09-18 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | $75.03 - | | $3,745.83 |
| 09-18 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | $30.61 - | | $3,715.22 |
| 09-18 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ # | $66.37 - | | $3,648.85 |
| 09-18 | #Online Bill Payment<br>RB39IUV9 CMS MEDICARE INSUR<br>1177291 | $402.00 - | | $3,246.85 |
| 09-18 | #Online Bill Payment<br>XBZ9LUV9 AARP MEDICARE COMP<br>1177291 | $112.00 - | | $3,134.85 |
| 09-18 | Check  107 | $225.00 - | | $2,909.85 |
| 09-19 | #POS Purchase<br>POS PURCHASE TERMINAL 09508116 NNT BURGER KING #4 1470 PITTSBURG PA SEQ | $6.96 - | | $2,902.89 |
| 09-19 | #Online Bill Payment<br>XB399U3C VERIZON<br>1177952 | $129.10 - | | $2,773.79 |
| 09-20 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3699 UNIONTOWN PA SEQ # | $100.00 - | | $2,673.79 |
| 09-21 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 471705 SPIRIT AIRL 487015 969852800 77271 FL SEQ | $245.38 - | | $2,428.41 |
| 09-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 407314 TRAVEL SERVICES 972 91449 TX SEQ # | $102.42 - | | $2,325.99 |
| 09-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 318781 MARKET DISTRICT 55 50 CENPITTSBURG PA SEQ # | $50.79 - | | $2,275.20 |
| 09-22 | #POS Purchase<br>POS PURCHASE TERMINAL 40003700 MARKET DISTRICT PITTSBURG PA SEQ # | $38.55 - | | $2,236.65 |
| 09-25 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 471705 SPIRIT AIRL 487015 990629MIRAMAR  FL SEQ # | $99.00 - | | $2,137.65 |
| 09-25 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443106 PGH AIRPORT PARKIN G  PITTSBURG PA SEQ # | $6.00 - | | $2,131.65 |

MEMBER FDIC



S&T Bank  
P.O. Box 190  
Indiana, PA 15701  
800.325.BANK  
stbank.com  
MEMBER FDIC

**FRANK MACHI JR**  
Account Number:  
Type: **Checking & Simple**  
*Page 4 of 6*

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 09-25 | #Check Card Purchase | $ 36.34 - | | $ 2,095.31 |
| | MERCHANT PURCHASE TERMINAL 444500 TGI FRIDAYS 1500 PITTSBURG PA SEQ # | | | |
| 09-25 | #Check Card Purchase | $ 19.21 - | | $ 2,076.10 |
| | MERCHANT PURCHASE TERMINAL 444500 TGI FRIDAYS 1500 PITTSBURG PA SEQ # | | | |
| 09-25 | #Non S&T ATM W/D | $ 100.00 - | | $ 1,976.10 |
| | CASH WITHDRAWAL TERMINAL DAT07816 1508 W SUNSET BLVD LOS ANGEL CA SEQ # | | | |
| 09-25 | #Service Charge | $ 3.00 - | | $ 1,973.10 |
| | NON S&T ATM W/D | | | |
| 09-25 | #ATM Surcharge | $ 2.75 - | | $ 1,970.35 |
| | SURCHARGE AMOUNT TERMINAL DAT07816 1508 W SUNSET BLVD LOS ANGEL CA SEQ # | | | |
| 09-25 | #Check Card Purchase | $ 25.00 - | | $ 1,945.35 |
| | MERCHANT PURCHASE TERMINAL 412247 WISPA LA     CA SEQ # | | | |
| 09-26 | Deposit | | $ 700.00 | $ 2,645.35 |
| 09-26 | #Check Card Purchase | $ 12.00 - | | $ 2,633.35 |
| | MERCHANT PURCHASE TERMINAL 412247 WISPA LA     CA SEQ # | | | |
| 09-26 | #Check Card Purchase | $ 46.80 - | | $ 2,586.55 |
| | MERCHANT PURCHASE TERMINAL 442629 Zen Mei Bistro LOS ANGEL CA SEQ # | | | |
| 09-26 | Check 106 | $ 1,000.00 - | | $ 1,586.55 |
| 09-26 | Check 108 | $ 850.00 - | | $ 736.55 |
| 09-27 | #ATM Deposit | | $ 2,703.30 | $ 3,439.85 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 09-27 | #Check Card Purchase | $ 56.35 - | | $ 3,383.50 |
| | MERCHANT PURCHASE TERMINAL 443106 LOS ANGELES AIRPORT T   LOS ANGEL CA SEQ # | | | |
| 09-27 | #Check Card Purchase | $ 7.00 - | | $ 3,376.50 |
| | MERCHANT PURCHASE TERMINAL 471705 SPIRIT AIRLINES ON BOARD IRVING    TX SEQ # | | | |
| 09-27 | #Check Card Purchase | $ 124.25 - | | $ 3,252.25 |
| | MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ # | | | |
| 09-27 | #ATM Withdrawal | $ 80.00 - | | $ 3,172.25 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 09-27 | #Check Card Purchase | $ 200.00 - | | $ 2,972.25 |
| | MERCHANT PURCHASE TERMINAL 473630 SUNDANCE VACATIONS 800220940 PA SEQ # | | | |
| 09-28 | #Check Card Purchase | $ 136.43 - | | $ 2,835.82 |
| | MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE 1 0939 PITTSBURG PA SEQ # | | | |
| 09-28 | #Non S&T ATM W/D | $ 180.00 - | | $ 2,655.82 |
| | CASH WITHDRAWAL TERMINAL PJ1943 4101 BUTLER ST PITTSBURG PA SEQ # | | | |
| 09-28 | #Service Charge | $ 3.00 - | | $ 2,652.82 |
| | NON S&T ATM W/D | | | |
| 09-28 | #ATM Surcharge | $ 3.50 - | | $ 2,649.32 |
| | SURCHARGE AMOUNT TERMINAL PJ1943 4101 BUTLER ST PITTSBURG PA SEQ # | | | |
| 09-28 | Check 105 | $ 500.00 - | | $ 2,149.32 |

**MEMBER FDIC**

S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 5 of 6

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 09-29 | #Check Card Purchase | $ 44.55 - | | $ 2,104.77 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ # | | | |
| 09-29 | #Check Card Purchase | $ 76.25 - | | $ 2,028.52 |
| | MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSURGH PA SEQ # | | | |
| 09-29 | #Check Card Purchase | $ 35.30 - | | $ 1,993.22 |
| | MERCHANT PURCHASE TERMINAL 443565 GIL CON TOOL COMPA NY PITTSBURG PA SEQ | | | |
| 09-29 | Check 99 | $ 1,300.00 - | | $ 693.22 |
| 09-29 | #Service Charge CHECK | $ 1.00 - | | $ 692.22 |
| 09-29 | Ending Totals | $ 10,565.50 - | $ 9,398.72 | $ 692.22 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 99 | $ 800.00 | 105 * | $ 500.00 | 108 | $ 850.00 |
| 99 * | $ 1,300.00 | 106 | $ 1,000.00 | | |
| 105 * | $ 64.00 | 107 | $ 225.00 | | |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 09-05 | ATM withdrawal | 60.00 | 09-14 | Check card purchase | 300.00 |
| 09-05 | Check card purchase | 9.91 | 09-14 | ATM withdrawal | 60.00 |
| 09-05 | Check card purchase | 136.43 | 09-15 | Check card purchase | 45.44 |
| 09-05 | Non S&T ATM w/d | 60.00 | 09-15 | Check card purchase | 300.00 |
| 09-05 | Service charge | 3.00 | 09-15 | Check card purchase | 50.00 |
| 09-05 | ATM surcharge | 3.50 | 09-18 | Check card purchase | 75.03 |
| 09-05 | Check card purchase | 6.76 | 09-18 | Check card purchase | 30.61 |
| 09-05 | ATM withdrawal | 80.00 | 09-18 | Check card purchase | 66.37 |
| 09-05 | Online bill payment | 644.25 | 09-18 | Online bill payment | 402.00 |
| 09-05 | Online bill payment | 500.00 | 09-18 | Online bill payment | 112.00 |
| 09-05 | Online bill payment | 250.00 | 09-19 | POS purchase | 6.96 |
| 09-06 | POS purchase | 26.83 | 09-19 | Online bill payment | 129.10 |
| 09-06 | Online bill payment | 195.68 | 09-20 | Check card purchase | 100.00 |
| 09-06 | Online bill payment | 108.57 | 09-21 | Check card purchase | 245.38 |
| 09-06 | Online bill payment | 78.64 | 09-22 | Check card purchase | 102.42 |
| 09-06 | Online bill payment | 26.64 | 09-22 | Check card purchase | 50.79 |
| 09-06 | Service charge | 1.00 | 09-22 | POS purchase | 38.55 |
| 09-08 | Check card purchase | 49.11 | 09-25 | Check card purchase | 99.00 |
| 09-08 | Check card purchase | 19.26 | 09-25 | Check card purchase | 6.00 |
| 09-08 | POS purchase | 28.20 | 09-25 | Check card purchase | 36.34 |
| 09-11 | Non S&T ATM w/d | 40.00 | 09-25 | Check card purchase | 19.21 |
| 09-11 | Service charge | 3.00 | 09-25 | Non S&T ATM w/d | 100.00 |
| 09-11 | ATM surcharge | 1.75 | 09-25 | Service charge | 3.00 |
| 09-12 | POS purchase | 21.59 | 09-25 | ATM surcharge | 2.75 |
| 09-14 | Check card purchase | 60.00 | 09-25 | Check card purchase | 25.00 |

MEMBER FDIC

**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 6 of 6*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 09-26 | Check card purchase | 12.00 | 09-28 | Non S&T ATM w/d | 180.00 |
| 09-26 | Check card purchase | 46.80 | 09-28 | Service charge | 3.00 |
| 09-27 | Check card purchase | 56.35 | 09-28 | ATM surcharge | 3.50 |
| 09-27 | Check card purchase | 7.00 | 09-29 | Check card purchase | 44.55 |
| 09-27 | Check card purchase | 124.25 | 09-29 | Check card purchase | 76.25 |
| 09-27 | ATM withdrawal | 80.00 | 09-29 | Check card purchase | 35.30 |
| 09-27 | Check card purchase | 200.00 | 09-29 | Service charge | 1.00 |
| 09-28 | Check card purchase | 136.43 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 09-05 | ATM deposit | 750.00 | 09-14 | Check card refund | 5.09 |
| 09-05 | Deposit | 640.33 | 09-18 | Deposit | 650.00 |
| 09-06 | Deposit | 2,950.00 | 09-26 | Deposit | 700.00 |
| 09-11 | ATM deposit | 1,000.00 | 09-27 | ATM deposit | 2,703.30 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC