UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis M. Machi, Jr. a/k/a Frank M. Machi, Jr. | CASE NO: 14-23154-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 585, 586 & 608<br>Judge: Carlota M. Bohm<br>Hearing Location: Courtroom B, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA<br>Hearing Date: 12/04/2017<br>Hearing Time: 2:00 p.m.<br>Response Date: 11/24/2017 |

On 10/27/2017, I did cause a copy of the following documents, described below,

coverletter, 585, 586 & 608

Order Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Time for Hearing on Plan Confirmation, and Setting Last Day for Filing a Complaint Objecting to Discharge Combined with Notice Thereof

Amended Summary of Chapter 11 Plan of Reorganization Dated September 11, 2017

Disclosure Statement to Accompany Plan Dated September 11, 2017

Chapter 11 Plan of Reorganization Dated September 11, 2017

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 10/27/2017

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044
412 965 5571
trusteesikirica@consolidated.net

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis M. Machi, Jr. a/k/a Frank M. Machi, Jr. | CASE NO: 14-23154-CMB |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 585, 586 & 608 |
| | Judge: Carlota M. Bohm |
| | Hearing Location: Courtroom B, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA |
| | Hearing Date: 12/04/2017 |
| | Hearing Time: 2:00 p.m. |

On 10/27/2017, a copy of the following documents, described below,

coverletter, 585, 586 & 608

Order Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Time for Hearing on Plan Confirmation, and Setting Last Day for Filing a Complaint Objecting to Discharge Combined with Notice Thereof

Amended Summary of Chapter 11 Plan of Reorganization Dated September 11, 2017

Disclosure Statement to Accompany Plan Dated September 11, 2017

Chapter 11 Plan of Reorganization Dated September 11, 2017

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/27/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica, Esquire
Jeffrey J. Sikirica
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 1 6350 WALDRON STREET LLC<br>128 S 2ND STREET<br>CLARSBURG WV 26301-2921 | 2 PETER J ASHCROFT<br>BERNSTEINBURKLEY PC<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1900 | 3 BARNES CORPORATION<br>CO HARRY BARNES<br>215 BROOKSIDE BLVD<br>PITTSBURGH PA 15241-1511 |
| 4 DOMENIC A BELLISARIO<br>LAW OFFICE OF DOMENIC A BELLISARIO<br>310 GRANT STREET<br>SUITE 1302<br>PITTSBURGH PA 15219-2229 | 5 SHERRI J BRAUNSTEIN<br>PHELAN HALINAN DIAMOND AND JONES<br>400 FELLOWSHIP ROAD<br>MT LAUREL NJ 08054-3437 | 6 CALAIARO VALENCIK<br>428 FORBES AVE<br>STE 900<br>PITTSBURGH PA 15219-1621 |
| 7 CITY AND SCHOOL DISTRICT OF PITTSBURGH<br>CO GOEHRING RUTTER  BOEHM<br>437 GRANT STREET, 14TH FLOOR<br>PITTSBURGH, PA 15219-6101 | 8 COUNTY OF ALLEGHENY<br>CO GOEHRING RUTTER  BOEHM<br>437 GRANT STREET, 14TH FLOOR<br>PITTSBURGH, PA 15219-6101 | 9 DLJ MORTGAGE CAPITAL INC<br>CO SELECT PORTFOLIO SERVICING<br>PO BOX 65450<br>SALT LAKE CITY UT 84165-0450 |
| 10 DLJ MORTGAGE CAPITAL INC<br>CO SELECT PORTFOLIO SERVICING INC<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 | 11 DR JA STRAKA<br>CO CREDIT COLLECTIONS USA<br>16 DISTRIBUTOR DRIVE SUITE 1<br>MORGANTOWN WV 26501-7209 | 12 DUQUESNE LIGHT COMPANY<br>CO PETER J ASHCROFT<br>BERNSTEIN-BURKLEY PC<br>707 GRANT ST SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1945 |
| 13 ERIN P DYER<br>LAW OFFICE OF MICHAEL J ROMANO<br>128 SOUTH 2ND STREET<br>CLARKSBURG WV 26301-2921 | 14 DYER LAW FIRM PC<br>5743 CENTRE AVENUE<br>PITTSBURGH PA 15206-3707 | 15 EQUITABLE GAS BANKRUPTCY DEPARTMENT<br>ATTN JUDY GAWLOWSKI<br>225 NORTH SHORE DRIVE 2ND FLOOR<br>PITTSBURGH PA 15212-5860 |
| 16 JEFFREY R HUNT<br>GOEHRING RUTTER  BOEHM<br>437 GRANT STREET<br>14TH FLOOR<br>PITTSBURGH PA 15219-6107 | 17 INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 18 INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES DIVISION<br>PO BOX 628<br>BANKRUPTCY SECTION<br>PITTSBURGH PA 15230 |
| 19 FRANCIS M MACHI JR<br>3823 MINTWOOD STREET<br>PITTSBURGH PA 15201-1221 | 20 MARK MACHI<br>307 SHADY LANE<br>GLENSHAW PA 15116-3149 | 21 JILL MANUEL COUGHLIN<br>POWERS KIRN  ASSOCIATES LLC<br>EIGHT NESHAMINY INTERPLEX<br>SUITE 215<br>TREVOSE PA 19053-6980 |
| 22 OCWEN LOAN SERVICING LLC<br>ATTN CASHIERING DEPARTMENT<br>1661 WORTHINGTON RD SUITE 100<br>WEST PALM BEACH FL 33409-6493 | 23 OCWEN LOAN SERVICING LLC AS SERVICER FOR WE<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | 24 OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 |
| 25 PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | 26 PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | 27 PEOPLES NATURAL GAS COMPANY LLC<br>EQUITABLE DI<br>ATTN- DAWN LINDNER<br>225 NORTH SHORE DRIVE<br>PITTSBURGH PA 15212-5860 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28 PITTSBURGH WATER  SEWER AUTHORITY     29 PLANE FITNESS                         30 JAMES A PROSTKO
CO GOEHRING RUTTER  BOEHM                1635 S BRADDOCK AVENUE                   PHELAN HALLINAN DIAMOND  JONES LLP
437 GRANT STREET, 14TH FLOOR             PITTSBURGH PA 15218-1663                 OMNI WILLIAM PENN OFFICE TOWER
PITTSBURGH, PA 15219-6101                                                         555 GRANT STREET
                                                                                  SUITE 300
                                                                                  PITTSBURGH PA 15219-4408


31 RONALD B ROTEMAN                      32 JOSEPH P SCHALK                       33 SPECIALIZED LOAN SERVICING LLC
THE STONECHIPHER LAW FIRM                BARLEY SNYDER                            8742 LUCENT BLVD SUITE 300
125 FIRST AVENUE                         126 EAST KING STREET                     HIGHLANDS RANCH CO 80129-2386
PITTSBURGH PA 15222-1506                 LANCASTER PA 17602-2893


34 STRAKA  MCQUONE INC                   35 US BANK NA                            36 LOIS M VITTI
1099 OHIO RIVER BOULEVARD                CO OCWEN LOAN SERVICING LLC              VITTI  VITTI  ASSOCIATES PC
SEWICKLEY PA 15143-2081                  ATTN- BANKRUPTCY DEPARTMENT              333 ALLEGHENY AVENUE SUITE 303
                                         PO BOX 24605                             OAKMONT PA 15139-2072
                                         WEST PALM BEACH FL 33416-4605


37 MATTHEW CHRISTIAN WALDT               38 S JAMES WALLACE                       39 JAMES WARMBRODT
MILSTEAD  ASSOCIATES LLC                 845 N LINCOLN AVENUE                     KML LAW GROUP PC
1 EAST STOW ROAD                         PITTSBURGH PA 15233-1828                 701 MARKET STREET
MARLTON NJ 08053-3118                                                             SUITE 5000
                                                                                  PHILADELPHIA PA 19106-1541


40 ELIZABETH LAMONT WASSALL              41 WELLS FARGO BANK NA AS TRUSTEE        42 STUART P WINNEG
UDREN LAW OFFICES PC                     CO SELECT PORTFOLIO SERVICING INC        UDREN LAW OFFICES
111 WOODCREST ROAD                       3815 SOUTH WEST TEMPLE                   111 WOODCREST ROAD
CHERRY HILL NJ 08003-3620                SALT LAKE CITY UT 84115-4412             CHERRY HILL NJ 08003-3620


43 JOSEPH S SISCA ON BEHALF OF THE
UNITED STA
SUITE 960 LIBERTY CENTER
1001 LIBERTY AVENUE
PITTSBURGH PA 15222-3714
```