## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | **Bankruptcy No. 14-23154-CMB** |
| | ) | |
| **FRANK M. MACHI, JR.,** | ) | **Chapter 11** |
| | ) | |
| Debtor | ) | **Doc. #_____** |
| | ) | |
| ****************** | ) | **Related to Doc. No. 608** |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **No Respondent(s)** | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that a true and correct copy of the of the **Ballot for Accepting or Rejecting Plan of Reorganization** in the form set forth below was served upon the all parties set forth on the attached Clerk's Mailing Matrix via First Class, U.S. Mail, postage prepaid, this 30th day of October, 2017.

*/s/   Jeffrey J. Sikirica__*
Jeffrey J. Sikirica, Esquire
PA. I.D. #36745
121 Northbrook Drive
Gibsonia, PA  15044
T:  (724) 625-2566
F:  (724) 625-4611
sikiricalaw@consolidated.net

# United States Bankruptcy Court

## For the Western District Of Pennsylvania

| | | |
|---|---|---|
| In re: | : | |
|     Francis M. Machi, Jr. a/k/a | : | |
|     Frank M. Machi, Jr. | : | Chapter 11 |
|                        Debtor. | : | |
| | : | Case No. 14-23154-CMB |
| Address:     3823 Mintwood Street | : | |
|              Pittsburgh, PA  15201 | : | |
| | : | |
| Last four digits of Social-Security No.  4189 | : | |

### Class [   ] Ballot for Accepting or Rejecting Plan of Reorganization

**Jeffrey J. Sikirica, Chapter 11 Trustee for Francis M. Machi, Jr. a/k/a Frank M. Machi, Jr.** (hereinafter "Proponent") filed a plan of reorganization dated **September 11, 2017** (hereinafter the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (hereinafter the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from proponent's attorney Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Gibsonia, PA  15044, Telephone (724) 625-2566, Fax (724) 625-4611 or email SikiricaLaw@consolidated.net.

**Court approval of the disclosure statement does not indicate approval of the Plan by the Court.**

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [   ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Gibsonia, PA  15044 on or before November 24, 2017, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [_____] claim against the Debtor in the unpaid amount of _____Dollars ($ )

Check one box only

❑ **Accepts the plan**

❑ **Rejects the plan**

Dated: _____

Print or type name: _____

Signature:        _____

Title (if corporation or partnership)_____

Address:        _____

               _____

               _____

_____

**Return this ballot to:**

**Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Gibsonia, PA  15044**

Label Matrix for local noticing
0315-2
Case 14-23154-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Oct 27 12:53:06 EDT 2017

6350 Walnut Street, LLC
128 S. 2nd Street
Clarsburg, WV 26301-2921

Peter J. Ashcroft
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Harry Barnes
Barnes Corporation
215 Brookside Blvd.
Pittsburgh, PA 15241-1511

Barnes Corporation
c/o Harry Barnes
215 Brookside Blvd.
Pittsburgh, PA 15241-1511

Domenic A. Bellisario
Law Office of Domenic A. Bellisario
310 Grant Street
Suite 1302
Pittsburgh, PA 15219-2229

Sherri J. Braunstein
Phelan, Halinan, Diamond and Jones
400 Fellowship Road
Mt. Laurel, NJ 08054-3437

Donald R. Calaiaro
Calaiaro Valencik
428 Forbes Ave., Suite 900
Pittsburgh, PA 15219-1621

Calaiaro Valencik
428 Forbes Ave.
Ste. 900
Pittsburgh, PA 15219-1621

City and School District of Pittsburgh
c/o Goehring Rutter & Boehm
   437 Grant Street, 14th Floor
   Pittsburgh, PA 15219-6101

County of Allegheny
c/o Goehring Rutter & Boehm
   437 Grant Street, 14th Floor
   Pittsburgh, PA 15219-6101

DLJ Mortgage Capital, Inc.
c/o Select Portfolio Servicing
PO Box 65450
Salt Lake City, UT 84165-0450

DLJ Mortgage Capital, Inc.
c/o Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT 84115-4412

Dr. J.A. Straka
c/o Credit Collections U.S.A.
16 Distributor Drive, Suite 1
Morgantown, WV 26501-7209

Duquesne Light Company
c/o Peter J. Ashcroft,
Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945

Erin P. Dyer
Law Office of Michael J. Romano
128 South 2nd Street
Clarksburg, WV 26301-2921

Dyer Law Firm, P.C.
5743 Centre Avenue
Pittsburgh, PA 15206-3707

Equitable Gas Bankruptcy Department
Attn:  Judy Gawlowski
225 North Shore Drive 2nd Floor
Pittsburgh, PA 15212-5860

Donna Fischer
Coldwell Banker
9600 Perry Highway Suite 100
Pittsburgh, PA 15237-5552

Norman E. Gilkey
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222

Jeffrey R. Hunt
Goehring, Rutter & Boehm
437 Grant Street
14th Floor
Pittsburgh, PA 15219-6107

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Francis M. Machi Jr.
3823 Mintwood Street
Pittsburgh, PA 15201-1221

Mark Machi
307 Shady Lane
Glenshaw, PA 15116-3149

Jill Manuel-Coughlin
Powers Kirn & Associates, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053-6980

OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
1661 WORTHINGTON RD., SUITE 100
WEST PALM BEACH, FL 33409-6493

OCWEN LOAN SERVICING, LLC AS SERVICER FOR WE
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Ocwen Loan Servicing, LLC
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409-6493

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC Equitable Di
225 North Shore Drive
Pittsburgh, PA 15212-5860
Attn: Dawn Lindner

Pittsburgh Water & Sewer Authority
c/o Goehring Rutter & Boehm
    437 Grant Street, 14th Floor
    Pittsburgh, PA 15219-6101

Plane Fitness
1635 S. Braddock Avenue
Pittsburgh, PA 15218-1663

James A. Prostko
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street
Suite 300
Pittsburgh, PA 15219-4408

Ronald B. Roteman
The Stonecipher Law Firm
125 First Avenue
Pittsburgh, PA 15222-1506

Joseph P. Schalk
Barley Snyder
126 East King Street
Lancaster, PA 17602-2893

Jeffrey J. Sikirica
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044-8983

Jeffrey J. Sikirica
BLUMLING & GUSKY, LLP
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219-1848

Specialized Loan Servicing LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129-2386

Straka & McQuone, Inc.
1099 Ohio River Boulevard
Sewickley, PA 15143-2081

U.S. Bank N.A.,
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach, FL 33416-4605

David Z. Valencik
Calaiaro Valencik
428 Forbes Ave., Suite 900
Pittsburgh, PA 15219-1621

Lois M. Vitti
Vitti & Vitti & Associates, P.C.
333 Allegheny Avenue, Suite 303
Oakmont, PA 15139-2072

Matthew Christian Waldt
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053-3118

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Elizabeth Lamont Wassall
Udren Law Offices, P.C.
111 Woodcrest Road
Cherry Hill, NJ 08003-3620

Wells Fargo Bank, N.A, as Trustee
c/o Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT 84115-4412

Stuart P. Winneg
Udren Law Offices
111 Woodcrest Road
Cherry Hill, NJ 08003-3620

Heather A. Sprague on Behalf of the United S
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

Joseph S. Sisca, on Behalf of the United Sta
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
1000 LIBERTY AVENUE ROOM 705
PITTSBURGH,PA 15222

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Allegheny County

(u)City and School District of Pittsburgh

(u)DLJ Mortgage Capital, Inc.


(u)Duquesne Light Company

(d)Dyer Law Firm, P.C.
5743 Centre Avenue
Pittsburgh, PA 15206-3707

(u)Norman Gilkey


(u)Jennifer Mariani

(d)Mark Machi
307 Shady Lane
Glenshaw, PA 15116-3149

(d)Ocwen Loan Servicing, LLC
ATTN: Cashiering Department
1661 Worthington Rd., Suite 100
West Palm Beach, FL 33409-6493


(u)Ocwen Loan Servicing, LLC as servicer for

(u)Ocwen Loan Servicing, LLC as servicer for

(u)Pittsburgh Water & Sewer Authority


(d)Jeffrey J. Sikirica
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044-8983

(u)U.S. Bank N.A., as Trustee for the registe

(u)U.S. Bank National Association Et Al...


(u)U.S. Bank National Association, as Trustee

(u)Wells Fargo Bank, N.A., as Trustee , for t

(u)Wells Fargo Bank, N.A., as Trustee, et al.


(u)Wells Fargo Bank, N.A., et. al.

End of Label Matrix
Mailable recipients    52
Bypassed recipients    19
Total                  71