# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: Oct 2017

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____       11-5-17
Signature of Debtor                                 Date

_____       _____
Signature of Joint Debtor                        Date

_____       11/11/17
Signature of Preparer                              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.                                                      Case No. 14-23154-CMB

Debtor                                                Reporting Period: 027 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 8176.42 | 314174.22 |
| Total Receipts | 8176.42 | 314174.22 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1394.25 | 7708.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | 645.25 |
| Utilities | 746.55 | 34787.53 |
| Insurance | 702.95 | 15545.92 |
| Auto Expense | 502.00 | 27695.78 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance — Contractor | 380.37 | 35474.15 |
| Medical Expenses | 226.12 | 6518.04 |
| Household Expenses | 329.48 | 6628.59 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 2915.65 |
| Taxes - Personal Property | | 150.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 542.74 | 2238.16 |
| Gifts — Donations | 50.00 | 150.00 |
| Other (attach schedule) | 658.30 | 28382.76 |
| Total Ordinary Disbursements | 5533.06 | 168740.15 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 9700.21 |
| U. S. Trustee Fees | | 5883.93 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 15584.16 |
| Total Disbursements (Ordinary + Reorganization) | 5533.06 | 164324.31 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 2643.36 | 129849.95 |
| Cash - End of Month (Must equal reconciled bank statement) | 1454.62 | |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.  
Debtor

Case No. 14-23154-CMB  
Reporting Period: Oct 2017

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rebates, Refunds, Transfer | 1624.22 | |
| Rents | 6107.20 | |
| Contr. | 295.00 | |
| Prade | 150.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Shop | 492.05 | |
| Real Estate Fees | 124.25 | |
| Bank S/C | 36.00 | |
| Bank Fees | 6.00 | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: Oct 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable |  |  |  |  |  |  |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders* |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Case # 14-23154-CMB

Debtor: FRANK MCM   Reporting Period: Oct 2017

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5
(9/99)

# FRANK M. MACHI JR.

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE **10-31-17**

UNPAID DEBTS

1. ~~3810 HOWLEY STREET, PITTSBURGH PA. 15201 - OCWEN MORTGAGE~~

2. 357 COOLSPRING STREET UNIONTOWN ~~PA 15401 SPS MORTGAGE~~  *pay monthly 4-2016*

3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

5. ~~POINT BREEZE VET CLINIC~~ HAS OUTSTANDING BALANCE APPROXIMATE $150.00  *paid*

6. PLANET FITNESS $10.00 PER MONTH CONTRACT — *cancelled*

7. $28,000. DEMO FEE CITY of PITTSBURGH → 5164 BUTLER STREET



S&T Bank
P.O. Box 190
Indiana PA 15701
800.325 BANK
stbank.com

**Shadyside Office**
Account Number: ▓▓▓▓▓
Type: **Checking & Simple**

FRANK MACHI JR
DEBTOR IN POSSESSION
CASE NUMBER 14-23154
3823 MINTWOOD ST
PITTSBURGH PA 15201-1221

*Page 1 of 6*
Statement from:
**September 30 to October 31, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Statement Balance | $ 692.22 |
| Deposits and Other Additions + | 8,178.42 |
| Checks Paid and Other Subtractions - | 7,414.02 |
| Ending Balance on October 31, 2017 | $ 1,454.62 |
| Low Balance | $ 204.35 |
| Average Ledger Balance | $ 1,168.45 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER ▓▓▓▓▓

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 09-30 | Previous Statement Balance | | | $ 692.22 |
| 10-02 | #Overdraft Fee<br>FOR OVERDRAFT CHECK # 99 | $ 36.00 - | | $ 656.22 |
| 10-02 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 473630 SUNDANCE VACATIONS 800220940 PA SEQ ▓ | $ 795.00 - | | $ 138.78 - |
| 10-02 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 WATERWORKS CINEMAS PITTSBURGH PA SEQ # | $ 23.00 - | | $ 161.78 - |
| 10-02 | #POS Purchase<br>POS PURCHASE TERMINAL 72001900 MARKET DISTRICT PITTSBURG PA SEQ ▓ | $ 42.57 - | | $ 204.35 - |
| 10-05 | Deposit | | $ 750.00 | $ 545.65 |
| 10-05 | Deposit | | $ 450.00 | $ 995.65 |
| 10-05 | #Preauthorized Credit<br>PAYPAL TRANSFER<br>171005 | | $ 45.82 | $ 1,041.47 |
| 10-05 | Check 99 | $ 525.00 - | | $ 516.47 |
| 10-05 | #Service Charge<br>CHECK | $ 1.00 - | | $ 515.47 |
| 10-05 | Check 109 | $ 250.00 - | | $ 265.47 |
| 10-06 | Deposit | | $ 1,450.00 | $ 1,715.47 |
| 10-09 | #Check Card Refund<br>MERCHANT REFUND TERMINAL 473630 SUNDANCE VACATIONS 800220940 PA SEQ # | | $ 795.00 | $ 2,510.47 |

15201

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 2 of 6*

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 10-09 | #Check Card Refund | | $ 200.00 | $ 2,710.47 |
| | MERCHANT REFUND TERMINAL 473630 SUNDANCE VACATIONS 800220940 PA SEQ | | | |
| 10-10 | #Online Bill Payment | $ 644.25 | - | $ 2,066.22 |
| | WB399UT6 SPECIALIZED LOAN S | | | |
| | 1187193 | | | |
| 10-10 | #Online Bill Payment | $ 500.00 | - | $ 1,566.22 |
| | 2B89AUT6 SELECT PORTFOLIO S | | | |
| | 1187193 | | | |
| 10-10 | #Online Bill Payment | $ 290.00 | - | $ 1,276.22 |
| | MBE9AUT6 VERIZON | | | |
| | 1187193 | | | |
| 10-10 | #Online Bill Payment | $ 250.00 | - | $ 1,026.22 |
| | WBO9AUT6 SELECT PORTFOLIO S | | | |
| | 1187193 | | | |
| 10-10 | #Online Bill Payment | $ 125.00 | - | $ 901.22 |
| | 8BZ99UT6 SPRINT | | | |
| | 1187193 | | | |
| 10-11 | #ATM Withdrawal | $ 50.00 | - | $ 851.22 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 10-12 | #Check Card Purchase | $ 61.49 | - | $ 789.73 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ | | | |
| 10-13 | #Online Bill Payment | $ 186.84 | - | $ 602.89 |
| | XBO9WUQI DUQUESNE LIGHT CO | | | |
| | 1189593 | | | |
| 10-13 | #Online Bill Payment | $ 67.00 | - | $ 535.89 |
| | SBX9ZUQI PITTSBURGH WATER | | | |
| | 1189593 | | | |
| 10-13 | #Online Bill Payment | $ 55.00 | - | $ 480.89 |
| | 9B298UQI PITTSBURGH WATER | | | |
| | 1189593 | | | |
| 10-13 | #Online Bill Payment | $ 30.00 | - | $ 450.89 |
| | SB59HUQI PITTSBURGH WATER | | | |
| | 1189593 | | | |
| 10-16 | #Check Card Purchase | $ 11.00 | - | $ 439.89 |
| | MERCHANT PURCHASE TERMINAL 442629 BLOOMFIELD LASERWA SH TOUPITTSBURG PA SEQ | | | |
| 10-16 | #ATM Withdrawal | $ 50.00 | - | $ 389.89 |
| | CASH WITHDRAWAL TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ | | | |
| 10-16 | #Check Card Purchase | $ 6.54 | - | $ 383.35 |
| | MERCHANT PURCHASE TERMINAL 429910 MARATHON PETRO PITTSBURG PA SEQ | | | |
| 10-16 | #Non S&T ATM W/D | $ 60.00 | - | $ 323.35 |
| | CASH WITHDRAWAL TERMINAL NH060585 318 52ND STREET PITTSBURG PA SEQ | | | |

MEMBER FDIC

**S&T Bank**
PO Box 190
Indiana, PA 15701
800-325-BANK
stbank.com

Page 3 of 6

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 10-16 | #Service Charge<br>NON S&T ATM W/D | $ 3.00 | - | $ 320.35 |
| 10-16 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL NH060585 318 52ND STREET PITTSBURG PA SEQ # | $ 2.75 | - | $ 317.60 |
| 10-16 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL PJ2048 2031 PENN AVE PITTSBURG PA SEQ # | $ 60.00 | - | $ 257.60 |
| 10-16 | #Service Charge<br>NON S&T ATM W/D | $ 3.00 | - | $ 254.60 |
| 10-16 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL PJ2048 2031 PENN AVE PITTSBURG PA SEQ # | $ 3.50 | - | $ 251.10 |
| 10-16 | #Online Bill Payment<br>3B793UX8 PENN NATIONAL INSU<br>1190250 | $ 50.00 | - | $ 201.10 |
| 10-17 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 000000004326-2463 | | $ 2,707.20 | $ 2,908.30 |
| 10-18 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 FIC FOREMOST INSURANCE 800 527 3 MI SEQ | $ 208.25 | - | $ 2,700.05 |
| 10-18 | #POS Purchase<br>POS PURCHASE TERMINAL 40001900 MARKET DISTRICT PITTSBURG PA SEQ # | $ 45.90 | - | $ 2,654.15 |
| 10-18 | #Online Bill Payment<br>VBZ9WUXZ AMERICAN MODERN IN<br>1191564 | $ 335.00 | - | $ 2,319.15 |
| 10-18 | #Online Bill Payment<br>GBN9QUXZ DUQUESNE LIGHT CO<br>1191564 | $ 114.98 | - | $ 2,204.17 |
| 10-18 | #Online Bill Payment<br>YBU9VUXZ PITTSBURGH WATER<br>1191564 | $ 45.38 | - | $ 2,158.79 |
| 10-18 | #Online Bill Payment<br>YBN9TUXZ DUQUESNE LIGHT CO<br>1191564 | $ 37.03 | - | $ 2,121.76 |
| 10-18 | #Online Bill Payment<br>IB59NUXZ FIRSTENERGY<br>1191564 | $ 29.64 | - | $ 2,092.12 |
| 10-18 | #Online Bill Payment<br>UBP9NUXZ PITTSBURGH WATER<br>1191564 | $ 28.94 | - | $ 2,063.18 |
| 10-18 | #Online Bill Payment<br>EB59VUXZ PITTSBURGH WATER<br>1191564 | $ 27.44 | - | $ 2,035.74 |
| 10-19 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE 1 0939 PITTSBURG PA SEQ # | $ 176.12 | - | $ 1,859.62 |
| 10-20 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL ML6451 3505 LIBRARY ROAD CASTLESHA PA SEQ # | $ 60.00 | - | $ 1,799.62 |
| 10-20 | #Service Charge<br>NON S&T ATM W/D | $ 3.00 | - | $ 1,796.62 |
| 10-20 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL ML6451 3505 LIBRARY ROAD CASTLESHA PA SEQ # | $ 3.50 | - | $ 1,793.12 |

MEMBER FDIC

**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800 325 BANK
stbank.com

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 4 of 6*

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 10-23 | #Check Card Purchase | $ 215.54 - | | $ 1,577.58 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | | | |
| 10-23 | #Check Card Purchase | $ 10.22 - | | $ 1,567.36 |
| | MERCHANT PURCHASE TERMINAL 416407 SUBWAY   0028 3903 PITTSBURG PA SEQ | | | |
| 10-23 | #Check Card Purchase | $ 77.87 - | | $ 1,489.49 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | | | |
| 10-23 | #Check Card Purchase | $ 153.10 - | | $ 1,336.39 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ | | | |
| 10-23 | #Check Card Purchase | $ 265.59 - | | $ 1,070.80 |
| | MERCHANT PURCHASE TERMINAL 489216 EXPEDIA 7304146079 994  EXPEDIA C WA SEQ | | | |
| 10-23 | #Check Card Purchase | $ 4.76 - | | $ 1,066.04 |
| | MERCHANT PURCHASE TERMINAL 426979 PINKBERRY 112 DETROIT MI SEQ | | | |
| 10-23 | #Check Card Purchase | $ 49.90 - | | $ 1,016.14 |
| | MERCHANT PURCHASE TERMINAL 444500 WALGREENS 10211 WARRENTON MO SEQ | | | |
| 10-23 | #Check Card Purchase | $ 51.21 - | | $ 964.93 |
| | MERCHANT PURCHASE TERMINAL 424760 CHINA HOUSE BUFFET WARRENTON MO SEQ | | | |
| 10-23 | #ATM Withdrawal | $ 80.00 - | | $ 884.93 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 10-24 | #Check Card Purchase | $ 20.00 - | | $ 864.93 |
| | MERCHANT PURCHASE TERMINAL 405761 INNSBROOK RESORT INNSBROOK MO SEQ | | | |
| 10-24 | #Check Card Purchase | $ 50.00 - | | $ 814.93 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ | | | |
| 10-24 | #POS Purchase | $ 19.60 - | | $ 795.33 |
| | POS PURCHASE TERMINAL 07023100 GET GO #3107 PITTSBURG PA SEQ | | | |
| 10-25 | #Preauthorized Credit | | $ 50.00 | $ 845.33 |
| | METAVANTE CORP BILL PAYMT | | | |
| | 051400506822189 3100118837 | | | |
| 10-25 | #Check Card Purchase | $ 307.71 - | | $ 537.62 |
| | MERCHANT PURCHASE TERMINAL 443106 HIE WARRENTON WARRENTON MO SEQ | | | |
| 10-25 | #Check Card Purchase | $ 33.62 - | | $ 504.00 |
| | MERCHANT PURCHASE TERMINAL 476501 TESSARO S PITTSBURG PA SEQ | | | |
| 10-26 | #ATM Deposit | | $ 295.00 | $ 799.00 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 10-26 | #Check Card Purchase | $ 12.00 - | | $ 787.00 |
| | MERCHANT PURCHASE TERMINAL 443105 CONVENTION CTR GARAGE PITTSBURG PA SEQ | | | |
| 10-26 | #Check Card Purchase | $ 36.03 - | | $ 750.97 |
| | MERCHANT PURCHASE TERMINAL 480197 SMILING BANANA LEAF PITTSBURG PA SEQ | | | |
| 10-26 | #Check Card Purchase | $ 45.00 - | | $ 705.97 |
| | MERCHANT PURCHASE TERMINAL 443565 ROCKY S RT 8 ALLISON P PA SEQ | | | |
| 10-27 | Deposit | | $ 1,283.40 | $ 1,989.37 |
| 10-27 | Deposit | | $ 150.00 | $ 2,139.37 |

**MEMBER FDIC**

S&T Bank  
PO Box 190  
Indiana, PA 15701  
800.325.BANK  
stbank.com

Page 5 of 6

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 10-30 | #Check Card Purchase | $ 124.25 - | | $ 2,015.12 |
| | MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA | | | |
| 10-30 | #POS Purchase | $ 31.79 - | | $ 1,983.33 |
| | POS PURCHASE TERMINAL 07023100 GET GO #3107 PITTSBURG PA SEQ | | | |
| 10-30 | #Check Card Purchase | $ 50.00 - | | $ 1,933.33 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ | | | |
| 10-30 | #Check Card Purchase | $ 6.76 - | | $ 1,926.57 |
| | MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F28835 STAR JUNC PA SEQ | | | |
| 10-30 | #Online Bill Payment | $ 154.00 - | | $ 1,772.57 |
| | R849JU6N AAA EAST CENTRAL | | | |
| | 1196803 | | | |
| 10-30 | #Preauthorized Debit | $ 317.95 - | | $ 1,454.62 |
| | PENN NATIONAL IN AUTO DEBIT | | | |
| | 171030 | | | |
| 10-31 | Ending Totals | $ 7,414.02 - | $ 8,176.42 | $ 1,454.62 |

### CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 99 | $ 525.00 | 109 * | $ 250.00 | | |

* Indicates Skip in Check Number

### WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 10-02 | Overdraft fee | 36.00 | 10-16 | Non S&T ATM w/d | 60.00 |
| 10-02 | Check card purchase | 795.00 | 10-16 | Service charge | 3.00 |
| 10-02 | Check card purchase | 23.00 | 10-16 | ATM surcharge | 3.50 |
| 10-02 | POS purchase | 42.57 | 10-16 | Online bill payment | 50.00 |
| 10-05 | Service charge | 1.00 | 10-18 | Check card purchase | 208.25 |
| 10-10 | Online bill payment | 644.25 | 10-18 | POS purchase | 45.90 |
| 10-10 | Online bill payment | 500.00 | 10-18 | Online bill payment | 335.00 |
| 10-10 | Online bill payment | 290.00 | 10-18 | Online bill payment | 114.98 |
| 10-10 | Online bill payment | 250.00 | 10-18 | Online bill payment | 45.38 |
| 10-10 | Online bill payment | 125.00 | 10-18 | Online bill payment | 37.03 |
| 10-11 | ATM withdrawal | 50.00 | 10-18 | Online bill payment | 29.64 |
| 10-12 | Check card purchase | 61.49 | 10-18 | Online bill payment | 28.94 |
| 10-13 | Online bill payment | 186.84 | 10-18 | Online bill payment | 27.44 |
| 10-13 | Online bill payment | 67.00 | 10-19 | Check card purchase | 176.12 |
| 10-13 | Online bill payment | 55.00 | 10-20 | Non S&T ATM w/d | 60.00 |
| 10-13 | Online bill payment | 30.00 | 10-20 | Service charge | 3.00 |
| 10-16 | Check card purchase | 11.00 | 10-20 | ATM surcharge | 3.50 |
| 10-16 | ATM withdrawal | 50.00 | 10-23 | Check card purchase | 215.54 |
| 10-16 | Check card purchase | 6.54 | 10-23 | Check card purchase | 10.22 |
| 10-16 | Non S&T ATM w/d | 60.00 | 10-23 | Check card purchase | 77.87 |
| 10-16 | Service charge | 3.00 | 10-23 | Check card purchase | 153.10 |
| 10-16 | ATM surcharge | 2.75 | 10-23 | Check card purchase | 265.59 |

MEMBER FDIC

S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 6 of 6*

### WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---:|---|---|---:|
| 10-23 | Check card purchase | 4.76 | 10-26 | Check card purchase | 12.00 |
| 10-23 | Check card purchase | 49.90 | 10-26 | Check card purchase | 36.03 |
| 10-23 | Check card purchase | 51.21 | 10-26 | Check card purchase | 45.00 |
| 10-23 | ATM withdrawal | 80.00 | 10-30 | Check card purchase | 124.25 |
| 10-24 | Check card purchase | 20.00 | 10-30 | POS purchase | 31.79 |
| 10-24 | Check card purchase | 50.00 | 10-30 | Check card purchase | 50.00 |
| 10-24 | POS purchase | 19.60 | 10-30 | Check card purchase | 6.76 |
| 10-25 | Check card purchase | 307.71 | 10-30 | Online bill payment | 154.00 |
| 10-25 | Check card purchase | 33.62 | 10-30 | Preauthorized debit | 317.95 |

### DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---:|---|---|---:|
| 10-05 | Deposit | 750.00 | 10-17 | ATM deposit | 2,707.20 |
| 10-05 | Deposit | 450.00 | 10-25 | Preauthorized credit | 50.00 |
| 10-05 | Preauthorized credit | 45.82 | 10-26 | ATM deposit | 295.00 |
| 10-06 | Deposit | 1,450.00 | 10-27 | Deposit | 1,283.40 |
| 10-09 | Check card refund | 795.00 | 10-27 | Deposit | 150.00 |
| 10-09 | Check card refund | 200.00 | | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $36.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC