IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Bankr. No. 14-23154-CMB |
| FRANCIS M. MACHI, JR., | Related to Doc. Nos. 585, 586 & 608 |
| Debtor. | Hearing Date & Time: |
| | December 4, 2017 |
| | @ 2:00 p.m. |
| JENNIFER MARIANI and | |
| JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE, | |
| Movants, | |
| v. | |
| NO RESPONDENT. | |

Amended PLAN BALLOT SUMMARY

1. Have all impaired classes accepted the plan in satisfaction of 11 U.S.C. §1129(a)(8) for confirmation?  ____Yes  __**X**__No
2. Is a cram down requested?  ___ Yes  __**X**_No
3. Identify unimpaired classes by class numbers: _1, 2, 3, 5, 7, 8, 9, 10_____
4. Identify impaired classes by class numbers: __4, 6, 11, 12, 13, 14, 15_____
5. Has any impaired class accepted the Plan?  ____Yes  __**X**_No
   If yes, specify which class or classes: _____
6. Below is a summary of the ballots by claim:

| **Name** | **Class** | **Amount** | **Vote** |
|---|---|---|---|

| Harry Barnes | 1 | $2,100.00 | Accept |
|---|---|---|---|
| Mark A. Machi | 10 | $16,000.00 | Accept |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

See attached continuation page.

7. Pursuant to 11 U.S.C. §1126, only the actual ballots cast are counted to determine whether a given class has voted to accept or reject the Plan. Section 1126(c) provides that a class of claims will have accepted the Plan if voting creditors in such class holding at least two-thirds in amount and more than one-half in number have voted to accept the Plan. Class acceptance by a class of interests is governed by §1126(d), requiring that holders of interests holding at least two-thirds in amount accept the Plan.

The following is a summary by creditor class of the ballots:

| Class | Impaired? | Total number of claims voted by members of class (N) | Number of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A÷N) | Aggregate dollar amount of claims voted by members of class (Amt) | Dollar amount of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A÷Amt) |
|---|---|---|---|---|---|---|---|
| 1 | No | 1 | (A) 1<br>(R) 0 | 100% | $2,100 | (A) $ 2,100<br>(R) $    0 | 100% |
| 10 | No | 1 | (A) 1<br>(R) 0 | 100% | $16,000 | (A) $16,000<br>(R) $    0 | 100% |

Additional Comments:

Date: 12/3/17

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esq.
PA ID. No. 36745

        121 Northbrook Drive
        Gibsonia, PA 150449
        (724) 625-2566
        (724) 625-4611 fax
        Counsel for Jeffrey J. Sikirica,
        Chapter 11 Trustee

# United States Bankruptcy Court
## For the Western District Of Pennsylvania

In re:  
    Francis M. Machi, Jr. a/k/a  
    Frank M. Machi, Jr.  
                            Debtor.

Chapter 11

Case No. 14-23154-CMB

Address:    3823 Mintwood Street  
                  Pittsburgh, PA  15201

Last four digits of Social-Security No.  4189

## Class [ 1 ] Ballot for Accepting or Rejecting Plan of Reorganization

**Jeffrey J. Sikirica, Chapter 11 Trustee for Francis M. Machi, Jr. a/k/a Frank M. Machi, Jr.** (hereinafter "Proponent") filed a plan of reorganization dated **September 11, 2017** (hereinafter the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (hereinafter the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from proponent's attorney Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Gibsonia, PA  15044, Telephone (724) 625-2566, Fax (724) 625-4611 or email SikiricaLaw@consolidated.net.

**Court approval of the disclosure statement does not indicate approval of the Plan by the Court.**

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [ 1 ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Gibsonia, PA  15044 on or before November 24, 2017, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 1 ] claim against the Debtor in the unpaid amount of $2,100.00/xx Dollars ($ )

Check one box only

☒ Accepts the plan

☐ Rejects the plan

Dated: 11/3/2017

Print or type name: Harry Barnes

Signature: _____

Title (if corporation or partnership) President

Address: 215 Brookside Blvd
Pgh Pa 15241-1511

Return this ballot to:

Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Gibsonia, PA  15044

# United States Bankruptcy Court
## For the Western District Of Pennsylvania

In re:                                              :
    Francis M. Machi, Jr. a/k/a                  :
    Frank M. Machi, Jr.                          :    Chapter 11
                                 Debtor.        :
                                            :    Case No. 14-23154-CMB
Address:    3823 Mintwood Street             :
            Pittsburgh, PA  15201                :
                                            :

Last four digits of Social-Security No. 4189    :

### Class [19] Ballot for Accepting or Rejecting Plan of Reorganization

**Jeffrey J. Sikirica, Chapter 11 Trustee for Francis M. Machi, Jr. a/k/a Frank M. Machi, Jr.** (hereinafter "Proponent") filed a plan of reorganization dated **September 11, 2017** (hereinafter the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (hereinafter the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from proponent's attorney Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Gibsonia, PA  15044, Telephone (724) 625-2566, Fax (724) 625-4611 or email SikiricaLaw@consolidated.net.

**Court approval of the disclosure statement does not indicate approval of the Plan by the Court.**

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [19] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Gibsonia, PA  15044 on or before <u>November 24, 2017</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 10 ] claim against the Debtor in the unpaid amount of $16,000.00/xx Dollars ($ )

Check one box only

☑ Accepts the plan

☐ Rejects the plan

Dated: 11/1/17

Print or type name: MARK A. MACHI

Signature: Mark A. Machi

Title (if corporation or partnership) _____

Address: 307 Shady Lane
Pgh. PA. 15116

**Return this ballot to:**

Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Gibsonia, PA 15044