PROCEEDING MEMO

Date: 12/04/2017  2:00 pm

In re: Francis M. Machi, Jr.

Bankruptcy No. 14-23154-CMB
Chapter: 11 (Not Small Business)
Doc. # 585

Appearances: Francis M. Machi Jr. (pro se) ✓

Movant(s): Jeffrey J. Sikirica ✓

Respondents: James A. Prostko, ✓ James C. Warmbrodt, ✓ ~~Donald R. Calaiaro~~
David Valencik ✓

Creditor(s):

Nature of Proceeding: #585 Confirmation of Chapter 11 Plan of Reorganization Dated September 11, 2017

Additional Pleadings: Certificate of Service; #591 Amended Summary of Chapter 11 Plan; #610 Objection of Wells Fargo Bank, N.A.; #612 Objection of Specialized Loan Servicing LLC; #613 Objection of Calaiaro Valencik; #617 Summary of Ballots

Judge's Notes: Per Trustee:
① Stip w/ atty Calaiaro & Trustee
② Stip w/ Real Estate taxes to be filed.
③ Pursue Condemnation claim.
④ Trustee requests 6 weeks for amended order

Outcome:
Cont to Jan 30 2:30.
- Status report & any pleadings regarding Plan to be filed by Jan 23.

_____ Motion is GRANTED    _____ Order entered
_____ Motion is DENIED    _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    _____ Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    _____ Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
12/4/17 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 14-23154-CMB
Francis M. Machi, Jr.                                                        Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric           Page 1 of 2            Date Rcvd: Dec 04, 2017
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db             +Francis M. Machi, Jr.,    3823 Mintwood Street,    Pittsburgh, PA 15201-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              David Z. Valencik    on behalf of Attorney    Calaiaro Valencik dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               vbarber@udren.com
              Erin P. Dyer    on behalf of Creditor    Dyer Law Firm, P.C. erindyer@wvlegalcounsel.com
              James   Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
               Mortgage Trust 2005-10HE, Asset-Backed Certificates, Series 2005-10HE bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association Et Al...
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO
               BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK
               PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH C pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al...
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey J. Sikirica     trusteesikirica@consolidated.net,    PA59@ecfcbis.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net,
               PA59@ecfcbis.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jill   Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. jschalk@barley.com,
               sromig@barley.com
              Joseph S. Sisca,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Lois M. Vitti    on behalf of Creditor    Dyer Law Firm, P.C. nicole@vittilaw.com,
               loismvitti@vittilaw.com
              Lois M. Vitti    on behalf of Other Prof.    6350 Waldron Street, LLC nicole@vittilaw.com,
               loismvitti@vittilaw.com

```
District/off: 0315-2           User: dric                Page 2 of 2                  Date Rcvd: Dec 04, 2017
                               Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

   Matthew Christian Waldt   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee , for the
    certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3
    mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
   Norman E. Gilkey   on behalf of Mediator Norman  Gilkey ngilkey@bccz.com
   Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
   Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
   Ronald B. Roteman   on behalf of Creditor Jennifer  Mariani rroteman@stonecipherlaw.com,
    ykocher@stonecipherlaw.com
   S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
    Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
   Sherri J. Braunstein   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for U.S.
    Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation,
    Mortgage Pass-Through Certificates, Series 2005-SC1 pawb@fedphe.com,
    sherri.braunstein@phelanhallinan.com
   Sherri J. Braunstein   on behalf of Creditor   U.S. Bank N.A., as Trustee for the registered
    holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series
    2005-SC1 pawb@fedphe.com,   sherri.braunstein@phelanhallinan.com
   Stuart P. Winneg   on behalf of Creditor   U.S. Bank N.A., as Trustee for the registered holders
    of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1
    swinneg@udren.com,   cblack@udren.com

                                    TOTAL: 29