# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: **Nov. 2017**

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed] Frank M. Machi_    12-15-17
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

_[signed]_    12-12-17
Signature of Preparer    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: __Nov. 2017__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 2426.65 | 316600.93 |
| Total Receipts | 2426.65 | 316600.93 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1394.25 | 9162.25 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | 645.25 |
| Utilities | 53.91 | 54841.44 |
| Insurance | 340.41 | 15886.33 |
| Auto Expense | 66.76 | 27762.54 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 180.26 | 35654.41 |
| Medical Expenses | | 6518.64 |
| Household Expenses | 312.12 | 6940.71 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 2915.65 |
| Taxes - Personal Property | | 150.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 48.54 | 2380.70 |
| Gifts | 25.00 | 175.00 |
| Other (attach schedule) | 169.63 | 27452.34 |
| Total Ordinary Disbursements | 2584.88 | 171325.31 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 9700.21 |
| U. S. Trustee Fees | 650.00 | 6533.93 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 650.00 | 16234.14 |
| Total Disbursements (Ordinary + Reorganization) | 3234.88 | 187739.45 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (808.23) | 128661.48 |
| Cash - End of Month (Must equal reconciled bank statement) | 256.12 | |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.                                          Case No. 14-23154-CMB

Debtor                                           Reporting Period: __Nov. 2017__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rent | 1950.00 | |
| Refunds - Rebates | 6.65 | |
| Contractor | 470.00 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Keller Williams | 41.33 | |
| Postage | 17.04 | |
| Office | 45.68 | |
| Contractor Exp | 60.00 | |
| Ship Exp | 5.54 | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9/99)

Machi, Jr., Frank M.                          Case No. 14-23154-CMB
        Debtor                           Reporting Period: __Nov. 2017__

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total State and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).                           FORM MOR-4
                                                                                                                                   (9/99)

CS No. 14-23154 CMB

Debtor FRANK MIM JR    Reporting Period: Nov. 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

# FRANK M. MACHI JR. *c#14-23154-CMB*

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE *11-30-17*

## UNPAID DEBTS

1. ~~9010 HOWLEY STREET, PITTSBURGH PA. 15201 - OCWEN MORTGAGE~~

2. 357 COOLSPRING STREET UNIONTOWN PA 15401 SPS MORTGAGE *pay monthly 4.10%*

3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

5. ~~POINT BREEZE VET CLINIC HAS~~ OUTSTANDING BALANCE APPROXIMATE $150.00 *pd*

6. PLANET FITNESS $10.00 PER MONTH CONTRACT - *cancelled*

7. *Dem- City of Pgh 28,000 5164 Butler St.*

12/5/2017

| Page 1 of 4 | 1-4 | Get PDF Reader |



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

FRANK MACHI JR
DEBTOR IN POSSESSION
CASE NUMBER 14-23154
3823 MINTWOOD ST
PITTSBURGH PA 15201-1221

Shadyside Office
Account Number:
Type: Checking & Simple

Page 1 of 4
Statement from:
**November 1 to November 30, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 1,454.62 |
| Deposits and Other Additions | + | 1,293.05 |
| Checks Paid and Other Subtractions | – | 2,491.55 |
| Ending Balance on November 30, 2017 | | $ 256.12 |
| Low Balance | | $ 23.04 |
| Average Ledger Balance | | $ 202.07 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| | | | | $ 1,454.62 |
| 11-01 | Previous Statement Balance | | | |
| 11-01 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ # 730527000890-2463 | $ 101.19 | | $ 1,353.43 |
| 11-02 | Deposit | | $ 750.00 | $ 2,103.43 |
| 11-02 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE 1 0939 PITTSBURG PA SEQ # 730624200319-2463 | $ 137.41 | | $ 1,966.02 |
| 11-02 | #Online Bill Payment<br>PBI9UU4U SPECIALIZED LOAN S<br>1198768 | $ 644.25 | | $ 1,321.77 |
| 11-02 | #Online Bill Payment<br>3BZ9NU4U SELECT PORTFOLIO S<br>1198768 | $ 500.00 | | $ 821.77 |
| 11-02 | #Online Bill Payment<br>YBO9VU4U SELECT PORTFOLIO S<br>1198768 | $ 250.00 | | $ 571.77 |
| 11-03 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 422443 BUSY BEAVER PITTSB PITTSBURG PA SEQ # 730724101034-2463 | $ 15.98 | | $ 555.79 |
| 11-03 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 426979 LIBERTY BEER PITTSBURG PA SEQ # 730723001066-2463 | $ 8.01 | | $ 547.78 |
| 11-06 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3064 PITTSBURG PA SEQ # 731024000788-2463 | $ 50.00 | | $ 497.78 |

15201

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: Checking & Simple
Page 2 of 4

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 11-06 | #Online Bill Payment<br>HB79EUAT STATE FARM INSURAN<br>1200076 | $254.22 | - | $243.56 |
| 11-06 | #Online Bill Payment<br>XBF9DUAT STATE FARM INSURAN<br>1200076 | $86.19 | - | $157.37 |
| 11-09 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 455930 CMPLXHM INCREDIBLY FIT   833 26536 AZ SEQ # | $4.95 | - | $152.42 |
| 11-09 | #Online Bill Payment<br>XB29QU7S PEOPLES NATURAL GA<br>1202038 | $53.91 | - | $98.51 |
| 11-10 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 405449 SPD SUPERLATIVESKI N   844 836 1 AZ SEQ # | $1.99 | - | $96.52 |
| 11-13 | #Check Card Refund<br>MERCHANT REFUND TERMINAL 469216 PEPBOYS STORE  199 PITTSBURG PA SEQ # | | $6.63 | $103.15 |
| 11-16 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443106 SHERWIN WILLIAMS 7 03801 ALLEGHENY PA SEQ | $29.11 | - | $74.04 |
| 11-16 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ # | $50.00 | - | $24.04 |
| 11-20 | #Preauthorized Credit<br>Square Inc SDV-VRFY<br>171120 | | $0.01 | $24.05 |
| 11-20 | #Preauthorized Credit<br>Square Inc SDV-VRFY<br>171120 | | $0.01 | $24.06 |
| 11-20 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 PARKING IN PITTSBU RGH 4 PITTSBURG PA SEQ # | $1.00 | - | $23.06 |
| 11-20 | #Preauthorized Debit<br>Square Inc SDV-VRFY<br>171120 | $0.01 | - | $23.05 |
| 11-20 | #Preauthorized Debit<br>Square Inc SDV-VRFY<br>171120 | $0.01 | - | $23.04 |
| 11-27 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $150.00 | $173.04 |
| 11-27 | #ATM Deposit<br>DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | $70.00 | $243.04 |
| 11-27 | #Preauthorized Credit<br>PAYPAL TRANSFER<br>171127 | | $66.40 | $309.44 |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 3 of 4

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 11-27 | #POS Purchase | $ 27.95 - | | $ 281.49 |
| | POS PURCHASE TERMINAL 07023100 GET GO #3107 PITTSBURG PA SEQ # | | | |
| 11-28 | #Check Card Purchase | $ 17.04 - | | $ 264.45 |
| | MERCHANT PURCHASE TERMINAL 444500 USPS PO 4166180001 PITTSBURG PA SEQ # | | | |
| 11-30 | #ATM Deposit | | $ 250.00 | $ 514.45 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 000000005340-2463 | | | |
| 11-30 | #Check Card Purchase | $ 92.71 - | | $ 421.74 |
| | MERCHANT PURCHASE TERMINAL 455930 CMPLXHM INCREDIBLY FIT   833 26536 AZ SEQ # | | | |
| 11-30 | #Check Card Purchase | $ 124.25 - | | $ 297.49 |
| | MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ # | | | |
| 11-30 | #POS Purchase | $ 41.37 - | | $ 256.12 |
| | POS PURCHASE TERMINAL 40001600 MARKET DISTRICT PITTSBURG PA SEQ # | | | |
| 11-30 | Ending Totals | $ 2,491.55 - | $ 1,293.05 | $ 256.12 |

### WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 11-01 | Check card purchase | 101.19 | 11-10 | Check card purchase | 1.99 |
| 11-02 | Check card purchase | 137.41 | 11-16 | Check card purchase | 29.11 |
| 11-02 | Online bill payment | 644.25 | 11-16 | ATM withdrawal | 50.00 |
| 11-02 | Online bill payment | 500.00 | 11-20 | Check card purchase | 1.00 |
| 11-02 | Online bill payment | 250.00 | 11-20 | Preauthorized debit | 0.01 |
| 11-03 | Check card purchase | 15.98 | 11-20 | Preauthorized debit | 0.01 |
| 11-03 | Check card purchase | 8.01 | 11-27 | POS purchase | 27.95 |
| 11-06 | Check card purchase | 50.00 | 11-28 | Check card purchase | 17.04 |
| 11-06 | Online bill payment | 254.22 | 11-30 | Check card purchase | 92.71 |
| 11-06 | Online bill payment | 86.19 | 11-30 | Check card purchase | 124.25 |
| 11-09 | Check card purchase | 4.95 | 11-30 | POS purchase | 41.37 |
| 11-09 | Online bill payment | 53.91 | | | |

### DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 11-02 | Deposit | 750.00 | 11-27 | ATM deposit | 150.00 |
| 11-13 | Check card refund | 6.63 | 11-27 | ATM deposit | 70.00 |
| 11-20 | Preauthorized credit | 0.01 | 11-27 | Preauthorized credit | 66.40 |
| 11-20 | Preauthorized credit | 0.01 | 11-30 | ATM deposit | 250.00 |

MEMBER FDIC

**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number: ▬▬
Type: Checking & Simple
Page 4 of 4

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC