**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: **Dec. 2017**

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Frank M. Machi_ (signature)    1-2-18
Signature of Debtor               Date

_____      _____
Signature of Joint Debtor          Date

_signature_ (HBS)              1/15/18
Signature of Preparer             Date

D Thompson
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.    Case No. 14-23154-CMB
Debtor    Reporting Period: Dec 17

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 8603.61 | |
| Total Receipts | 8603.61 | 325204.54 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1394.25 | 10496.50 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | 645.25 |
| Utilities | 1673.82 | 35915.26 |
| Insurance | 140.77 | 16027.10 |
| Auto Expense | 137.00 | 27899.54 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 1397.74 | 36852.15 |
| Medical Expenses | 653.83 | 7172.47 |
| Household Expenses | 438.73 | 7379.4 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 2915.65 |
| Taxes - Personal Property | | 150.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 79.14 | 2359.84 |
| Gifts | 691.00 | 866.00 |
| Other (attach schedule) | 926.75 | 29379.14 |
| Total Ordinary Disbursements | 6933.09 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 9700.21 |
| U.S. Trustee Fees | | 6533.93 |
| Other Reorganization Expenses (attach schedule) | 2125.00 | 2125.00 |
| Total Reorganization Items | 2125.00 | 18359.14 |
| Total Disbursements (Ordinary + Reorganization) | 8858.03 | 196917.98 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (254) | -128786.56 |
| Cash - End of Month (Must equal reconciled bank statement) | 1.71 | |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.                                              Case No. 14-23154-CMB

                Debtor                                    Reporting Period: _____


INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Contractor | 6945 | |
| Keller Williams | 1444.50 | |
| Rebates - Refunds | 604.11 | |
| Rent | 650.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Keller Williams | 188.00 | |
| Service Charges | 5.00 | |
| Shop Exp | 105.95 | |
| Parking | 5.00 | |
| Postage | 9.80 | |
| Materials | 610.00 | |
| **Other Reorganization Expenses** | | |
| Misc | 2125.00 | |
| | | |
| | | |
| | | |

Machi, Jr., Frank M.                                         Case No. 14-23154-CMB

     Debtor                                     Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable |  |  |  |  |  |  |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders* |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Debtor  FRANK MCM    Reporting Period:

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5
(9/99)

# FRANK M. MACHI JR.

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE_____

## UNPAID DEBTS

1. ~~3810 HOWLEY STREET, PITTSBURGH PA. 15201 - OCWEN MORTGAGE~~  SOLD

2. 357 COOLSPRING STREET UNIONTOWN PA 15401 SPS MORTGAGE

3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

5. POINT BREEZE VET CLINIC HAS OUTSTANDING BALANCE APPROXIMATE $150.00 —— PAID ALREADY

6. PLANET FITNESS $10.00 PER MONTH CONTRACT — CANCELED CONTRACT

7. Mortgage's Mom - 3823 Mintwood St - Paying $500.00
   Rental - 3823 Mintwood St - Pending
   Rental - 357 Coolspring St - $644.00 Paying
   $250.00

**S T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

**Shadyside Office**
Account Number:
Type: **Checking & Simple**

FRANK MACHI JR
DEBTOR IN POSSESSION
CASE NUMBER 14-23154
3823 MINTWOOD ST
PITTSBURGH PA 15201-1221

*Page 1 of 7*
Statement from:
**December 1 to December 29, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 256.12 |
| Deposits and Other Additions | + | 8,603.61 |
| Checks Paid and Other Subtractions | − | 8,858.02 |
| Ending Balance on December 29, 2017 | | $ 1.71 |
| Low Balance | | $ 1.71 |
| Average Ledger Balance | | $ 1,555.93 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 12-01 | Previous Statement Balance | | | $ 256.12 |
| 12-01 | #ATM Deposit | | $ 1,200.00 | $ 1,456.12 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 12-01 | #Check Card Refund | | $ 32.44 | $ 1,488.56 |
| | MERCHANT REFUND TERMINAL 455930 CMPLXHM INCREDIBLY FIT 833 26536 AZ SEQ | | | |
| 12-01 | #Check Card Purchase | $ 6.63 - | | $ 1,481.93 |
| | MERCHANT PURCHASE TERMINAL 422443 BUSY BEAVER PITTSB PITTSBURG PA SEQ | | | |
| 12-01 | #ATM Withdrawal | $ 60.00 - | | $ 1,421.93 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 12-01 | #Check Card Purchase | $ 133.92 - | | $ 1,288.01 |
| | MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSBURGH PA SEQ | | | |
| 12-04 | Deposit | | $ 650.00 | $ 1,938.01 |
| 12-04 | #Online Bill Payment | $ 250.00 - | | $ 1,688.01 |
| | LBD9FP6G SELECT PORTFOLIO S | | | |
| | 1212489 | | | |
| 12-04 | #Online Bill Payment | $ 140.77 - | | $ 1,547.24 |
| | VB69HPXG PENN NATIONAL INSU | | | |
| | 1212489 | | | |
| 12-04 | #Online Bill Payment | $ 20.00 - | | $ 1,527.24 |
| | 6B69IPXG FIRST ENERGY SERVI | | | |
| | 1212489 | | | |

15201

MEMBER FDIC

S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 2 of 7*

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 12-05 | #ATM Withdrawal | $ 310.00 | | $ 1,217.24 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 12-05 | #Check Card Purchase | $ 75.00 | | $ 1,142.24 |
| | MERCHANT PURCHASE TERMINAL 443106 MASSANUTTEN VA BEA CH  757 468 1 VA SEQ | | | |
| 12-06 | #Online Bill Payment | $ 60.00 | | $ 1,082.24 |
| | SBS9HPSH VERIZON | | | |
| | 1213791 | | | |
| 12-07 | #ATM Deposit | | $ 1,380.00 | $ 2,462.24 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 000000005514-2463 | | | |
| 12-07 | #Check Card Purchase | $ 16.96 | | $ 2,445.28 |
| | MERCHANT PURCHASE TERMINAL 476501 BIG BARN COUNTRY S TORE  STAR JUNC PA SEQ | | | |
| 12-07 | #Check Card Purchase | $ 8.99 | | $ 2,436.29 |
| | MERCHANT PURCHASE TERMINAL 476501 BIG BARN COUNTRY S TORE  STAR JUNC PA SEQ | | | |
| 12-07 | #Online Bill Payment | $ 644.25 | | $ 1,792.04 |
| | UBM9KPRI SPECIALIZED LOAN S | | | |
| | 1214442 | | | |
| 12-07 | #Online Bill Payment | $ 500.00 | | $ 1,292.04 |
| | 2B909PL7 SELECT PORTFOLIO S | | | |
| | 1214442 | | | |
| 12-07 | #Online Bill Payment | $ 46.33 | | $ 1,245.71 |
| | HBW8SPY7 PITTSBURGH WATER | | | |
| | 1214442 | | | |
| 12-07 | #Online Bill Payment | $ 29.35 | | $ 1,216.36 |
| | CBH9APL7 PITTSBURGH WATER | | | |
| | 1214442 | | | |
| 12-08 | #ATM Deposit | | $ 1,444.50 | $ 2,660.86 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 000000005534-2463 | | | |
| 12-08 | #Check Card Purchase | $ 8.44 | | $ 2,652.42 |
| | MERCHANT PURCHASE TERMINAL 444500 ARBYS  8079 PITTSB URGH  PITTSBURG PA SEQ | | | |
| 12-08 | #Check Card Purchase | $ 5.25 | | $ 2,647.17 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO  3064 PITTSBURG PA SEQ | | | |
| 12-08 | #Check Card Purchase | $ 50.00 | | $ 2,597.17 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO  3064 PITTSBURG PA SEQ | | | |
| 12-08 | #ATM Withdrawal | $ 50.00 | | $ 2,547.17 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 12-08 | Check  202 | $ 650.00 | | $ 1,897.17 |
| 12-11 | #ATM Withdrawal | $ 80.00 | | $ 1,817.17 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 12-11 | Check  99 | $ 525.00 | | $ 1,292.17 |
| 12-11 | #Service Charge | $ 1.00 | | $ 1,291.17 |
| | CHECK | | | |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

Page 3 of 7

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 12-12 | #Check Card Purchase | $ 9.53 - | | $ 1,281.64 |
| | MERCHANT PURCHASE TERMINAL 416407 SUBWAY 0300 5998 PERRYOPOL PA SEQ # | | | |
| 12-12 | #Non S&T ATM W/D | $ 60.00 - | | $ 1,221.64 |
| | CASH WITHDRAWAL TERMINAL FI560028 4000 BUTLER ST PITTSBURG PA SEQ | | | |
| 12-12 | #Service Charge | $ 3.00 - | | $ 1,218.64 |
| | NON S&T ATM W/D | | | |
| 12-12 | #POS Purchase | $ 25.00 - | | $ 1,193.64 |
| | POS PURCHASE TERMINAL 07023100 GET GO #3107 PITTSBURG PA SEQ | | | |
| 12-13 | #Check Card Purchase | $ 60.00 - | | $ 1,133.64 |
| | MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ | | | |
| 12-13 | #Check Card Purchase | $ 136.43 - | | $ 997.21 |
| | MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE 1 0939 PITTSBURG PA SEQ | | | |
| 12-14 | #Check Card Purchase | $ 5.97 - | | $ 991.24 |
| | MERCHANT PURCHASE TERMINAL 455930 8772863964GOLDENSK IN 877 28639 CA SEQ | | | |
| 12-15 | #Check Card Purchase | $ 5.99 - | | $ 985.25 |
| | MERCHANT PURCHASE TERMINAL 455930 PROBALANCSPA877308 9399 877 30693 NV SEQ | | | |
| 12-15 | #Check Card Purchase | $ 1.99 - | | $ 983.26 |
| | MERCHANT PURCHASE TERMINAL 405449 CANDELA EHLTHFRSKC ARA 877 937 1 CA SEQ | | | |
| 12-15 | Check 99 | $ 250.00 - | | $ 733.26 |
| 12-15 | #Service Charge | $ 1.00 - | | $ 732.26 |
| | CHECK | | | |
| 12-18 | #ATM Deposit | | $ 65.00 | $ 797.26 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # | | | |
| 12-18 | #Check Card Purchase | $ 66.50 - | | $ 730.76 |
| | MERCHANT PURCHASE TERMINAL 443565 RESTAURANT DEPOT PITTSBURG PA SEQ | | | |
| 12-18 | #ATM Withdrawal | $ 300.00 - | | $ 430.76 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |
| 12-19 | #Check Card Purchase | $ 40.00 - | | $ 390.76 |
| | MERCHANT PURCHASE TERMINAL 401339 STRAKA MCQUONE I NC 1516EWICKLEY PA SEQ | | | |
| 12-20 | Deposit | | $ 3,800.00 | $ 4,190.76 |
| 12-20 | Debit Memo | $ 400.00 - | | $ 3,790.76 |
| 12-20 | #Check Card Purchase | $ 25.00 - | | $ 3,765.76 |
| | MERCHANT PURCHASE TERMINAL 455930 CMPLXHM INCREDIBLY FIT 833 28538 AZ SEQ | | | |
| 12-20 | #Check Card Purchase | $ 9.80 - | | $ 3,755.96 |
| | MERCHANT PURCHASE TERMINAL 444500 USPS PO 4166160001 PITTSBURG PA SEQ | | | |
| 12-20 | #Non S&T ATM W/D | $ 80.00 - | | $ 3,675.96 |
| | CASH WITHDRAWAL TERMINAL LK389142 4214 STEUBENVILLE PITTSBURG PA SEQ # | | | |
| 12-20 | #Service Charge | $ 3.00 - | | $ 3,672.96 |
| | NON S&T ATM W/D | | | |
| 12-20 | #ATM Surcharge | $ 2.00 - | | $ 3,670.96 |
| | SURCHARGE AMOUNT TERMINAL LK389142 4214 STEUBENVILLE PITTSBURG PA SEQ | | | |
| 12-21 | #Check Card Purchase | $ 37.00 - | | $ 3,633.96 |
| | MERCHANT PURCHASE TERMINAL 405523 BUYGOODS THEMEMORY REPAIR503 523 3 DE SEQ # | | | |
| 12-22 | #Check Card Purchase | $ 11.00 - | | $ 3,622.96 |
| | MERCHANT PURCHASE TERMINAL 442629 BLOOMFIELD LASERWA SH TOUPITTSBURG PA SEQ # | | | |
| 12-22 | #ATM Withdrawal | $ 70.00 - | | $ 3,552.96 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ | | | |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
Page 4 of 7

DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 12-26 | #Preauthorized Credit<br>Square Inc 171225P2<br>171226 | | $ 11.67 | $ 3,564.63 |
| 12-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407 SUBWAY 0028 3903 PITTSBURG PA SEQ | $ 16.36 - | | $ 3,548.27 |
| 12-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 SPRINT WIRELESS 800 639 6 KS SEQ | $ 258.66 - | | $ 3,289.61 |
| 12-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 407105 MERCEDES BENZ OF P ITTS 000 00000 PA SEQ | $ 815.51 - | | $ 2,474.10 |
| 12-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 470780 NORTH PARK LOUNGE LAWRENPITTSBURG PA SEQ | $ 33.43 - | | $ 2,440.67 |
| 12-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3107 PITTSBURG PA SEQ | $ 243.98 - | | $ 2,196.69 |
| 12-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443106 JCPENNEY 2263 PITTSBURG PA SEQ | $ 4.20 - | | $ 2,192.49 |
| 12-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168 TACO BELL 26114 PITTSBURG PA SEQ | $ 5.35 - | | $ 2,187.14 |
| 12-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSURGH PA SEQ | $ 174.65 - | | $ 2,012.49 |
| 12-26 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 401339 SMALLMAN STREET DE LI ON PITTSBURG PA SEQ | $ 25.51 - | | $ 1,986.98 |
| 12-26 | #Online Bill Payment<br>2BC9EPWW CMS MEDICARE INSUR<br>1222242 | $ 503.40 - | | $ 1,483.58 |
| 12-26 | #Online Bill Payment<br>7B695PWW DUQUESNE LIGHT CO<br>1222242 | $ 375.28 - | | $ 1,108.30 |
| 12-26 | #Online Bill Payment<br>RB696PWW DUQUESNE LIGHT CO<br>1222242 | $ 157.68 - | | $ 950.62 |
| 12-26 | #Online Bill Payment<br>ABE9JPWW VERIZON<br>1222242 | $ 125.84 - | | $ 824.78 |
| 12-26 | #Online Bill Payment<br>8BD9VPZW PITTSBURGH WATER<br>1222242 | $ 60.96 - | | $ 763.82 |
| 12-26 | #Online Bill Payment<br>WB69PPZW PITTSBURGH WATER<br>1222242 | $ 58.24 - | | $ 705.58 |

MEMBER FDIC

**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 5 of 7

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 12-26 | #Online Bill Payment<br>A8G97PWW DUQUESNE LIGHT CO<br>1222242 | $ 33.60 | - | $ 671.98 |
| 12-26 | #Online Bill Payment<br>1B89JPZW ADVANCED DISPOSAL<br>1222242 | $ 15.17 | - | $ 656.81 |
| 12-26 | #Online Bill Payment<br>KBZ92PWW UNITED HEALTH GROU<br>1222242 | $ 14.00 | - | $ 642.81 |
| 12-26 | #Online Bill Payment<br>3BG9XPZW FIRST ENERGY SERVI<br>1222242 | $ 11.89 | - | $ 630.92 |
| 12-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ # | $ 124.25 | - | $ 506.67 |
| 12-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 420429 FACEBK LRVZBE6EX2 650 54348 CA SEQ # | $ 15.00 | - | $ 491.67 |
| 12-27 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 4TE KELLER WILLIAM S REAL412 682 0 PA SEQ # | $ 23.00 | - | $ 468.67 |
| 12-28 | Deposit | | $ 20.00 | $ 488.67 |
| 12-29 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 455930 PROBALANCSPA877308 9399 877 30893 NV SEQ # | $ 92.99 | - | $ 395.68 |
| 12-29 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 455930 8772863964GOLDENSK IN 877 28639 CA SEQ # 7 | $ 92.97 | - | $ 302.71 |
| 12-29 | Check 99 | $ 300.00 | - | $ 2.71 |
| 12-29 | #Service Charge<br>CHECK | $ 1.00 | - | $ 1.71 |
| 12-29 | Ending Totals | $ 8,858.02 | $ 8,603.61 | $ 1.71 |

### CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 99 | $ 525.00 | 99 * | $ 300.00 | | |
| 99 * | $ 250.00 | 202 * | $ 650.00 | | |

* Indicates Skip in Check Number

### WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 12-01 | Check card purchase | 6.63 | 12-07 | Check card purchase | 16.96 |
| 12-01 | ATM withdrawal | 60.00 | 12-07 | Check card purchase | 8.99 |
| 12-01 | Check card purchase | 133.92 | 12-07 | Online bill payment | 644.25 |
| 12-04 | Online bill payment | 250.00 | 12-07 | Online bill payment | 500.00 |
| 12-04 | Online bill payment | 140.77 | 12-07 | Online bill payment | 46.33 |
| 12-04 | Online bill payment | 20.00 | 12-07 | Online bill payment | 29.35 |
| 12-05 | ATM withdrawal | 310.00 | 12-08 | Check card purchase | 8.44 |
| 12-05 | Check card purchase | 75.00 | 12-08 | Check card purchase | 5.25 |
| 12-08 | Online bill payment | 60.00 | 12-08 | Check card purchase | 50.00 |

MEMBER FDIC

**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 6 of 7*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---:|---|---|---:|
| 12-08 | ATM withdrawal | 50.00 | 12-26 | Check card purchase | 16.36 |
| 12-11 | ATM withdrawal | 80.00 | 12-26 | Check card purchase | 258.66 |
| 12-11 | Service charge | 1.00 | 12-26 | Check card purchase | 815.51 |
| 12-12 | Check card purchase | 9.53 | 12-26 | Check card purchase | 33.43 |
| 12-12 | Non S&T ATM w/d | 60.00 | 12-26 | Check card purchase | 243.98 |
| 12-12 | Service charge | 3.00 | 12-26 | Check card purchase | 4.20 |
| 12-12 | POS purchase | 25.00 | 12-26 | Check card purchase | 5.35 |
| 12-13 | Check card purchase | 60.00 | 12-26 | Check card purchase | 174.65 |
| 12-13 | Check card purchase | 136.43 | 12-26 | Check card purchase | 25.51 |
| 12-14 | Check card purchase | 5.97 | 12-26 | Online bill payment | 503.40 |
| 12-15 | Check card purchase | 5.99 | 12-26 | Online bill payment | 375.28 |
| 12-15 | Check card purchase | 1.99 | 12-26 | Online bill payment | 157.68 |
| 12-15 | Service charge | 1.00 | 12-26 | Online bill payment | 125.84 |
| 12-18 | Check card purchase | 66.50 | 12-26 | Online bill payment | 60.96 |
| 12-18 | ATM withdrawal | 300.00 | 12-26 | Online bill payment | 58.24 |
| 12-19 | Check card purchase | 40.00 | 12-26 | Online bill payment | 33.60 |
| 12-20 | Debit memo | 400.00 | 12-26 | Online bill payment | 15.17 |
| 12-20 | Check card purchase | 25.00 | 12-26 | Online bill payment | 14.00 |
| 12-20 | Check card purchase | 9.80 | 12-26 | Online bill payment | 11.89 |
| 12-20 | Non S&T ATM w/d | 80.00 | 12-27 | Check card purchase | 124.25 |
| 12-20 | Service charge | 3.00 | 12-27 | Check card purchase | 15.00 |
| 12-20 | ATM surcharge | 2.00 | 12-27 | Check card purchase | 23.00 |
| 12-21 | Check card purchase | 37.00 | 12-29 | Check card purchase | 92.99 |
| 12-22 | Check card purchase | 11.00 | 12-29 | Check card purchase | 92.97 |
| 12-22 | ATM withdrawal | 70.00 | 12-29 | Service charge | 1.00 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---:|---|---|---:|
| 12-01 | ATM deposit | 1,200.00 | 12-18 | ATM deposit | 65.00 |
| 12-01 | Check card refund | 32.44 | 12-20 | Deposit | 3,800.00 |
| 12-04 | Deposit | 650.00 | 12-26 | Preauthorized credit | 11.87 |
| 12-07 | ATM deposit | 1,380.00 | 12-28 | Deposit | 20.00 |
| 12-08 | ATM deposit | 1,444.50 | | | |

MEMBER FDIC



Page 7 of 7

**OVERDRAFT/RETURN ITEM FEES**

|  | *Total for this period* | *Total year-to-date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC