# PROCEEDING MEMO

**Date:** 01/30/2018   2:30 p.m.

**In re:** Francis M. Machi, Jr.

Bankruptcy No. 14-23154-CMB
Chapter: 11 (Not Small Business)
Doc. # 585

**Appearances:** Francis M. Machi Jr. (pro se)

**Movant(s):** Jeffrey J. Sikirica ✓

**Respondents:** James A. Prostko ✓, James C. Warmbrodt ✓, David Valencik ✓

**Creditor(s):** Christina Pavid ✓

**Nature of Proceeding:** #585 Continued Confirmation of Chapter 11 Plan of Reorganization Dated September 11, 2017

**Additional Pleadings:** #591 Amended Summary of Chapter 11 Plan; #610 Objection of Wells Fargo Bank, N.A.; #612 Objection of Specialized Loan Servicing LLC; #613 Objection of Calaiaro Valencik; #617 Summary of Ballots; #618 Amended Summary of Ballots (all filed previously); #623 Stipulation between Debtor and County of Allegheny and City and School

**Judge's Notes:** District of Pittsburgh

**Outcome:** — Objections resolved

✓  Motion is GRANTED   ✓  Order entered
___  Motion is DENIED ___ Order entered
___  Motion WITHDRAWN
___  Motion is DISMISSED        Order entered
___  Reschedule for Proper Service
___  Case DISMISSED        Order entered
___  Parties to submit Order/Settlement/Stipulation by ___ days
___  CONTINUED MATTER:   ___for at least ___days (Court to Issue Order)
___  to hearing date of _____
___  ISSUE EVIDENTIARY HEARING NOTICE
___  Discovery time needed ___ days
___  Briefs to be filed:   Movant(s) brief due ___days
                           Respondent(s) brief due ___days
                           Trustee's brief due ___days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
1/31/18 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA