# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M MACHI, JR A/K/A FRANK M MACHI, JR | CASE NO: 14-23154-CMB<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 625<br>Judge: Carlota M. Bohm<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/31/2018, I did cause a copy of the following documents, described below,

Plan Confirmation Order, 625

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 1/31/2018

/s/ Jeffrey Sikirica
Jeffrey Sikirica  36745
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044
412 965 5571
trusteesikirica@zoominternet.net

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M MACHI, JR A/K/A FRANK M MACHI, JR | CASE NO: 14-23154-CMB<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 625<br>Judge: Carlota M. Bohm<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/31/2018, a copy of the following documents, described below,

Plan Confirmation Order, 625

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/31/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica, Esquire
Jeffrey Sikirica
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03152
CASE 14-23154-CMB
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
WED JAN 31 12-18-09 EST 2018

2 6350 WALDRON STREET LLC
128 S 2ND STREET
CLARSBURG WV 26301-2921

3 PETER J ASHCROFT
BERNSTEINBURKLEY PC
SUITE 2200 GULF TOWER
PITTSBURGH PA 15219-1900

4 HARRY BARNES
BARNES CORPORATION
215 BROOKSIDE BLVD
PITTSBURGH PA 15241-1511

5 BARNES CORPORATION
CO HARRY BARNES
215 BROOKSIDE BLVD
PITTSBURGH PA 15241-1511

6 DOMENIC A BELLISARIO
LAW OFFICE OF DOMENIC A BELLISARIO
310 GRANT STREET
SUITE 1302
PITTSBURGH PA 15219-2229

7 SHERRI J BRAUNSTEIN
PHELAN HALINAN DIAMOND AND JONES
400 FELLOWSHIP ROAD
MT LAUREL NJ 08054-3437

8 DONALD R CALAIARO
CALAIARO VALENCIK
428 FORBES AVE SUITE 900
PITTSBURGH PA 15219-1621

9 CALAIARO VALENCIK
428 FORBES AVE
STE 900
PITTSBURGH PA 15219-1621

10 CITY AND SCHOOL DISTRICT OF
PITTSBURGH
CO GOEHRING RUTTER  BOEHM
437 GRANT STREET, 14TH FLOOR
PITTSBURGH, PA 15219-6101

11 COUNTY OF ALLEGHENY
CO GOEHRING RUTTER  BOEHM
437 GRANT STREET, 14TH FLOOR
PITTSBURGH, PA 15219-6101

12 DLJ MORTGAGE CAPITAL INC
CO SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY UT 84165-0450

13 DLJ MORTGAGE CAPITAL INC
CO SELECT PORTFOLIO SERVICING INC
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115-4412

14 DR JA STRAKA
CO CREDIT COLLECTIONS USA
16 DISTRIBUTOR DRIVE SUITE 1
MORGANTOWN WV 26501-7209

15 DUQUESNE LIGHT COMPANY
CO PETER J ASHCROFT
BERNSTEIN-BURKLEY PC
707 GRANT ST SUITE 2200 GULF TOWER
PITTSBURGH PA 15219-1945

16 ERIN P DYER
LAW OFFICE OF MICHAEL J ROMANO
128 SOUTH 2ND STREET
CLARKSBURG WV 26301-2921

17 DYER LAW FIRM PC
5743 CENTRE AVENUE
PITTSBURGH PA 15206-3707

18 EQUITABLE GAS BANKRUPTCY DEPARTMENT
ATTN JUDY GAWLOWSKI
225 NORTH SHORE DRIVE 2ND FLOOR
PITTSBURGH PA 15212-5860

19 DONNA FISCHER
COLDWELL BANKER
9600 PERRY HIGHWAY SUITE 100
PITTSBURGH PA 15237-5552

20 NORMAN E GILKEY
BABST CALLAND CLEMENTS   ZOMNIR PC
TWO GATEWAY CENTER 8TH FLOOR
PITTSBURGH PA 15222

21 JEFFREY R HUNT
GOEHRING RUTTER  BOEHM
437 GRANT STREET
14TH FLOOR
PITTSBURGH PA 15219-6107

22 INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

23 INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES DIVISION
PO BOX 628
BANKRUPTCY SECTION
PITTSBURGH PA 15230

*DEBTOR*

24 FRANCIS M MACHI JR
3823 MINTWOOD STREET
PITTSBURGH PA 15201-1221

25 MARK MACHI
307 SHADY LANE
GLENSHAW PA 15116-3149

26 JILL MANUEL COUGHLIN
POWERS KIRN  ASSOCIATES LLC
EIGHT NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

27 OCWEN LOAN SERVICING LLC
ATTN CASHIERING DEPARTMENT
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH FL 33409-6493

PARTIES DESIGNATED AS "EXPEDITED DELIVERY" WERE SERVED VIA OVERNIGHT MAIL. OTHER CLASSES OF
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28 OCWEN LOAN SERVICING LLC AS          29 OCWEN LOAN SERVICING LLC             30 OFFICE OF THE UNITED STATES TRUSTEE
SERVICER FOR WE                         1661 WORTHINGTON ROAD                   LIBERTY CENTER
6409 CONGRESS AVENUE SUITE 100          SUITE 100                               1001 LIBERTY AVENUE SUITE 970
BOCA RATON FL 33487-2853                WEST PALM BEACH FL 33409-6493           PITTSBURGH PA 15222-3721


31 PENNSYLVANIA DEPARTMENT OF REVENUE   32 PENNSYLVANIA DEPT OF REVENUE         33 PEOPLES NATURAL GAS COMPANY LLC
BANKRUPTCY DIVISION PO BOX 280946       DEPARTMENT 280946                       EQUITABLE DI
HARRISBURG PA 17128-0946                PO BOX 280946                           ATTN- DAWN LINDNER
                                        ATTN- BANKRUPTCY DIVISION               225 NORTH SHORE DRIVE
                                        HARRISBURG PA 17128-0946                PITTSBURGH PA 15212-5860


34 PITTSBURGH WATER  SEWER AUTHORITY    35 PLANE FITNESS                        36 JAMES A PROSTKO
CO GOEHRING RUTTER  BOEHM               1635 S BRADDOCK AVENUE                  PHELAN HALLINAN DIAMOND  JONES LLP
437 GRANT STREET, 14TH FLOOR            PITTSBURGH PA 15218-1663                OMNI WILLIAM PENN OFFICE TOWER
PITTSBURGH, PA 15219-6101                                                       555 GRANT STREET
                                                                                SUITE 300
                                                                                PITTSBURGH PA 15219-4408


37 RONALD B ROTEMAN                     38 JOSEPH P SCHALK                      39 JEFFREY J SIKIRICA
THE STONECHIPHER LAW FIRM               BARLEY SNYDER                           121 NORTHBROOK DRIVE
125 FIRST AVENUE                        126 EAST KING STREET                    PINE TOWNSHIP
PITTSBURGH PA 15222-1506                LANCASTER PA 17602-2893                 GIBSONIA PA 15044-8983


40 JEFFREY J SIKIRICA                   41 SPECIALIZED LOAN SERVICING LLC       42 STRAKA  MCQUONE INC
BLUMLING  GUSKY LLP                     8742 LUCENT BLVD SUITE 300              1099 OHIO RIVER BOULEVARD
1200 KOPPERS BUILDING                   HIGHLANDS RANCH CO 80129-2386           SEWICKLEY PA 15143-2081
436 SEVENTH AVENUE
PITTSBURGH PA 15219-1848


43 US BANK NA                           44 DAVID Z VALENCIK                     45 LOIS M VITTI
CO OCWEN LOAN SERVICING LLC             CALAIARO VALENCIK                       VITTI  VITTI  ASSOCIATES PC
ATTN- BANKRUPTCY DEPARTMENT             428 FORBES AVE SUITE 900                333 ALLEGHENY AVENUE SUITE 303
PO BOX 24605                            PITTSBURGH PA 15219-1621                OAKMONT PA 15139-2072
WEST PALM BEACH FL 33416-4605


46 MATTHEW CHRISTIAN WALDT              47 S JAMES WALLACE                      48 JAMES WARMBRODT
MILSTEAD  ASSOCIATES LLC                845 N LINCOLN AVENUE                    KML LAW GROUP PC
1 EAST STOW ROAD                        PITTSBURGH PA 15233-1828                701 MARKET STREET
MARLTON NJ 08053-3118                                                           SUITE 5000
                                                                                PHILADELPHIA PA 19106-1541


49 ELIZABETH LAMONT WASSALL             50 WELLS FARGO BANK NA AS TRUSTEE       51 STUART P WINNEG
UDREN LAW OFFICES PC                    CO SELECT PORTFOLIO SERVICING INC       UDREN LAW OFFICES
111 WOODCREST ROAD                      3815 SOUTH WEST TEMPLE                  111 WOODCREST ROAD
CHERRY HILL NJ 08003-3620               SALT LAKE CITY UT 84115-4412            CHERRY HILL NJ 08003-3620


52 JOSEPH S SISCA ON BEHALF OF THE
UNITED STA
SUITE 960 LIBERTY CENTER
1001 LIBERTY AVENUE
PITTSBURGH PA 15222-3714
```