IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-23154-CMB |
| Francis M. Machi, Jr. a/k/a, | : | |
| Frank M. Machi, Jr., | : | Chapter 11 |
| Debtor. | : | |
| | : | Document No. ____ |
| | : | Related to Doc. Nos. 585, 586, 589, 591, 608 |
| | : | & 619 |
| | : | Hearing Date/Time: |
| | : | 01/30/18 @ 2:30 p.m. |

## ORDER OF COURT

Upon consideration that a Plan of Reorganization having been filed under Chapter 11 of the Bankruptcy Code by the Chapter 11 Trustee for the Debtor-In-Possession, dated September 11, 2017, and on October 27, 2017 said Plan together with a Disclosure Statement approved by the Court on October 19, 2017 were transmitted to creditors and equity holders;

It having been determined after notice and a hearing that the requirements for confirmation of the plan under 11 U.S.C. §1129 have been satisfied without the requirement of a cram down hearing;

AND NOW, at Pittsburgh this 30th day of January, 2018,

IT IS ORDERED, ADJUDGED and DECREED the Plan, subject to any prior orders of this Court modifying specific terms of the Plan, filed by Jeffrey J. Sikirica, Chapter 11 Trustee on behalf of Francis M. Machi, Jr. a/k/a Frank M. Machi. Jr. (hereinafter "Debtor") on September 11, 2017 is confirmed;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Jeffrey J. Sikirica, Esquire shall continue on as a liquidating Trustee until the terms of the Plan are satisfied with any additional fees and expenses for the liquidating Trustee subject to further Court Approval,

IT IS FURTHER **ORDERED, ADJUDGED and DECREED** that in settlement of the objection of Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-10HE, Asset-Backed Certificates, Series 2005-10HE, its successors and/or assigns (hereinafter U.S. National Bank) filed at Docket #612, the Debtor agrees to:

1) make adequate protection payments beginning February 1, 2018 in the amount of $805.00, and,

2) within 6 months of the effective date of the Plan the Debtor will either;

    a) refinance the mortgage with U.S. National Bank,

    b) cure the mortgage delinquency and resume the regular full monthly payments, or,

    c) sell the property and pay off the mortgage claim.

If the Debtor defaults as to any terms set forth in paragraph 2) and the Debtor does not cure the default within ten (10) days, then U.S. National Bank shall be granted immediate relief from any bankruptcy stay to initiate foreclosure actions on the property.

IT IS FURTHER **ORDERED, ADJUDGED and DECREED** that in settlement of the objection of Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW1 filed at Docket #610, the Debtor agrees to:

1) resume payments of $495.10 beginning 02/01/18, and

2) cure any mortgage delinquency on or before six (6) months from the date of the order of Court confirming the Plan.

IT IS FURTHER **ORDERED, ADJUDGED and DECREED** that this Court shall retain jurisdiction as to any disputes as to the terms of the Plan and any further sale of assets of the Debtor, and;

IT IS FURTHER **ORDERED, ADJUDGED and DECREED** that any objections to this Order confirming the Plan must be filed on or before February 14, 2018. If objections are filed a hearing will be scheduled by this Court. Within 7 days of the entry of this Order, a copy of this Order shall be mailed to all creditors, equity security holders, the United States Trustee, the Debtor and any other party of interest who has entered their appearance in this case.

_____
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

FILED
1/31/18 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23154-CMB
Francis M. Machi, Jr.                                                     Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 3           Date Rcvd: Jan 31, 2018
                              Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.
```
db          +Francis M. Machi, Jr.,    3823 Mintwood Street,    Pittsburgh, PA 15201-1221
aty          Calaiaro Valencik,    428 Forbes Ave.,    Ste. 900,    Pittsburgh, PA 15219-1621
aty         +Domenic A. Bellisario,    Law Office of Domenic A. Bellisario,    310 Grant Street,    Suite 1302,
              Pittsburgh, PA 15219-2229
op          +6350 Waldron Street, LLC,    128 S. 2nd Street,    Clarsburg, WV 26301-2921
r           +Donna Fischer,    Coldwell Banker,    9600 Perry Highway Suite 100,    Pittsburgh, PA 15237-5552
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
acc          Harry Barnes,    Barnes Corporation,    215 Brookside Blvd.,    Pittsburgh, PA 15241-1511
cr          +OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FA,    6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
14711789    +Barnes Corporation,    c/o Harry Barnes,    215 Brookside Blvd.,    Pittsburgh, PA 15241-1511
13941919    +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13941916    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13985415    +DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
              Salt Lake City, UT 84115-4412
13963926    +Mark Machi,    307 Shady Lane,    Glenshaw, PA 15116-3149
14034350    +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
              Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
13941921    +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13997137    +Plane Fitness,    1635 S. Braddock Avenue,    Pittsburgh, PA 15218-1663
13956785    +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13900850    +Straka & McQuone, Inc.,    1099 Ohio River Boulevard,    Sewickley, PA 15143-2081
14041993     U.S. Bank N.A.,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
              P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13982418    +Wells Fargo Bank, N.A, as Trustee,    c/o Select Portfolio Servicing, Inc.,
              3815 South West Temple,    Salt Lake City, UT 84115-4412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14070823    +E-mail/Text: jennifer.chacon@spservicing.com Feb 01 2018 01:51:08
              DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing,    PO Box 65450,
              Salt Lake City, UT 84165-0450
13900848    +E-mail/Text: ccusa@ccuhome.com Feb 01 2018 01:49:46      Dr. J.A. Straka,
              c/o Credit Collections U.S.A.,    16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
13980961    +E-mail/Text: kburkley@bernsteinlaw.com Feb 01 2018 01:50:48      Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14005299     E-mail/Text: cio.bncmail@irs.gov Feb 01 2018 01:49:52      INTERNAL REVENUE SERVICE,
              1000 LIBERTY AVENUE ROOM 705,    PITTSBURGH,PA 15222
14123161    +Fax: 407-737-5634 Feb 01 2018 02:45:06      OCWEN LOAN SERVICING, LLC,
              ATTN: CASHIERING DEPARTMENT,    1661 WORTHINGTON RD., SUITE 100,
              WEST PALM BEACH, FL 33409-6493
13900849    +Fax: 407-737-5634 Feb 01 2018 02:45:06      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
              Suite 100,    West Palm Beach, FL 33409-6493
13915333     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2018 01:50:17
              Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
                                                                                              TOTAL: 7
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           Allegheny County
cr           City and School District of Pittsburgh
cr           DLJ Mortgage Capital, Inc.
cr           Duquesne Light Company
cr           Jennifer Mariani
md           Norman Gilkey
cr           Ocwen Loan Servicing, LLC as servicer for
cr           Ocwen Loan Servicing, LLC as servicer for U.S. Ban
cr           Pittsburgh Water & Sewer Authority
cr           U.S. Bank N.A., as Trustee for the registered hold
cr           U.S. Bank National Association Et Al...
cr           U.S. Bank National Association, as Trustee for Ter
cr           Wells Fargo Bank, N.A., as Trustee , for the certi
cr           Wells Fargo Bank, N.A., as Trustee, et al...
cr           Wells Fargo Bank, N.A., et. al.
```

```
District/off: 0315-2              User: dric                Page 2 of 3                  Date Rcvd: Jan 31, 2018
                                  Form ID: pdf900           Total Noticed: 27

cr*             +Dyer Law Firm, P.C.,    5743 Centre Avenue,    Pittsburgh, PA 15206-3707
cr*             +Mark Machi,   307 Shady Lane,    Glenshaw, PA 15116-3149
14135512*       +Ocwen Loan Servicing, LLC,    ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                  West Palm Beach, FL 33409-6493
14070720      ##+Dyer Law Firm, P.C.,    5743 Centre Avenue,    Pittsburgh, PA 15206-3707
                                                                                             TOTALS: 15, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:

      David Z. Valencik    on behalf of Attorney    Calaiaro Valencik dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

      Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

      Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for vbarber@udren.com

      Erin P. Dyer    on behalf of Creditor    Dyer Law Firm, P.C. erindyer@wvlegalcounsel.com

      James    Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com

      James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-10HE, Asset-Backed Certificates, Series 2005-10HE bkgroup@kmllawgroup.com

      James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association Et Al... bkgroup@kmllawgroup.com

      James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 pawb@fedphe.com, james.prostko@phelanhallinan.com

      James A. Prostko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH C pawb@fedphe.com, james.prostko@phelanhallinan.com

      James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al... pawb@fedphe.com,   james.prostko@phelanhallinan.com

      Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,   PA59@ecfcbis.com

      Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net,   PA59@ecfcbis.com

      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,   cnoroski@grblaw.com

      Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,   cnoroski@grblaw.com

      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com

      Jill    Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association Et Al... jill@pkallc.com,
      chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com

      Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. jschalk@barley.com,   sromig@barley.com

      Joseph S. Sisca,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee joseph.s.sisca@usdoj.gov

      Lois M. Vitti    on behalf of Creditor    Dyer Law Firm, P.C. nicole@vittilaw.com,   loismvitti@vittilaw.com

      Lois M. Vitti    on behalf of Other Prof.    6350 Waldron Street, LLC nicole@vittilaw.com,   loismvitti@vittilaw.com

      Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com

      Norman E. Gilkey    on behalf of Mediator Norman    Gilkey ngilkey@bccz.com

```
District/off: 0315-2           User: dric                 Page 3 of 3                Date Rcvd: Jan 31, 2018
                               Form ID: pdf900            Total Noticed: 27


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronald B. Roteman    on behalf of Creditor Jennifer  Mariani rroteman@stonecipherlaw.com,
               ykocher@stonecipherlaw.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sherri J. Braunstein    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for U.S.
               Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation,
               Mortgage Pass-Through Certificates, Series 2005-SC1 pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Sherri J. Braunstein    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered
               holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series
               2005-SC1 pawb@fedphe.com,   sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders
               of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1
               swinneg@udren.com,   cblack@udren.com
                                                                                                TOTAL: 29
```