**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Machi, Jr., Frank M.

Case No. 14-23154-CMB

Reporting Period: 1-31-2018

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Frank M. Machi Jr._ (signed)    2-7-18
Signature of Debtor                Date

_____    _____
Signature of Joint Debtor           Date

_BT_ (signed)    2-15-18
Signature of Preparer              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Machi, Jr., Frank M.                                                                    Case No. 14-23154-CMB
         Debtor                                         Reporting Period: 1-31-18

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 5321.95 | 330526.49 |
| Total Receipts | 5321.95 | 330526.49 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1394.73 | 11890.73 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | 645.25 |
| Utilities | 496.76 | 36414.04 |
| Insurance | 957.66 | 16984.70 |
| Auto Expense | 392.33 | 28391.87 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 36852.15 |
| Medical Expenses | 80.00 | 7252.47 |
| Household Expenses | 395.35 | 7775.19 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 2915.65 |
| Taxes - Personal Property | | 150.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 186.00 | 2545.84 |
| Gifts | | 866.00 |
| Other (attach schedule) | 165.16 | 29544.30 |
| Total Ordinary Disbursements | 4069.95 | 182128.19 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 9700.21 |
| U. S. Trustee Fees | | 6533.93 |
| Other Reorganization Expenses (attach schedule) | | 2125.00 |
| Total Reorganization Items | - 0 - | 18359.14 |
| Total Disbursements (Ordinary + Reorganization) | 4069.95 | 200487.33 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 939.19 | 136639.16 |
| Cash - End of Month (Must equal reconciled bank statement) | | 894.16 |

FORM MOR-1(INDV)
(9/99)

Machi, Jr., Frank M.  
Debtor

Case No. 14-23154-CMB  
Reporting Period: **1-31-18**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rent | 4,259.01 | |
| Rent | 850.00 | |
| Refunds - Credit | 212.95 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| S/C | 6.50 | |
| Real Estate Fees | 50.00 | |
| Shop | 108.66 | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CONT)  
(9/99)

Machi, Jr., Frank M.

Debtor

Case No. 14-23154-CMB

Reporting Period: 1-31-18

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable |  |  |  |  |  |  |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders* |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5
(9/99)

# FRANK M. MACHI JR.

3823 Mintwood St. Pittsburgh, PA 15201 412-681-8151

DATE  1-31-2018

## UNPAID DEBTS

1. ~~3810 HOWLEY STREET, PITTSBURGH PA. 15201 OCWEN MORTGAGE~~  *Sold*

2. ~~357 COOLSPRING STREET UNIONTOWN PA 15401 SPS MORTGAGE~~  *pd $ .*

3. MARK MACHI HAS A NOTE ON 5164 BUTLER STREET PITTSBURGH PA. 15224 AND 4735 LIBERTY AVE PITTSBURGH PA. 15201

4. FIRST COMMONWEALTH BANK I CLOSED ACCOUNT WITH APPROXIMATE $1,000.00 NEGATIVE BALANCE.

~~5.~~ POINT BREEZE VET CLINIC HAS OUTSTANDING BALANCE APPROXIMATE $150.00  — *paid*

6. ~~PLANET FITNESS $10.00 PER MONTH CONTRACT~~ — *canceled*

~~3~~ (3) mortgages, currently pd monthly

**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

FRANK MACHI JR
DEBTOR IN POSSESSION
CASE NUMBER 14-23154
3823 MINTWOOD ST
PITTSBURGH PA 15201-1221

Shadyside Office
Account Number: ██████
Type: Checking & Simple

Page 1 of 4
Statement from:
December 30, 2017 to January 31, 2018

Enclosures 0

## ACCOUNT SUMMARY

| | |
|---|---:|
| Previous Statement Balance | $ 1.71 |
| Deposits and Other Additions + | 5,321.95 |
| Checks Paid and Other Subtractions − | 4,429.56 |
| Ending Balance on January 31, 2018 | $ 894.10 |
| Low Balance | $ 1.71 |
| Average Ledger Balance | $ 1,138.58 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER ██████

| Date | Description | Subtractions | Additions | Balance |
|---|---|---:|---:|---:|
| 12-30 | Previous Statement Balance | | | $ 1.71 |
| 01-03 | #ATM Deposit | | $ 3,509.00 | $ 3,510.71 |
| | DEPOSIT TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ # 000000006030-2483 | | | |
| 01-03 | Debit Memo | $ 300.00 − | | $ 3,210.71 |
| 01-03 | #ATM Withdrawal | $ 50.00 − | | $ 3,160.71 |
| | CASH WITHDRAWAL TERMINAL T368149 820 S. AIKEN AVE. PITTSBURG PA SEQ ██████ | | | |
| 01-04 | #Online Bill Payment | $ 644.25 − | | $ 2,516.46 |
| | CBG9WPUT SPECIALIZED LOAN S | | | |
| | 1226142 | | | |
| 01-04 | #Online Bill Payment | $ 500.00 − | | $ 2,016.46 |
| | VBI9LPUT SELECT PORTFOLIO S | | | |
| | 1226142 | | | |
| 01-04 | #Online Bill Payment | $ 250.00 − | | $ 1,766.46 |
| | 38T9XPUT SELECT PORTFOLIO S | | | |
| | 1226142 | | | |
| 01-05 | Deposit | | $ 750.00 | $ 2,516.46 |
| 01-05 | Debit Memo | $ 300.00 − | | $ 2,216.46 |
| 01-09 | #Check Card Refund | | $ 25.00 | $ 2,241.46 |
| | MERCHANT REFUND TERMINAL 455930 CMPLXHM INCREDIBLY FIT  833 26538 AZ ██████ | | | |
| 01-09 | #Online Bill Payment | $ 146.14 − | | $ 2,095.32 |
| | 6BQ9STPA PENN NATIONAL INSU | | | |
| | 1226092 | | | |

15201

MEMBER FDIC

**S&T Bank**
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: Checking & Simple
Page 2 of 4

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 01-11 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSBURGH PA | $13.62 | | $2,081.70 |
| 01-11 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSBURGH PA | $121.95 | | $1,959.75 |
| 01-11 | #ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T368141 4251 OLD WILLIAM P ENN HWMURRYSVIL | $100.00 | | $1,859.75 |
| 01-12 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407 SHEETZ 0000 2253 BREEZEWOO PA | $39.08 | | $1,820.67 |
| 01-12 | #Online Bill Payment<br>PBG93TD1 AMERICAN MODERN IN<br>1230041 | $359.00 | | $1,461.67 |
| 01-16 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443106 MASSANUTTEN WPK FO OD BMCGAHEYSV | $75.00 | | $1,386.67 |
| 01-16 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 WENDY S 3416 HARRISONB VA SEQ | $6.37 | | $1,380.30 |
| 01-16 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL PJ1971 236 SHILOH ST PITTSBURG PA SEQ | $250.00 | | $1,130.30 |
| 01-16 | #Service Charge<br>NON S&T ATM W/D | $3.00 | | $1,127.30 |
| 01-16 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL PJ1971 236 SHILOH ST PITTSBURG PA SEQ | $3.50 | | $1,123.80 |
| 01-16 | #POS Purchase<br>POS PURCHASE TERMINAL 07023200 GET GO #3107 PITTSBURG PA SEQ # | $40.00 | | $1,083.80 |
| 01-16 | #POS Purchase<br>POS PURCHASE TERMINAL 40002000 MARKET DISTRICT PITTSBURG PA SEQ # | $28.01 | | $1,055.79 |
| 01-17 | #Credit Memo<br>VISA DEBIT DISPUTEPROV CREDIT<br>BC 2463 | | $187.95 | $1,243.74 |
| 01-17 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 407105 MERCEDES BENZ OF P ITTS 000 00000 PA SEQ | $121.96 | | $1,121.78 |
| 01-17 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 USPS PO 4168180024 PITTSBURG PA SEQ | $10.45 | | $1,111.33 |
| 01-18 | #Online Bill Payment<br>8BM95TRD STATE FARM INSURAN<br>1232003 | $452.46 | | $658.87 |
| 01-22 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 MARKET DISTRICT 0 040 PITTSBURGH PA SEQ | $13.18 | | $645.69 |
| 01-23 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407 SUBWAY 0003 1294 OAKMONT PA SEQ | $19.45 | | $626.24 |
| 01-23 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 401339 LOT 17 PITTSBURG PA SEQ # 802221004643-7341 | $38.98 | | $587.26 |

MEMBER FDIC



S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

Page 3 of 4

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 01-23 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443565 HOWARD HANNA REAL STATE 216 447 4 PA SEQ # | $50.00 | - | $537.26 |
| 01-23 | #POS Purchase<br>POS PURCHASE TERMINAL 07023200 GET GO #3107 PITTSBURG PA SEQ # | $31.19 | - | $506.07 |
| 01-24 | #POS Purchase<br>POS PURCHASE TERMINAL 24533901 WAL-MART #5339 PITTSBURG PA SEQ | $21.98 | - | $484.09 |
| 01-29 | #ATM Deposit<br>DEPOSIT TERMINAL T368163 1077 FREEPORT ROAD PITTSBURG PA SEQ | | $850.00 | $1,334.09 |
| 01-29 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4121 MONROEVIL PA SEQ | $6.28 | - | $1,327.81 |
| 01-29 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 GET GO 3172 PITTSBURG PA SEQ | $40.16 | - | $1,287.65 |
| 01-29 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F7445 PITTSBURG PA SEQ | $6.18 | - | $1,281.47 |
| 01-30 | #POS Purchase<br>POS PURCHASE TERMINAL 07023100 GET GO #3107 PITTSBURG PA SEQ # | $21.59 | - | $1,259.88 |
| 01-31 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 RITE AID STORE  1 0939 PITTSBURG | $6.09 | - | $1,253.79 |
| 01-31 | #Online Bill Payment<br>ABC9KT9H PEOPLES NATURAL GA<br>1237836 | $154.37 | - | $1,099.42 |
| 01-31 | #Online Bill Payment<br>JBS95T9H PITTSBURGH WATER<br>1237836 | $104.12 | - | $995.30 |
| 01-31 | #Online Bill Payment<br>JBA9IT9H PITTSBURGH WATER<br>1237836 | $71.38 | - | $923.92 |
| 01-31 | #Online Bill Payment<br>ZBT96T9H PITTSBURGH WATER<br>1237836 | $29.82 | - | $894.10 |
| 01-31 | Ending Totals | $4,429.56 | $5,321.95 | $894.10 |

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 01-03 | Debit memo | 300.00 | 01-16 | Check card purchase | 6.37 |
| 01-03 | ATM withdrawal | 50.00 | 01-16 | Non S&T ATM w/d | 250.00 |
| 01-04 | Online bill payment | 644.25 | 01-16 | Service charge | 3.00 |
| 01-04 | Online bill payment | 500.00 | 01-16 | ATM surcharge | 3.50 |
| 01-04 | Online bill payment | 250.00 | 01-16 | POS purchase | 40.00 |
| 01-05 | Debit memo | 300.00 | 01-16 | POS purchase | 28.01 |
| 01-09 | Online bill payment | 146.14 | 01-17 | Check card purchase | 121.96 |
| 01-11 | Check card purchase | 13.62 | 01-17 | Check card purchase | 10.45 |
| 01-11 | Check card purchase | 121.95 | 01-18 | Online bill payment | 452.46 |
| 01-11 | ATM withdrawal | 100.00 | 01-22 | Check card purchase | 13.18 |
| 01-12 | Check card purchase | 39.08 | 01-23 | Check card purchase | 19.45 |
| 01-12 | Online bill payment | 359.00 | 01-23 | Check card purchase | 38.98 |
| 01-16 | Check card purchase | 75.00 | 01-23 | Check card purchase | 50.00 |

MEMBER FDIC

S&T Bank
P.O. Box 190
Indiana, PA 15701
800.325.BANK
stbank.com
MEMBER FDIC

**FRANK MACHI JR**
Account Number:
Type: **Checking & Simple**
*Page 4 of 4*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 01-23 | POS purchase | 31.19 | 01-31 | Check card purchase | 6.09 |
| 01-24 | POS purchase | 21.98 | 01-31 | Online bill payment | 154.37 |
| 01-29 | Check card purchase | 6.28 | 01-31 | Online bill payment | 104.12 |
| 01-29 | Check card purchase | 40.16 | 01-31 | Online bill payment | 71.38 |
| 01-29 | Check card purchase | 6.18 | 01-31 | Online bill payment | 29.82 |
| 01-30 | POS purchase | 21.59 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 01-03 | ATM deposit | 3,509.00 | 01-17 | Credit memo | 187.95 |
| 01-05 | Deposit | 750.00 | 01-29 | ATM deposit | 850.00 |
| 01-09 | Check card refund | 25.00 | | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

MEMBER FDIC