IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| FRANCIS M. MACHI, JR., | : | Bankruptcy No.   14-23154-CMB |
| Debtor(s). | : | Chapter 11 |
| JEFFREY J. SIKIRICA, TRUSTEE | : | Document No. _____ |
| Movant, | : | Related to Doc. No. 633 |
| v. | : | |
| No Respondents | : | |

## STATUS REPORT

AND NOW, comes Jeffrey J. Sikirica, Chapter 11 Trustee, and files this "Status Report" pursuant to the Post-Confirmation Order & Notice dated February 23, 2018 stating in support thereof as follows:

1. The Butler Street property continued to be marketing. An offer is currently being negotiated with a cash buyer with the intent to have a sale motion for Butler Street filed within the next two weeks.

2. Adequate protection payments continue to be made to Wells Fargo for the 3823 Mintwood property.

3. Quarterly estimated taxes from the sale of previous payments have been made and 2017 tax returns are being prepared.

Respectfully Submitted,

Date: <u>April 9, 2018</u>

<u>/s/ Jeffrey J. Sikirica</u>
Jeffrey J. Sikirica, Esquire
PA I.D. No.   36745

121 Northbrook Drive

Gibsonia, PA    15044
(724) 625-2566
(724) 625-4611, Fax
sikiricalaw@zoominternet.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    FRANCIS M. MACHI, JR., | : | Bankruptcy No.   14-23154-CMB |
|                 Debtor(s). | : | Chapter 11 |
|    JEFFREY J. SIKIRICA, TRUSTEE | : | Document No. _____ |
|                 Movant, | : | Related to Doc. No. 574 |
|    v. | : | |
| No Respondents | : | |

## ORDER OF COURT

AND NOW this _____ day of September 2017, it is hereby ORDERED and DECREED that the time for the Chapter 11 Trustee to file a Disclosure Statement and Plan is extended until on or before September 11, 2017.

_____
Carlota M. Böhm
United States Bankruptcy Judge