IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   FRANCIS M. MACHI, JR., | : | Bankruptcy No.   14-23154-CMB |
|               Debtor(s). | : | Chapter 11 |
| JEFFREY J. SIKIRICA, TRUSTEE | : | Document No. _____ |
|               Movant, | : | Related to Doc. No. 633, 639 & 640 |
|   v. | : | |
| No Respondents | : | |

## STATUS REPORT

AND NOW, comes Jeffrey J. Sikirica, Chapter 11 Trustee, and files this "Status Report" pursuant to the Post-Confirmation Order & Notice dated February 23, 2018 stating in support thereof as follows:

1. The Butler Street property continued to be marketing.  An offer is currently being negotiated with a cash buyer with the intent to have a sale motion for Butler Street filed within the next two weeks.

2. Adequate protection payments continue to be made to Wells Fargo for the 3823 Mintwood property.

3. Quarterly estimated taxes from the sale of previous payments have been made and 2017 tax returns are being prepared.

                                      Respectfully Submitted,

Date: April 9, 2018                      /s/ Jeffrey J. Sikirica
                                       Jeffrey J. Sikirica, Esquire
                                        PA I.D. No.   36745

                                        121 Northbrook Drive

Gibsonia, PA    15044
(724) 625-2566
(724) 625-4611, Fax
[sikiricalaw@zoominternet.net](mailto:sikiricalaw@zoominternet.net)