## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
### POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Francis M. Machi, Jr.

Bank: Robobank, NA

Bankruptcy Number: 14-23154 CMB

Account Number: 5014817400

Date of Confirmation: January 30, 2018

Account Type: checking

Reporting Period (month/year): Jan. 2018 to Mar. 2018

Beginning Cash Balance: $31,347.00

All receipts received by the debtor:

Cash Sales: $

Collection of Accounts Receivable: $

Proceeds from Litigation (settlement or otherwise): $

Sale of Debtor's Assets: $

Capital Infusion pursuant to the Plan: $14,101.00

Total of cash received: $14,101.00

Total of cash available: $45,448.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 2,979.00

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 0.00

All other disbursements made in the ordinary course: $ 28,028.00

Total Disbursements: $ 31,007.00

Ending Cash Balance: $ 14,441.00

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 05/05/18

Name: [signature]

Title: Chapter 7 Trustee