**UNITED STATES BANKRUPTCY COURT**
**WESTERN District of PENNSYLVANIA**
**Pittsburgh Division**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **FRANCIS M. MACHI, JR.** ) | **Case No. 14-23154-CMB** |
| ) | |
| Movant. ) | **Chapter 11** |
| ) | |
| **JEFFREY J. SIKIRICA, ESQ.** ) | **Doc. No.** _____ |
| ) | |
| Movant, ) | **Related to Doc. No.** __646__ |
| **vs.** ) | |
| ) | |
| **No Respondents** ) | |

### NOTICE OF HEARING AND RESPONSE DEADLINE
### REGARDING APPLICATION OF JEFFREY J. SIKIRICA FOR
### FEES AND EXPENSES SUBMITTED BY CHAPTER 11 TRUSTEE

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **August 16, 2018** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **August 28, 2018**, at **2:30 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

DATE:  **07/30/2018**                    /s/ Jeffrey J. Sikirica
                                          Jeffrey J. Sikirica, Esq.
                                          PA ID No. 36745

                                          121 Northbrook Drive
                                          Gibsonia, PA 15219
                                          Tel (724) 625-2566
                                          Fax (724) 625-4611
                                          SikiricaLaw@zoominternet.net