UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: FRANCIS M. MACHI, JR.

CASE NO: 14-23154-CMB

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 646 & 647

On 7/30/2018, I did cause a copy of the following documents, described below,

NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING APPLICATION OF JEFFREY J. SIKIRICA FOR FEES AND EXPENSES SUBMITTED BY CHAPTER 11 TRUSTEE ECF Docket Reference No. 646 & 647

CHAPTER 11 TRUSTEE MOTION FOR FEES/EXPENSES, PROPOSED ORDER, EXHIBITS & COVERSHEET

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/30/2018

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  FRANCIS M. MACHI, JR.

CASE NO: 14-23154-CMB

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 646 & 647

On 7/30/2018, a copy of the following documents, described below,

NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING APPLICATION OF JEFFREY J. SIKIRICA FOR FEES AND EXPENSES SUBMITTED BY CHAPTER 11 TRUSTEE ECF Docket Reference No. 646 & 647

CHAPTER 11 TRUSTEE MOTION FOR FEES/EXPENSES, PROPOSED ORDER, EXHIBITS & COVERSHEET

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/30/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

6350 WALDRON STREET LLC
128 S 2ND STREET
CLARSBURG WV 26301-2921

HARRY BARNES
BARNES CORPORATION
215 BROOKSIDE BLVD
PITTSBURGH PA 15241-1511

BARNES CORPORATION
CO HARRY BARNES
215 BROOKSIDE BLVD
PITTSBURGH PA 15241-1511

DOMENIC A BELLISARIO
LAW OFFICE OF DOMENIC A BELLISARIO
310 GRANT STREET
SUITE 1302
PITTSBURGH PA 15219-2229

DONALD R CALAIARO
CALAIARO VALENCIK
428 FORBES AVE SUITE 900
PITTSBURGH PA 15219-1621

~~EXCLUDE~~
~~CITY AND SCHOOL DISTRICT OF PITTSBURGH~~
~~CO GOEHRING RUTTER  BOEHM~~

~~EXCLUDE~~
~~COUNTY OF ALLEGHENY~~
~~CO GOEHRING RUTTER  BOEHM~~

DLJ MORTGAGE CAPITAL INC
CO SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY UT 84165-0450

DLJ MORTGAGE CAPITAL INC
CO SELECT PORTFOLIO SERVICING INC
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115-4412

DR JA STRAKA
CO CREDIT COLLECTIONS USA
16 DISTRIBUTOR DRIVE SUITE 1
MORGANTOWN WV 26501-7209

DUQUESNE LIGHT COMPANY
CO PETER J ASHCROFT
BERNSTEIN-BURKLEY PC
707 GRANT ST SUITE 2200 GULF TOWER
PITTSBURGH PA 15219-1945

ERIN P DYER
LAW OFFICE OF MICHAEL J ROMANO
128 SOUTH 2ND STREET
CLARKSBURG WV 26301-2921

DYER LAW FIRM PC
5743 CENTRE AVENUE
PITTSBURGH PA 15206-3707

EQUITABLE GAS BANKRUPTCY DEPARTMENT
ATTN JUDY GAWLOWSKI
225 NORTH SHORE DRIVE 2ND FLOOR
PITTSBURGH PA 15212-5860

NORMAN E GILKEY
BABST CALLAND CLEMENTS  ZOMNIR PC
TWO GATEWAY CENTER 8TH FLOOR
PITTSBURGH PA 15222

JEFFREY R HUNT
GOEHRING RUTTER  BOEHM
437 GRANT STREET
14TH FLOOR
PITTSBURGH PA 15219-6107

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES DIVISION
PO BOX 628
BANKRUPTCY SECTION
PITTSBURGH PA 15230

FRANCIS M MACHI JR
3823 MINTWOOD STREET
PITTSBURGH PA 15201-1221

MARK MACHI
307 SHADY LANE
GLENSHAW PA 15116-3149

JILL MANUEL COUGHLIN
POWERS KIRN  ASSOCIATES LLC
EIGHT NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

OCWEN LOAN SERVICING LLC
ATTN CASHIERING DEPARTMENT
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH FL 33409-6493

OCWEN LOAN SERVICING LLC AS SERVICER
FOR WE
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

OCWEN LOAN SERVICING LLC
1661 WORTHINGTON ROAD
SUITE 100
WEST PALM BEACH FL 33409-6493

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PEOPLES NATURAL GAS COMPANY LLC
CO S JAMES WALLACE PC
845 N LINCOLN AVE
PITTSBURGH PA 15233-1828

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PEOPLES NATURAL GAS COMPANY LLC
EQUITABLE DI
225 NORTH SHORE DRIVE
PITTSBURGH PA 15212-5860

EXCLUDE
PITTSBURGH WATER   SEWER AUTHORITY
CO GOEHRING RUTTER   DODHM

PLANE FITNESS
1635 S BRADDOCK AVENUE
PITTSBURGH PA 15218-1663

JAMES A PROSTKO
PHELAN HALLINAN DIAMOND  JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET
SUITE 300
PITTSBURGH PA 15219-4408

RONALD B ROTEMAN
THE STONECHIPHER LAW FIRM
125 FIRST AVENUE
PITTSBURGH PA 15222-1506

JOSEPH P SCHALK
BARLEY SNYDER
126 EAST KING STREET
LANCASTER PA 17602-2893

SHERRI J SMITH
PHELAN HALINAN DIAMOND AND JONES
400 FELLOWSHIP ROAD
MT LAUREL NJ 08054-3437

SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH CO 80129-2386

STRAKA  MCQUONE INC
1099 OHIO RIVER BOULEVARD
SEWICKLEY PA 15143-2081

US BANK NA
CO OCWEN LOAN SERVICING LLC
ATTN- BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH FL 33416-4605

LOIS M VITTI
VITTI LAW GROUP INC
333 ALLEGHENY AVENUE SUITE 303
OAKMONT PA 15139-2072

MATTHEW CHRISTIAN WALDT
MILSTEAD  ASSOCIATES LLC
1 EAST STOW ROAD
MARLTON NJ 08053-3118

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

ELIZABETH LAMONT WASSALL
UDREN LAW OFFICES PC
111 WOODCREST ROAD
CHERRY HILL NJ 08003-3620

WELLS FARGO BANK NA AS TRUSTEE
CO SELECT PORTFOLIO SERVICING INC
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115-4412

STUART P WINNEG
UDREN LAW OFFICES
111 WOODCREST ROAD
CHERRY HILL NJ 08003-3620

JOSEPH S SISCA ON BEHALF OF THE UNITED
STA
SUITE 960 LIBERTY CENTER
1001 LIBERTY AVENUE
PITTSBURGH PA 15222-3714