UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M. MACHI, JR. | CASE NO: 14-23154-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 648 & 649 |

On 7/30/2018, I did cause a copy of the following documents, described below,

NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING APPLICATION OF JEFFREY J. SIKIRICA FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE ECF Docket Reference No. 648 & 649

ATTORNEY FOR CHAPTER 11 TRUSTEE APPLICATION FOR FEES/EXPENES, PROPOSED ORDER, EXHIBITS & COVERSHEET

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/30/2018

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M. MACHI, JR. | CASE NO: 14-23154-CMB |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 648 & 649 |

On 7/30/2018, a copy of the following documents, described below,

NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING APPLICATION OF JEFFREY J. SIKIRICA FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE ECF Docket Reference No. 648 & 649

ATTORNEY FOR CHAPTER 11 TRUSTEE APPLICATION FOR FEES/EXPENES, PROPOSED ORDER, EXHIBITS & COVERSHEET

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/30/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


6350 WALDRON STREET LLC              HARRY BARNES                         BARNES CORPORATION
128 S 2ND STREET                     BARNES CORPORATION                   CO HARRY BARNES
CLARSBURG WV 26301-2921              215 BROOKSIDE BLVD                   215 BROOKSIDE BLVD
                                     PITTSBURGH PA 15241-1511             PITTSBURGH PA 15241-1511




DOMENIC A BELLISARIO                 DONALD R CALAIARO                    CITY AND SCHOOL DISTRICT OF PITTSBURGH
LAW OFFICE OF DOMENIC A BELLISARIO   CALAIARO VALENCIK                    CO GOEHRING RUTTER  BOEHM
310 GRANT STREET                     428 FORBES AVE SUITE 900             437 GRANT STREET
SUITE 1302                           PITTSBURGH PA 15219-1621             14TH FLOOR
PITTSBURGH PA 15219-2229                                                  PITTSBURGH PA 15219-6101




COUNTY OF ALLEGHENY                  DLJ MORTGAGE CAPITAL INC             DLJ MORTGAGE CAPITAL INC
CO GOEHRING RUTTER  BOEHM            CO SELECT PORTFOLIO SERVICING        CO SELECT PORTFOLIO SERVICING INC
437 GRANT STREET 14TH FLOOR          PO BOX 65450                         3815 SOUTH WEST TEMPLE
PITTSBURGH PA 15219-6101             SALT LAKE CITY UT 84165-0450         SALT LAKE CITY UT 84115-4412




DR JA STRAKA                         DUQUESNE LIGHT COMPANY               ERIN P DYER
CO CREDIT COLLECTIONS USA            CO PETER J ASHCROFT                  LAW OFFICE OF MICHAEL J ROMANO
16 DISTRIBUTOR DRIVE SUITE 1         BERNSTEIN-BURKLEY PC                 128 SOUTH 2ND STREET
MORGANTOWN WV 26501-7209             707 GRANT ST SUITE 2200 GULF TOWER   CLARKSBURG WV 26301-2921
                                     PITTSBURGH PA 15219-1945




DYER LAW FIRM PC                     EQUITABLE GAS BANKRUPTCY DEPARTMENT  NORMAN E GILKEY
5743 CENTRE AVENUE                   ATTN JUDY GAWLOWSKI                  BABST CALLAND CLEMENTS  ZOMNIR PC
PITTSBURGH PA 15206-3707             225 NORTH SHORE DRIVE 2ND FLOOR      TWO GATEWAY CENTER 8TH FLOOR
                                     PITTSBURGH PA 15212-5860             PITTSBURGH PA 15222




JEFFREY R HUNT                       INTERNAL REVENUE SERVICE             INTERNAL REVENUE SERVICE
GOEHRING RUTTER  BOEHM               CENTRALIZED INSOLVENCY OPERATIONS    SPECIAL PROCEDURES DIVISION
437 GRANT STREET                     PO BOX 7346                          PO BOX 628
14TH FLOOR                           PHILADELPHIA PA 19101-7346           BANKRUPTCY SECTION
PITTSBURGH PA 15219-6107                                                  PITTSBURGH PA 15230




FRANCIS M MACHI JR                   MARK MACHI                           JILL MANUEL COUGHLIN
3823 MINTWOOD STREET                 307 SHADY LANE                       POWERS KIRN  ASSOCIATES LLC
PITTSBURGH PA 15201-1221             GLENSHAW PA 15116-3149               EIGHT NESHAMINY INTERPLEX
                                                                          SUITE 215
                                                                          TREVOSE PA 19053-6980




OCWEN LOAN SERVICING LLC             OCWEN LOAN SERVICING LLC AS SERVICER OCWEN LOAN SERVICING LLC
ATTN CASHIERING DEPARTMENT           FOR WE                               1661 WORTHINGTON ROAD
1661 WORTHINGTON RD SUITE 100        6409 CONGRESS AVENUE SUITE 100       SUITE 100
WEST PALM BEACH FL 33409-6493        BOCA RATON FL 33487-2853             WEST PALM BEACH FL 33409-6493




OFFICE OF THE UNITED STATES TRUSTEE  PENNSYLVANIA DEPT OF REVENUE         PEOPLES NATURAL GAS COMPANY LLC
LIBERTY CENTER                       DEPARTMENT 280946                    CO S JAMES WALLACE PC
1001 LIBERTY AVENUE SUITE 970        PO BOX 280946                        845 N LINCOLN AVE
PITTSBURGH PA 15222-3721             ATTN- BANKRUPTCY DIVISION            PITTSBURGH PA 15233-1828
                                     HARRISBURG PA 17128-0946
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PEOPLES NATURAL GAS COMPANY LLC<br>EQUITABLE DI ATTN- DAWN LINDNER<br>225 NORTH SHORE DRIVE<br>PITTSBURGH PA 15212-5860 | PITTSBURGH WATER  SEWER AUTHORITY<br>CO GOEHRING RUTTER  BOEHM<br>437 GRANT STREET 14TH FLOOR<br>PITTSBURGH PA 15219-6101 | PLANE FITNESS<br>1635 S BRADDOCK AVENUE<br>PITTSBURGH PA 15218-1663 |
| JAMES A PROSTKO<br>PHELAN HALLINAN DIAMOND  JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT STREET<br>SUITE 300<br>PITTSBURGH PA 15219-4408 | RONALD B ROTEMAN<br>THE STONECHIPHER LAW FIRM<br>125 FIRST AVENUE<br>PITTSBURGH PA 15222-1506 | JOSEPH P SCHALK<br>BARLEY SNYDER<br>126 EAST KING STREET<br>LANCASTER PA 17602-2893 |
| SHERRI J SMITH<br>PHELAN HALINAN DIAMOND AND JONES<br>400 FELLOWSHIP ROAD<br>MT LAUREL NJ 08054-3437 | SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH CO 80129-2386 | STRAKA  MCQUONE INC<br>1099 OHIO RIVER BOULEVARD<br>SEWICKLEY PA 15143-2081 |
| US BANK NA<br>CO OCWEN LOAN SERVICING LLC<br>ATTN- BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 | LOIS M VITTI<br>VITTI LAW GROUP INC<br>333 ALLEGHENY AVENUE SUITE 303<br>OAKMONT PA 15139-2072 | MATTHEW CHRISTIAN WALDT<br>MILSTEAD  ASSOCIATES LLC<br>1 EAST STOW ROAD<br>MARLTON NJ 08053-3118 |
| JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | ELIZABETH LAMONT WASSALL<br>UDREN LAW OFFICES PC<br>111 WOODCREST ROAD<br>CHERRY HILL NJ 08003-3620 | WELLS FARGO BANK NA AS TRUSTEE<br>CO SELECT PORTFOLIO SERVICING INC<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 |
| STUART P WINNEG<br>UDREN LAW OFFICES<br>111 WOODCREST ROAD<br>CHERRY HILL NJ 08003-3620 | JOSEPH S SISCA ON BEHALF OF THE UNITED STA<br>SUITE 960 LIBERTY CENTER<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA 15222-3714 | |