IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 14-23154-CMB |
| FRANCIS M. MACHI, JR. | : | Chapter 11 |
| | : | |
| Debtor. | : | Document No. _____ |
| | : | Related to Docket Nos. 648 & 649 |
| JEFFREY J. SIKIRICA, TRUSTEE | : | |
| | : | |
| Movant, | : | Hearing Date & Time: |
| vs. | : | August 28, 2018 @ 2:30 pm |
| | : | |
| No Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION OF JEFFREY J. SIKIRICA FOR
<u>FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Application of Jeffrey J. Sikirica for Fees and Expenses Submitted by Attorney for Chapter 11 Trustee" (hereinafter the "Application") filed on July 30, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than August 16, 2018.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: 08/17/18        By: /s/ Jeffrey J. Sikirica
                                  Signature

                                  Jeffrey J. Sikirica
                                  Typed Name

                                  121 Northbrook Drive, Gibsonia, PA  15044
                                  Address

                                  724-625-2566
                                  Phone No.

                                  PA ID 36745
                                  List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**