**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy Case No.: 14-23154-CMB |
| FRANCIS M. MACHI, JR., aka, | ) | |
| FRANK M. MACHI | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Docket No.: _____ |
| | ) | |
| JEFFREY J. SIKIRICA, TRUSTEE | ) | Related to Doc. No. 660 |
| | ) | |
| Movant, | ) | Hearing Date: November 8, 2018 |
| vs. | ) | Hearing Time: 2:30 p.m. |
| | ) | |
| MARK MACHI, CITY OF PITTSBURGH, TREASURER CITY OF PITTSBURGH, TREASURER SCHOOL DISTRICT OF PITTSBURGH, TREASURER OF COUNTY OF ALLEGENY, JORDAN TAX SERVICE, INC., PITTSBURGH WATER & SEWER AUTHORITY, CITY OF PITTSBURGH, WELLS FARGO, NA and GERALD LAYCHAK | ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents | ) | |

**NOTICE OF SALE FREE AND DIVESTED OF LIENS, CLAIMS
AND ENCUMBRANCES**

To: Respondents and all Creditors and Parties in Interest of the above named Debtors:

NOTICE IS HEREBY GIVEN THAT Jeffrey J. Sikirica, Chapter 11 Trustee for Francis M. Machi, Jr., has filed a "Motion For Order Approving Sale of Real Property Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and F.R.B.P. Nos. 2002 and 6004 and W.PA.LBR 6004-1 and 9013-3" (the "Motion for Sale"). The real property to be sold is 5164 Butler Street, 10th Ward of the City of Pittsburgh, Allegheny County, Pennsylvania 15201 with a frame dwelling in the rear known as 5171 Dresden Way and identified as tax parcel 0080-C-00084-0000-00.

The Trustee has received an offer from Snowbird Holdings, LLC or their assigns for the real property described above in the amount of $150,000.00.

**A hearing on the "Motion for Sale" is scheduled for November 8, 2018 at 2:30 pm before Chief Judge Carlota M. Böhm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219,** *at which time higher/better offers will be considered and objections to the sale will be heard (the "Sale Hearing").* **The deadline for objections to the "Motion to Sale" is on or before October 26, 2018.**

**Any objections shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties.**

      Anyone who desires to inspect the real property to be sold prior to the Sale Hearing must contact the Trustee, Jeffrey J. Sikirica at the below address, phone number or email address before the date of the Sale Hearing.

      Subject to approval of this Court, the real property shall be sold: (i) **AS IS/WHERE IS** with no representations and/or warranties whatsoever, either express or implied, other than title and authority to sell/transfer; and (ii) free and clear of all liens, claims, interests, and encumbrances existing as of the date of the closing of the transaction.

Dated: October 9, 2018

By: */s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica (Pa I.D. No. 36745)
121 Northbrook Drive
Gibsonia, PA  15044
(724) 625-2566 (Phone)
(724) 625-4611 (Fax)
sikiricalaw@zoominternet.net