# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 14-23154-CMB |
| FRANCIS M. MACHI, JR., aka, FRANK M. MACHI | Chapter 11 |
| Debtor. | Docket No.: _____ |
| JEFFREY J. SIKIRICA, TRUSTEE | Related to Doc. No. 660 |
| Movant, | Hearing Date: November 8, 2018 |
| vs. | Hearing Time: 2:30 p.m. |
| MARK MACHI, CITY OF PITTSBURGH, TREASURER CITY OF PITTSBURGH, TREASURER SCHOOL DISTRICT OF PITTSBURGH, TREASURER OF COUNTY OF ALLEGENY, JORDAN TAX SERVICE, INC., PITTSBURGH WATER & SEWER AUTHORITY, CITY OF PITTSBURGH, WELLS FARGO, NA and GERALD LAYCHAK | |
| Respondents | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3**

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned a response to the Motion no later than **October 26, 2018**, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A sale hearing at which time the Court will consider higher and better offers will be held on **November 8, 2018 at 2:30 p.m.** before Judge Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: October 9, 2018 By: */s/ Jeffrey J. Sikirica*___
Jeffrey J. Sikirica (Pa I.D. No. 36745)
121 Northbrook Drive
Gibsonia, PA  15044
(724) 625-2566 (Phone)
(724) 625-4611 (Fax)
sikiricalaw@zoominternet.net