UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M. MACHI, JR., aka<br>FRANK M. MACHI | CASE NO: 14-23154-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 660 |

On 10/9/2018, I did cause a copy of the following documents, described below,

MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3 ECF Docket Reference No. 660

ORDER CONFIRMING SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES

Exhibit A - Agreement of Sale

NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/9/2018

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  FRANCIS M. MACHI, JR., aka<br>FRANK M. MACHI | CASE NO: 14-23154-CMB<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 660 |

On 10/9/2018, a copy of the following documents, described below,

MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3 ECF Docket Reference No. 660

ORDER CONFIRMING SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES

Exhibit A - Agreement of Sale

NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/9/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TREASURER CITY OF PITTSBURGH
CITY TAX OFFICE
414 GRANT ST. #502
PITTSBURGH PA   15219

TREASURER SCHOOL DISTRICT OF
PITTSBURGH
CITY TAX OFFICE
414 GRANT ST. #502
PITTSBURGH PA   15219

TREASURER OF COUNTY OF ALLEGHENY
436 GRANT STREET
PITTSBURGH PA   15219


PITTSBURGH WATER & SEWER AUTHORITY
1200 PENN AVENUE
PITTSBURGH PA   15222

CITY OF PITTSBURGH
PITTSBURGH CITY LAW DEPARTMENT
414 GRANT STREET #313
PITTSBURGH PA   15219

WELLS FARGO BANK N.A. AS TRUSTEE
C/O SELECT PORTFOLIO SERVICING INC.
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT   84115


JODI L. HAUSE ESQ.
PHELAN HALLINAN DIAMOND & JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA   15219

WELLS FARGO BANK
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 24605
WEST PALM BEACH FL   33416-4605

GERALD LAYCHAK
3512 OITLOOK DRIVE
WEST MIFFLIN PA   15122


MARK MACHI
4042 LIBERTY AVENUE
PITTSBURGH PA   15224

DOMENIC A. BELLISARIO ESQ.
310 GRANT STREET SUITE 1302
PITTSBURGH PA   15219

FRANK MACHI JR.
3823 MINTWOOD STREET
PITTSBURGH PA   15201


JEFFREY R. HUNT ESQ.
GOEHRING RUTTER & BOEHM
437 GRANT STREET 14TH FLOOR
PITTSBURGH PA   15219

JORDAN TAX SERVICE INC.
102 RAHWAY ROAD
MCMURRAY PA   15317

OFFICE OF THE US TRUSTEE
SUITE 970 LIBERTY CENTER
1001 LIBERTY AVENUE
PITTSBURGH PA   15222


BETH SHOVLIN ESQUIRE
TALARICO PALADINO & BERG
2150 KOPPERS BUILDING
436 SEVENTH AVENUE
PITTSBURGH PA   15219

SNOWBIRD HOLDINGS LLC
5155 BUTLER STREET
PITTSBURGH PA   15201