UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M. MACHI, JR., aka<br>FRANK M. MACHI | CASE NO: 14-23154-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 660 |

On 10/9/2018, I did cause a copy of the following documents, described below,

MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3 ECF Docket Reference No. 660

ORDER CONFIRMING SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES

Exhibit A - Agreement of Sale

NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/9/2018

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M. MACHI, JR., aka FRANK M. MACHI | CASE NO: 14-23154-CMB<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 660 |

On 10/9/2018, a copy of the following documents, described below,

MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3 ECF Docket Reference No. 660

ORDER CONFIRMING SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES

Exhibit A - Agreement of Sale

NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/9/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
TREASURER CITY OF PITTSBURGH            TREASURER SCHOOL DISTRICT OF         TREASURER OF COUNTY OF ALLEGHENY
CITY TAX OFFICE                         PITTSBURGH                           436 GRANT STREET
414 GRANT ST. #502                      CITY TAX OFFICE                      PITTSBURGH PA   15219
PITTSBURGH PA   15219                   414 GRANT ST. #502
                                        PITTSBURGH PA   15219


PITTSBURGH WATER & SEWER AUTHORITY      CITY OF PITTSBURGH                   WELLS FARGO BANK N.A. AS TRUSTEE
1200 PENN AVENUE                        PITTSBURGH CITY LAW DEPARTMENT       C/O SELECT PORTFOLIO SERVICING INC.
PITTSBURGH PA   15222                   414 GRANT STREET #313                3815 SOUTH WEST TEMPLE
                                        PITTSBURGH PA   15219                SALT LAKE CITY UT   84115


JODI L. HAUSE ESQ.                      WELLS FARGO BANK                     GERALD LAYCHAK
PHELAN HALLINAN DIAMOND & JONES LLP     ATTN: BANKRUPTCY DEPARTMENT          3512 OITLOOK DRIVE
OMNI WILLIAM PENN OFFICE TOWER          P.O. BOX 24605                       WEST MIFFLIN PA   15122
555 GRANT STREET SUITE 300              WEST PALM BEACH FL   33416-4605
PITTSBURGH PA   15219


MARK MACHI                              DOMENIC A. BELLISARIO ESQ.           FRANK MACHI JR.
4042 LIBERTY AVENUE                     310 GRANT STREET SUITE 1302          3823 MINTWOOD STREET
PITTSBURGH PA   15224                   PITTSBURGH PA   15219                PITTSBURGH PA   15201


JEFFREY R. HUNT ESQ.                    JORDAN TAX SERVICE INC.              OFFICE OF THE US TRUSTEE
GOEHRING RUTTER & BOEHM                 102 RAHWAY ROAD                      SUITE 970 LIBERTY CENTER
437 GRANT STREET 14TH FLOOR             MCMURRAY PA   15317                  1001 LIBERTY AVENUE
PITTSBURGH PA   15219                                                        PITTSBURGH PA   15222


BETH SHOVLIN ESQUIRE                    SNOWBIRD HOLDINGS LLC
TALARICO PALADINO & BERG                5155 BUTLER STREET
2150 KOPPERS BUILDING                   PITTSBURGH PA   15201
436 SEVENTH AVENUE
PITTSBURGH PA   15219
```