UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  FRANCIS M MACHI, JR , AKA<br>FRANK M MACHI | CASE NO: 14-23154-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 10/9/2018, I did cause a copy of the following documents, described below,

NOTICE OF SALE FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/9/2018

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica
Jeffrey J Sikirica, ESQ
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M MACHI, JR , AKA FRANK M MACHI | CASE NO: 14-23154-CMB<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11 |

On 10/9/2018, a copy of the following documents, described below,

NOTICE OF SALE FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/9/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J Sikirica, ESQ
121 Northbrook Drive
Gibsonia, PA  15044

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                           6350 WALDRON STREET LLC              PETER J ASHCROFT
LABEL MATRIX FOR LOCAL NOTICING     128 S 2ND STREET                     BERNSTEINBURKLEY PC
03152                               CLARSBURG WV 26301-2921              SUITE 2200 GULF TOWER
CASE 14-23154-CMB                                                        PITTSBURGH PA 15219-1900
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
TUE OCT 9 14-56-25 EDT 2018


HARRY BARNES                        BARNES CORPORATION                   DOMENIC A BELLISARIO
BARNES CORPORATION                  CO HARRY BARNES                      LAW OFFICE OF DOMENIC A BELLISARIO
215 BROOKSIDE BLVD                  215 BROOKSIDE BLVD                   310 GRANT STREET
PITTSBURGH PA 15241-1511            PITTSBURGH PA 15241-1511             SUITE 1302
                                                                         PITTSBURGH PA 15219-2229


DONALD R CALAIARO                   CALAIARO VALENCIK                    CITY AND SCHOOL DISTRICT OF PITTSBURGH
CALAIARO VALENCIK                   428 FORBES AVE                       CO GOEHRING RUTTER  BOEHM
428 FORBES AVE SUITE 900            STE 900                              437 GRANT STREET 14TH FLOOR
PITTSBURGH PA 15219-1621            PITTSBURGH PA 15219-1621             PITTSBURGH PA 15219-6101


COUNTY OF ALLEGHENY                 DLJ MORTGAGE CAPITAL INC             DLJ MORTGAGE CAPITAL INC
CO GOEHRING RUTTER  BOEHM           CO SELECT PORTFOLIO SERVICING        CO SELECT PORTFOLIO SERVICING INC
437 GRANT STREET 14TH FLOOR         PO BOX 65450                         3815 SOUTH WEST TEMPLE
PITTSBURGH PA 15219-6101            SALT LAKE CITY UT 84165-0450         SALT LAKE CITY UT 84115-4412


DR JA STRAKA                        DUQUESNE LIGHT COMPANY               ERIN P DYER
CO CREDIT COLLECTIONS USA           CO PETER J ASHCROFT                  LAW OFFICE OF MICHAEL J ROMANO
16 DISTRIBUTOR DRIVE SUITE 1        BERNSTEIN-BURKLEY PC                 128 SOUTH 2ND STREET
MORGANTOWN WV 26501-7209            707 GRANT ST SUITE 2200 GULF TOWER   CLARKSBURG WV 26301-2921
                                    PITTSBURGH PA 15219-1945


DYER LAW FIRM PC                    EQUITABLE GAS BANKRUPTCY DEPARTMENT  DONNA FISCHER
5743 CENTRE AVENUE                  ATTN JUDY GAWLOWSKI                  COLDWELL BANKER
PITTSBURGH PA 15206-3707            225 NORTH SHORE DRIVE 2ND FLOOR      9600 PERRY HIGHWAY SUITE 100
                                    PITTSBURGH PA 15212-5860             PITTSBURGH PA 15237-5552


NORMAN E GILKEY                     JEFFREY R HUNT                       INTERNAL REVENUE SERVICE
BABST CALLAND CLEMENTS  ZOMNIR PC   GOEHRING RUTTER  BOEHM               CENTRALIZED INSOLVENCY OPERATIONS
TWO GATEWAY CENTER 8TH FLOOR        437 GRANT STREET                     PO BOX 7346
PITTSBURGH PA 15222                 14TH FLOOR                           PHILADELPHIA PA 19101-7346
                                    PITTSBURGH PA 15219-6107


INTERNAL REVENUE SERVICE            DEBTOR                               MARK MACHI
SPECIAL PROCEDURES DIVISION         FRANCIS M MACHI JR                   307 SHADY LANE
PO BOX 628                          3823 MINTWOOD STREET                 GLENSHAW PA 15116-3149
BANKRUPTCY SECTION                  PITTSBURGH PA 15201-1221
PITTSBURGH PA 15230


JILL MANUEL COUGHLIN                OCWEN LOAN SERVICING LLC             OCWEN LOAN SERVICING LLC AS SERVICER
POWERS KIRN  ASSOCIATES LLC         ATTN CASHIERING DEPARTMENT           FOR WE
EIGHT NESHAMINY INTERPLEX           1661 WORTHINGTON RD SUITE 100        6409 CONGRESS AVENUE SUITE 100
SUITE 215                           WEST PALM BEACH FL 33409-6493        BOCA RATON FL 33487-2853
TREVOSE PA 19053-6980
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| OCWEN LOAN SERVICING LLC<br>1661 WORTHINGTON ROAD<br>SUITE 100<br>WEST PALM BEACH FL 33409-6493 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 N LINCOLN AVE<br>PITTSBURGH PA 15233-1828 | PEOPLES NATURAL GAS COMPANY LLC<br>EQUITABLE DI ATTN- DAWN LINDNER<br>225 NORTH SHORE DRIVE<br>PITTSBURGH PA 15212-5860 |
| PITTSBURGH WATER  SEWER AUTHORITY<br>CO GOEHRING RUTTER  BOEHM<br>437 GRANT STREET 14TH FLOOR<br>PITTSBURGH PA 15219-6101 | PLANE FITNESS<br>1635 S BRADDOCK AVENUE<br>PITTSBURGH PA 15218-1663 | JAMES A PROSTKO<br>PHELAN HALLINAN DIAMOND  JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT STREET<br>SUITE 300<br>PITTSBURGH PA 15219-4408 |
| RONALD B ROTEMAN<br>THE STONECHIPHER LAW FIRM<br>125 FIRST AVENUE<br>PITTSBURGH PA 15222-1506 | JOSEPH P SCHALK<br>BARLEY SNYDER<br>126 EAST KING STREET<br>LANCASTER PA 17602-2893 | JEFFREY J SIKIRICA<br>121 NORTHBROOK DRIVE<br>PINE TOWNSHIP<br>GIBSONIA PA 15044-8983 |
| JEFFREY J SIKIRICA<br>BLUMLING  GUSKY LLP<br>1200 KOPPERS BUILDING<br>436 SEVENTH AVENUE<br>PITTSBURGH PA 15219-1848 | SHERRI J SMITH<br>PHELAN HALINAN DIAMOND AND JONES<br>400 FELLOWSHIP ROAD<br>MT LAUREL NJ 08054-3437 | SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH CO 80129-2386 |
| STRAKA  MCQUONE INC<br>1099 OHIO RIVER BOULEVARD<br>SEWICKLEY PA 15143-2081 | US BANK NA<br>CO OCWEN LOAN SERVICING LLC<br>ATTN- BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 | DAVID Z VALENCIK<br>CALAIARO VALENCIK<br>428 FORBES AVE SUITE 900<br>PITTSBURGH PA 15219-1621 |
| LOIS M VITTI<br>VITTI LAW GROUP INC<br>333 ALLEGHENY AVENUE SUITE 303<br>OAKMONT PA 15139-2072 | MATTHEW CHRISTIAN WALDT<br>MILSTEAD  ASSOCIATES LLC<br>1 EAST STOW ROAD<br>MARLTON NJ 08053-3118 | S JAMES WALLACE<br>845 N LINCOLN AVENUE<br>PITTSBURGH PA 15233-1828 |
| JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | ELIZABETH LAMONT WASSALL<br>UDREN LAW OFFICES PC<br>111 WOODCREST ROAD<br>CHERRY HILL NJ 08003-3620 | WELLS FARGO BANK NA AS TRUSTEE<br>CO SELECT PORTFOLIO SERVICING INC<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 |
| STUART P WINNEG<br>UDREN LAW OFFICES<br>111 WOODCREST ROAD<br>CHERRY HILL NJ 08003-3620 | JOSEPH S SISCA ON BEHALF OF THE UNITED STA<br>SUITE 960 LIBERTY CENTER<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA 15222-3714 | |