## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 14-23154-CMB |
| | ) | |
| **FRANK M. MACHI, JR.,** | ) | Chapter 11 |
| | ) | |
| **Debtor** | ) | Doc. #_____ |
| | ) | |
| ***************** | ) | |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **No Respondent(s)** | ) | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE TO TRUSTEE'S APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned a response to the Motion no later than **November 1, 2018, seventeen (17) days** after the service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A sale hearing at which time the Court will consider higher and better offers will be held on **November 8, 2018 at 2:30 p.m.** before Chief Judge Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: October 15, 2018       */s/ Jeffrey J. Sikirica*

Jeffrey J. Sikirica, Esquire
PA. I.D. No. 36745    121
Northbrook Drive
Gibsonia, PA 15044
T: (724) 625-2566
F: (724) 625-4611
sikiricalaw@zoominternet.net

**COUNSEL FOR TRUSTEE**