UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: FRANK M MACHI, JR

CASE NO: 14-23154-CMB

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 668

On 10/15/2018, I did cause a copy of the following documents, described below,

APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC ECF Docket Reference No. 668

ORDER APPROVING PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC 668

NOTICE OF HEARING WITH RESPONSE DEADLINE TO TRUSTEE'S APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC 669

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/15/2018

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Esquire
121 Northbrok Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANK M MACHI, JR | CASE NO: 14-23154-CMB |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 11<br>ECF Docket Reference No. 668 |

On 10/15/2018, a copy of the following documents, described below,

APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC ECF Docket Reference No. 668

ORDER APPROVING PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC 668

NOTICE OF HEARING WITH RESPONSE DEADLINE TO TRUSTEE'S APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC 669

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/15/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
121 Northbrok Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03152
CASE 14-23154-CMB
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
MON OCT 15 10-49-36 EDT 2018

6350 WALDRON STREET LLC
128 S 2ND STREET
CLARSBURG WV 26301-2921

PETER J ASHCROFT
BERNSTEINBURKLEY PC
SUITE 2200 GULF TOWER
PITTSBURGH PA 15219-1900

HARRY BARNES
BARNES CORPORATION
215 BROOKSIDE BLVD
PITTSBURGH PA 15241-1511

BARNES CORPORATION
CO HARRY BARNES
215 BROOKSIDE BLVD
PITTSBURGH PA 15241-1511

DOMENIC A BELLISARIO
LAW OFFICE OF DOMENIC A BELLISARIO
310 GRANT STREET
SUITE 1302
PITTSBURGH PA 15219-2229

DONALD R CALAIARO
CALAIARO VALENCIK
428 FORBES AVE SUITE 900
PITTSBURGH PA 15219-1621

CALAIARO VALENCIK
428 FORBES AVE
STE 900
PITTSBURGH PA 15219-1621

~~EXCLUDE
CITY AND SCHOOL DISTRICT OF PITTSBURGH
CO GOEHRING RUTTER BOEHM~~

~~EXCLUDE
COUNTY OF ALLEGHENY
CO GOEHRING RUTTER BOEHM~~

DLJ MORTGAGE CAPITAL INC
CO SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY UT 84165-0450

DLJ MORTGAGE CAPITAL INC
CO SELECT PORTFOLIO SERVICING INC
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115-4412

DR JA STRAKA
CO CREDIT COLLECTIONS USA
16 DISTRIBUTOR DRIVE SUITE 1
MORGANTOWN WV 26501-7209

DUQUESNE LIGHT COMPANY
CO PETER J ASHCROFT
BERNSTEIN-BURKLEY PC
707 GRANT ST SUITE 2200 GULF TOWER
PITTSBURGH PA 15219-1945

ERIN P DYER
LAW OFFICE OF MICHAEL J ROMANO
128 SOUTH 2ND STREET
CLARKSBURG WV 26301-2921

DYER LAW FIRM PC
5743 CENTRE AVENUE
PITTSBURGH PA 15206-3707

EQUITABLE GAS BANKRUPTCY DEPARTMENT
ATTN JUDY GAWLOWSKI
225 NORTH SHORE DRIVE 2ND FLOOR
PITTSBURGH PA 15212-5860

DONNA FISCHER
COLDWELL BANKER
9600 PERRY HIGHWAY SUITE 100
PITTSBURGH PA 15237-5552

NORMAN E GILKEY
BABST CALLAND CLEMENTS ZOMNIR PC
TWO GATEWAY CENTER 8TH FLOOR
PITTSBURGH PA 15222

JEFFREY R HUNT
GOEHRING RUTTER BOEHM
437 GRANT STREET
14TH FLOOR
PITTSBURGH PA 15219-6107

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES DIVISION
PO BOX 628
BANKRUPTCY SECTION
PITTSBURGH PA 15230

DEBTOR
FRANCIS M MACHI JR
3823 MINTWOOD STREET
PITTSBURGH PA 15201-1221

MARK MACHI
307 SHADY LANE
GLENSHAW PA 15116-3149

JILL MANUEL COUGHLIN
POWERS KIRN ASSOCIATES LLC
EIGHT NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

OCWEN LOAN SERVICING LLC
ATTN CASHIERING DEPARTMENT
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH FL 33409-6493

OCWEN LOAN SERVICING LLC AS SERVICER
FOR WE
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| OCWEN LOAN SERVICING LLC<br>1661 WORTHINGTON ROAD<br>SUITE 100<br>WEST PALM BEACH FL 33409-6493 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 N LINCOLN AVE<br>PITTSBURGH PA 15233-1828 | PEOPLES NATURAL GAS COMPANY LLC<br>EQUITABLE DI<br>225 NORTH SHORE DRIVE<br>ATTN- DAWN LINDNER<br>PITTSBURGH PA 15212-5860 |
| ~~EXCLUDE~~<br>~~PITTSBURGH WATER  SEWER AUTHORITY~~<br>~~CO GOEHRING RUTTER  BOEHM~~ | PLANE FITNESS<br>1635 S BRADDOCK AVENUE<br>PITTSBURGH PA 15218-1663 | JAMES A PROSTKO<br>PHELAN HALLINAN DIAMOND  JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT STREET<br>SUITE 300<br>PITTSBURGH PA 15219-4408 |
| RONALD B ROTEMAN<br>THE STONECHIPHER LAW FIRM<br>125 FIRST AVENUE<br>PITTSBURGH PA 15222-1506 | JOSEPH P SCHALK<br>BARLEY SNYDER<br>126 EAST KING STREET<br>LANCASTER PA 17602-2893 | JEFFREY J SIKIRICA<br>121 NORTHBROOK DRIVE<br>PINE TOWNSHIP<br>GIBSONIA PA 15044-8983 |
| JEFFREY J SIKIRICA<br>BLUMLING  GUSKY LLP<br>1200 KOPPERS BUILDING<br>436 SEVENTH AVENUE<br>PITTSBURGH PA 15219-1848 | SHERRI J SMITH<br>PHELAN HALINAN DIAMOND AND JONES<br>400 FELLOWSHIP ROAD<br>MT LAUREL NJ 08054-3437 | SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH CO 80129-2386 |
| STRAKA  MCQUONE INC<br>1099 OHIO RIVER BOULEVARD<br>SEWICKLEY PA 15143-2081 | US BANK NA<br>CO OCWEN LOAN SERVICING LLC<br>ATTN- BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 | DAVID Z VALENCIK<br>CALAIARO VALENCIK<br>428 FORBES AVE SUITE 900<br>PITTSBURGH PA 15219-1621 |
| LOIS M VITTI<br>VITTI LAW GROUP INC<br>333 ALLEGHENY AVENUE SUITE 303<br>OAKMONT PA 15139-2072 | MATTHEW CHRISTIAN WALDT<br>MILSTEAD  ASSOCIATES LLC<br>1 EAST STOW ROAD<br>MARLTON NJ 08053-3118 | S JAMES WALLACE<br>845 N LINCOLN AVENUE<br>PITTSBURGH PA 15233-1828 |
| JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | ELIZABETH LAMONT WASSALL<br>UDREN LAW OFFICES PC<br>111 WOODCREST ROAD<br>CHERRY HILL NJ 08003-3620 | WELLS FARGO BANK NA AS TRUSTEE<br>CO SELECT PORTFOLIO SERVICING INC<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 |
| STUART P WINNEG<br>UDREN LAW OFFICES<br>111 WOODCREST ROAD<br>CHERRY HILL NJ 08003-3620 | JOSEPH S SISCA ON BEHALF OF THE UNITED STA<br>SUITE 960 LIBERTY CENTER<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA 15222-3714 | |