IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bankruptcy No. 14-23154-CMB |
| FRANK M. MACHI, JR., ) | |
| Debtor(s), ) | Chapter: 11 |
| ) | |
| JEFFREY J. SIKIRICA, ) | |
| CHAPTER 7 TRUSTEE ) | |
| Movant(s), ) | |
| v. ) | |
| No Respondents. ) | |
| ) | |

**AMENDED_TIME ON PREVIOUS SERVED**
**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**TO TRUSTEE'S APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE**
**BROKER FEE NUNC PRO TUNC**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **November 5, 2018** (i.e., seventeen (17) days after the **date of service on October 17, 2018**), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **November 8, 2018, at 2:30 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: October 18, 2018         By: */s/ Jeffrey J. Sikirica*___
                                          Jeffrey J. Sikirica
                                          (Pa I.D. No. 36745)
                                          121 Northbrook Drive
                                          Gibsonia, PA  15044
                                          (724) 625-2566 (Phone)
                                          (724) 625-4611 (Fax)
                                          sikiricalaw@zoominternet.com