Bankruptcy Notice. Case Number: . Debtor:

PAGE 1 OF 1

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania } SS:
County of Allegheny, }

Bankruptcy Sale Notice

November 8, 2018
In Re: Francis M. Machi, Jr. a/k/a Frank M. Machi
Case No. 14-23154-CMB
Sale of Lawrenceville Commercial/Residential property located at 5164 Butler Street, 10th Ward of the City of Pittsburgh, Allegheny County, Pennsylvania 15201 with a frame dwelling in the rear known as 5171 Dresden Way and identified as tax parcel 0080-C-00084-0000-00
For Additional Information go to www.pawb.uscourts.gov/easi.htm or call Trustee Jeffrey J. Sikirica at 724-625-2566.
18-05810 Oct 12, 2018

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

Oct 12, 2018

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_Jim Spezialetti_
Signature of Affiant

Subscribed and sworn to before me this 12th day of October, 2018

_Melanie L. Goodwin_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

Jeffrey J. Sikirica
121 Northbrook Drive
Gibsonia, PA 15044

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates... $102.70
Proof Fees ................................................. $1.00
Total ..................................................... $103.70

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 18-05810