## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Francis M. Machi, Jr.     Bank: Robobank, NA & S&T Bank

Bankruptcy Number: 14-23154 CMB     Account Number: x7400 & x3450

Date of Confirmation: January 30, 2018     Account Type: checking

Reporting Period (month/year): Jul. 2018 to Sept. 2018

Beginning Cash Balance:     $ 15,654.00

All receipts received by the debtor:

    Cash Sales:     $ _____

    Collection of Accounts Receivable:     $ _____

    Proceeds from Litigation (settlement or otherwise):     $ _____

    Sale of Debtor's Assets:     $ _____

    Capital Infusion pursuant to the Plan:     $ 14,316.17

    Total of cash received:     $ 14,316.17

Total of cash available:     $ 29,970.17

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:     $ 650.00

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:     $ _____

    All other disbursements made in the ordinary course:     $ 21,256.34

    Total Disbursements     $ 21,906.34

Ending Cash Balance     $ 8,063.83

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 11/03/18     Name: [signature]

Title: Chapter 11 Trustee