IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bankruptcy No. 14-23154-CMB |
| FRANK M. MACHI, JR., ) | |
|     Debtor(s), ) | Chapter: 11 |
| ) | |
| JEFFREY J. SIKIRICA, ) | Doc. No. _____ |
| CHAPTER 7 TRUSTEE ) | |
|     Movant(s), ) | Related to Doc. No. 668, 669 & 676 |
|     v. ) | |
| No Respondents. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**TRUSTEE'S APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE**
**BROKER FEE NUNC PRO TUNC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on October 15, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Amended Notice of Hearing, objections to the Application were to be filed and served no later than November 5, 2018.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: November 6, 2018                                           By: */s/ Jeffrey J. Sikirica*___
                                                                                                            Jeffrey J. Sikirica
                                                                                                            (Pa I.D. No. 36745)
                                                                                                            121 Northbrook Drive
                                                                                                            Gibsonia, PA  15044
                                                                                                            (724) 625-2566 (Phone)
                                                                                                            (724) 625-4611 (Fax)
                                                                                                            sikiricalaw@zoominternet.com