# PROCEEDING MEMO

**Date:  11/8/2018   2:30 p.m.**

In re: Francis M. Machi, Jr.

Bankruptcy No. 14-23154-CMB
Chapter: 11 (Not Small Business)
Doc. # 660

**Appearances:**

**Movant(s): Jeffrey J. Sikirica** ✓

**Respondents:** ~~Donald R. Calaiaro~~, Davd Z. Valencik ✓

Frank Machie ✓

**Creditor(s):**

**Nature of Proceeding: # 660 Motion for Order Approving Sale of Real Property Free and Clear of Liens, Claims and Encumbrances**

**Additional Pleadings:   Certificate of Service; #678 Proof of Publication in Pittsburgh Post-Gazette; #679 Limited Response by Calaiaro Valencik and David Z. Valencik;  #682 Proof of Publication in Pittsburgh Legal Journal**

**Judge's Notes:**

Objection resolved; Service made
- advertised

**Outcome:**

→ $155,000 - no other
bids,
- Sale confirmed
- Order to be
Submitted by
Atty Schuck
tomorrow.
- realtor fees to be
escrowed.

for King
for Wimly Holding
Successful
bidder

| | | |
|---|---|---|
| _____ | Motion is GRANTED | _____ Order entered |
| _____ | Motion is DENIED | _____ Order entered |
| _____ | Motion WITHDRAWN | |
| _____ | Motion is DISMISSED | Order entered |
| _____ | Reschedule for Proper Service | |
| _____ | Case DISMISSED | Order entered |
| _____ | Parties to submit Order/Settlement/Stipulation by _____ days |
| _____ | CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order) |
| _____ | to hearing date of _____ |
| _____ | ISSUE EVIDENTIARY HEARING NOTICE |
| _____ | Discovery time needed _____ days |
| _____ | Briefs to be filed: Movant(s) brief due _____ days |
| | Respondent(s) brief due _____ days |
| | Trustee's brief due _____ days |

Carlota M. Böhm
Chief U.S. Bankruptcy Judge