# PROCEEDING MEMO

Date:  11/8/2018   2:30 p.m.

In re: Francis M. Machi, Jr.

Bankruptcy No. 14-23154-CMB
Chapter: 11 (Not Small Business)
Doc. # 668

**Appearances:**

**Movant(s):** Jeffrey J. Sikirica

**Respondents:**

**Creditor(s):**

**Nature of Proceeding:** # 668 Application to Allow Payment of Partial Real Estate Broker Fee Nunc Pro Tunc

**Additional Pleadings:** Certificate of Service

**Judge's Notes:**

**Outcome:**

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED         Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED         Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                            Respondent(s) brief due _____ days
                            Trustee's brief due _____ days

*Handwritten notes: matter to cont to Jan 31 at 2:30 - monies due due to be escrowed pending further Order of ct.*

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
11/9/18 8:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-23154-CMB
Francis M. Machi, Jr.                                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric             Page 1 of 2              Date Rcvd: Nov 09, 2018
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db             +Francis M. Machi, Jr.,   3823 Mintwood Street,   Pittsburgh, PA 15201-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
      David Z. Valencik    on behalf of Attorney    Calaiaro Valencik dvalencik@c-vlaw.com,
       cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
       vlaw.com;mpeduto@c-vlaw.com
      Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
       cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
       vlaw.com;mpeduto@c-vlaw.com
      Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
       bankruptcy@udren.com
      Erin P. Dyer    on behalf of Creditor    Dyer Law Firm, P.C. erindyer@wvlegalcounsel.com
      James   Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
      James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
       Mortgage Trust 2005-10HE, Asset-Backed Certificates, Series 2005-10HE bkgroup@kmllawgroup.com
      James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association Et Al...
       bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO
       BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK
       PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH C pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al...
       pawb@fedphe.com,   james.prostko@phelanhallinan.com
      James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
       certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,  PA59@ecfcbis.com
      Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net,
       PA59@ecfcbis.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
      Jill   Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association Et Al...
       jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
       ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. jschalk@barley.com,
       sromig@barley.com
      Joseph S. Sisca,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee    Office
       of the United States Trustee joseph.s.sisca@usdoj.gov
      Lois M. Vitti    on behalf of Creditor    Dyer Law Firm, P.C. nicole@vittilaw.com,
       loismvitti@vittilaw.com

```
District/off: 0315-2          User: dric                 Page 2 of 2                    Date Rcvd: Nov 09, 2018
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Lois M. Vitti    on behalf of Other Prof.   6350 Waldron Street, LLC nicole@vittilaw.com, loismvitti@vittilaw.com
          Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Norman E. Gilkey    on behalf of Mediator Norman  Gilkey ngilkey@bccz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronald B. Roteman    on behalf of Creditor Jennifer  Mariani rroteman@stonecipherlaw.com, ykocher@stonecipherlaw.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sherri J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
          Sherri J. Smith    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 swinneg@udren.com, cblack@udren.com

                                                                                                                           TOTAL: 30

Case 14-23154-CMB    Doc 690    Filed 11/11/18    Entered 11/12/18 00:45:08    Desc
Imaged Certificate of Notice    Page 3 of 3