# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No.: 14-23154-CMB |
| FRANCIS M. MACHI, JR., aka, ) | |
| FRANK M. MACHI ) | Chapter 11 |
| ) | |
| Debtor. ) | Docket No.: _____ |
| ) | |
| JEFFREY J. SIKIRICA, TRUSTEE ) | |
| ) | |
| Movant, ) | Hearing Date: December 11, 2018 |
| vs. ) | Hearing Time: 2:30 p.m. |
| ) | |
| ) | |
| SPECIALIZED LOAN SERVICING LLC, ) | Related to Doc. No. 693 |
| as servicer for U.S. BANK NATIONAL ) | |
| ASSOCIATION, as TRUSTEE for ) | |
| TERWIN MORTGAGE TRUST ) | |
| 2005-10HE, ASSET-BACKED ) | |
| CERTIFICATES, SERIES 2005-10HE, ) | |
| CITY OF PITTSBURGH, ) | |
| TREASURER CITY OF ) | |
| PITTSBURGH, TREASURER ) | |
| SCHOOL DISTRICT OF ) | |
| PITTSBURGH, TREASURER OF ) | |
| COUNTY OF ALLEGENY, JORDAN ) | |
| TAX SERVICE, INC., PITTSBURGH ) | |
| WATER & SEWER AUTHORITY, ) | |
| WELLS FARGO, NA and ) | |
| GERALD LAYCHAK ) | |
| ) | |
| Respondents ) | |

## NOTICE OF SALE FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES

To: Respondents and all Creditors and Parties in Interest of the above named Debtors:

NOTICE IS HEREBY GIVEN THAT Jeffrey J. Sikirica, Chapter 11 Trustee for Francis M. Machi, Jr., has filed a "Motion For Order Approving Sale of Real Property Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and F.R.B.P. Nos. 2002 and 6004 and W.PA.LBR 6004-1 and 9013-3" (the "Motion for Sale"). The real property to be sold is a single parcel located at 3825 Mintwood Street, 6th Ward of the City of Pittsburgh, Allegheny County, Pennsylvania 15201 and identified as tax parcel 0049-P-00138-000A-00.

The Trustee has received an offer from Bradford Brothers, LLC or its assigns for the real property described above in the amount of $169,900.00.

**A hearing on the "Motion for Sale" is scheduled for December 11, 2018 at 2:30 pm before Chief Judge Carlota M. Böhm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219,** *at which time higher/better offers will be considered and objections to the sale will be heard (the "Sale Hearing").* **The deadline for objections to the "Motion to Sale" is on or before December 3, 2018. Any objections shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties.**

Anyone who desires to inspect the real property to be sold prior to the Sale Hearing must contact the Trustee, Jeffrey J. Sikirica at the below address, phone number or email address before the date of the Sale Hearing.

Subject to approval of this Court, the real property shall be sold: (i) **AS IS/WHERE IS** with no representations and/or warranties whatsoever, either express or implied, other than title and authority to sell/transfer; and (ii) free and clear of all liens, claims, interests, and encumbrances existing as of the date of the closing of the transaction.

Dated: November 15, 2018                                    By: */s/ Jeffrey J. Sikirica*___
                                                                              Jeffrey J. Sikirica (Pa I.D. No. 36745)
                                                                              121 Northbrook Drive
                                                                              Gibsonia, PA  15044
                                                                              (724) 625-2566 (Phone)
                                                                              (724) 625-4611 (Fax)
                                                                              sikiricalaw@zoominternet.net