UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Francis M. Machi, Jr. aka Frank M. Machi

CASE NO: 14-23154-CMB

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 692

---

On 11/15/2018, I did cause a copy of the following documents, described below,

MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3, PRPOSED ORDER & EXHIBIT A SALES AGREEMENT ECF Docket Reference No. 692

NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3 693

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/15/2018

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikriica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Francis M. Machi, Jr. aka Frank M. Machi | CASE NO: 14-23154-CMB |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 692 |

On 11/15/2018, a copy of the following documents, described below,

MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3, PRPOSED ORDER & EXHIBIT A SALES AGREEMENT ECF Docket Reference No. 692

NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3 693

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/15/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikriica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TREASURER CITY OF PITTSBURGH<br>CITY TAX OFFICE<br>414 GRANT ST. #502<br>PITTSBURGH PA   15219 | TREASURER SCHOOL DISTRICT OF PITTSBURGH<br>CITY TAX OFFICE<br>414 GRANT ST. #502<br>PITTSBURGH PA   15219 | TREASURER OF COUNTY OF ALLEGHENY<br>436 GRANT STREET<br>PITTSBURGH PA   15219 |
| PITTSBURGH WATER & SEWER AUTHORITY<br>1200 PENN AVENUE<br>PITTSBURGH PA   15222 | CITY OF PITTSBURGH<br>PITTSBURGH CITY LAW DEPARTMENT<br>414 GRANT STREET #313<br>PITTSBURGH PA   15219 | WELLS FARGO BANK N.A. AS TRUSTEE<br>C/O SELECT PORTFOLIO SERVICING INC.<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT   84115 |
| JODI L. HAUSE ESQ.<br>PHELAN HALLINAN DIAMOND & JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT STREET SUITE 300<br>PITTSBURGH PA   15219 | WELLS FARGO BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 24605<br>WEST PALM BEACH FL   33416-4605 | GERALD LAYCHAK<br>3512 OITLOOK DRIVE<br>WEST MIFFLIN PA   15122 |
| FRANK MACHI JR.<br>3823 MINTWOOD STREET<br>PITTSBURGH PA   15201 | JEFFREY R. HUNT ESQ.<br>GOEHRING RUTTER & BOEHM<br>437 GRANT STREET 14TH FLOOR<br>PITTSBURGH PA   15219 | JORDAN TAX SERVICE INC.<br>102 RAHWAY ROAD<br>MCMURRAY PA   15317 |
| OFFICE OF THE US TRUSTEE<br>SUITE 970 LIBERTY CENTER<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA   15222 | BETH SHOVLIN ESQUIRE<br>TALARICO PALADINO & BERG<br>2150 KOPPERS BUILDING<br>436 SEVENTH AVENUE<br>PITTSBURGH PA   15219 | JAMES WARMBRODT ESQ<br>KML LAW GROUP P.C.<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA   19106 |
| SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD<br>SUITE 300<br>HIGHLANDS RANCH CO   80129 | U.S. BANK N.A.<br>C/O OCWEN LOAN SERVICING LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 24605<br>WEST PALM BEACH FL   33416-4605 | |