# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  FRANCIS M. MACHI, JR., aka, FRANK M. MACHI | CASE NO: 14-23154-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 694 |

On 11/15/2018, I did cause a copy of the following documents, described below,

NOTICE OF SALE FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES ECF Docket Reference No. 694

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/15/2018

                                         /s/ Jeffrey J. Sikirica
                                         Jeffrey J. Sikirica  36745
                                         Jeffrey J. Sikriica, Esq.
                                         121 Northbrook Drive
                                         Gibsonia, PA  15044
                                         724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M. MACHI, JR., aka, FRANK M. MACHI | CASE NO: 14-23154-CMB<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 694 |

On 11/15/2018, a copy of the following documents, described below,

NOTICE OF SALE FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES ECF Docket Reference No. 694

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/15/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikriica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 6350 WALDRON STREET LLC<br>128 S 2ND STREET<br>CLARSBURG WV 26301-2921 | PETER J ASHCROFT<br>BERNSTEINBURKLEY PC<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1900 | HARRY BARNES<br>BARNES CORPORATION<br>215 BROOKSIDE BLVD<br>PITTSBURGH PA 15241-1511 |
| BARNES CORPORATION<br>CO HARRY BARNES<br>215 BROOKSIDE BLVD<br>PITTSBURGH PA 15241-1511 | DOMENIC A BELLISARIO<br>LAW OFFICE OF DOMENIC A BELLISARIO<br>310 GRANT STREET<br>SUITE 1302<br>PITTSBURGH PA 15219-2229 | DONALD R CALAIARO<br>CALAIARO VALENCIK<br>428 FORBES AVE SUITE 900<br>PITTSBURGH PA 15219-1621 |
| CITY AND SCHOOL DISTRICT OF PITTSBURGH<br>CO GOEHRING RUTTER  BOEHM<br>437 GRANT STREET, 14TH FLOOR<br>**PITTSBURGH, PA 15219-6101** | COUNTY OF ALLEGHENY<br>CO GOEHRING RUTTER  BOEHM<br>437 GRANT STREET 14TH FLOOR<br>PITTSBURGH PA 15219-6101 | DLJ MORTGAGE CAPITAL INC<br>CO SELECT PORTFOLIO SERVICING<br>PO BOX 65450<br>SALT LAKE CITY UT 84165-0450 |
| DLJ MORTGAGE CAPITAL INC<br>CO SELECT PORTFOLIO SERVICING INC<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 | DR JA STRAKA<br>CO CREDIT COLLECTIONS USA<br>16 DISTRIBUTOR DRIVE SUITE 1<br>MORGANTOWN WV 26501-7209 | DUQUESNE LIGHT COMPANY<br>CO PETER J ASHCROFT<br>BERNSTEIN-BURKLEY PC<br>707 GRANT ST SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1945 |
| ERIN P DYER<br>LAW OFFICE OF MICHAEL J ROMANO<br>128 SOUTH 2ND STREET<br>CLARKSBURG WV 26301-2921 | DYER LAW FIRM PC<br>5743 CENTRE AVENUE<br>PITTSBURGH PA 15206-3707 | EQUITABLE GAS BANKRUPTCY DEPARTMENT<br>ATTN JUDY GAWLOWSKI<br>225 NORTH SHORE DRIVE 2ND FLOOR<br>PITTSBURGH PA 15212-5860 |
| NORMAN E GILKEY<br>BABST CALLAND CLEMENTS  ZOMNIR PC<br>TWO GATEWAY CENTER 8TH FLOOR<br>PITTSBURGH PA 15222 | JEFFREY R HUNT<br>GOEHRING RUTTER  BOEHM<br>437 GRANT STREET<br>14TH FLOOR<br>PITTSBURGH PA 15219-6107 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES DIVISION<br>PO BOX 628<br>BANKRUPTCY SECTION<br>PITTSBURGH PA 15230 | FRANCIS M MACHI JR<br>3823 MINTWOOD STREET<br>PITTSBURGH PA 15201-1221 | MARK MACHI<br>307 SHADY LANE<br>GLENSHAW PA 15116-3149 |
| JILL MANUEL COUGHLIN<br>POWERS KIRN  ASSOCIATES LLC<br>EIGHT NESHAMINY INTERPLEX<br>SUITE 215<br>TREVOSE PA 19053-6980 | OCWEN LOAN SERVICING LLC<br>ATTN CASHIERING DEPARTMENT<br>1661 WORTHINGTON RD SUITE 100<br>WEST PALM BEACH FL 33409-6493 | OCWEN LOAN SERVICING LLC AS SERVICER FOR WE<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 N LINCOLN AVE<br>PITTSBURGH PA 15233-1828 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PEOPLES NATURAL GAS COMPANY LLC<br>EQUITABLE DI<br>ATTN- DAWN LINDNER<br>225 NORTH SHORE DRIVE<br>PITTSBURGH PA 15212-5860 | PITTSBURGH WATER  SEWER AUTHORITY<br>CO GOEHRING RUTTER  BOEHM<br>**437 GRANT STREET, 14TH FLOOR**<br>**PITTSBURGH, PA 15219-6101** | PLANE FITNESS<br>1635 S BRADDOCK AVENUE<br>PITTSBURGH PA 15218-1663 |
| JAMES A PROSTKO<br>PHELAN HALLINAN DIAMOND  JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT STREET<br>SUITE 300<br>PITTSBURGH PA 15219-4408 | RONALD B ROTEMAN<br>THE STONECHIPHER LAW FIRM<br>125 FIRST AVENUE<br>PITTSBURGH PA 15222-1506 | JOSEPH P SCHALK<br>BARLEY SNYDER<br>126 EAST KING STREET<br>LANCASTER PA 17602-2893 |
| SHERRI J SMITH<br>PHELAN HALINAN DIAMOND AND JONES<br>400 FELLOWSHIP ROAD<br>MT LAUREL NJ 08054-3437 | SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH CO 80129-2386 | STRAKA  MCQUONE INC<br>1099 OHIO RIVER BOULEVARD<br>SEWICKLEY PA 15143-2081 |
| US BANK NA<br>CO OCWEN LOAN SERVICING LLC<br>ATTN- BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 | LOIS M VITTI<br>VITTI LAW GROUP INC<br>333 ALLEGHENY AVENUE SUITE 303<br>OAKMONT PA 15139-2072 | MATTHEW CHRISTIAN WALDT<br>MILSTEAD  ASSOCIATES LLC<br>1 EAST STOW ROAD<br>MARLTON NJ 08053-3118 |
| S JAMES WALLACE<br>845 N LINCOLN AVENUE<br>PITTSBURGH PA 15233-1828 | JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | ELIZABETH LAMONT WASSALL<br>UDREN LAW OFFICES PC<br>111 WOODCREST ROAD<br>CHERRY HILL NJ 08003-3620 |
| WELLS FARGO BANK NA AS TRUSTEE<br>CO SELECT PORTFOLIO SERVICING INC<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 | STUART P WINNEG<br>UDREN LAW OFFICES<br>111 WOODCREST ROAD<br>CHERRY HILL NJ 08003-3620 | JOSEPH S SISCA ON BEHALF OF THE UNITED STA<br>SUITE 960 LIBERTY CENTER<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA 15222-3714 |