# PROCEEDING MEMO

Date: 12/11/2018 02:30 pm

In re: Francis M. Machi, Jr.

Bankruptcy No. 14-23154-CMB
Chapter: 11 (Not Small Business)
Doc. # 692

**Appearances:**

Movant(s): Jeffrey J. Sikirica ✓

Respondents: ~~Keri P. Ebeck~~ Lindsay ✓
Mr. Machi ✓

Creditor(s):

Nature of Proceeding: # 692 Motion For Order Approving Sale of Real Property Free and Clear of Liens, Claims and Encumbrances

Additional Pleadings: Certificate of Service; #694 Notice of Sale; #697 Proof of Publication in Pittsburgh Post-Gazette; #698 Response by Specialized Loan Servicing, LLC

Judge's Notes:

Outcome:

- within 15 days mtg commitment
- 30 days to close
- served & advertised
- Objection resolved
- realtor commission to be escrowed.
- Order to be submitted by Friday.
- no higher offers.

____ Motion is GRANTED ____ Order entered
____ Motion is DENIED ____ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED      Order entered
____ Reschedule for Proper Service
____ Case DISMISSED        Order entered
____ Parties to submit Order/Settlement/Stipulation by ____ days
____ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)
____ to hearing date of _____
____ ISSUE EVIDENTIARY HEARING NOTICE
____ Discovery time needed ____ days
____ Briefs to be filed:    Movant(s) brief due ____ days
                            Respondent(s) brief due ____ days
                            Trustee's brief due ____ days

FILED
12/12/18 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge