# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Francis M. Machi, Jr.

Bank: Robobank, NA & S&T Bank

Bankruptcy Number: 14-23154 CMB

Account Number: x7400 & x3450

Date of Confirmation: January 30, 2018

Account Type: checking

Reporting Period (month/year): October 2018 to December 2018

Beginning Cash Balance: $ 8,063.83

All receipts received by the debtor:

~~Cash Sales:~~ Rent $ 750.00

Collection of Accounts Receivable: $

Proceeds from Litigation (settlement or otherwise): $

Sale of Debtor's Assets: $ 125,618.98

Capital Infusion pursuant to the Plan: $ 20,272.93

Total of cash received: $

Total of cash available: $ 146,641.91

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 4,931.00

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 65,000.00

All other disbursements made in the ordinary course: $ 22,933.89

Total Disbursements $ 92,864.89

Ending Cash Balance $ 61,840.85

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 01/19/19     Name: /s/ Jeffrey J. Sikirica

Title: Chapter 11 Trustee