**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **FRANCIS M. MACHI, JR.** ) | Case No.  14-23154-CMB |
| ) | |
| **Debtor.** ) | **Chapter 11** |
| ) | |
| ) | **Document No.** ____ |
| ) | |
| ) | **Related to Doc. No. 706** |

**STATUS REPORT
ON SALE OF 3825 MINTWOOD STREET**

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the Bankruptcy Estate of Francis M. Machi, Jr. (hereinafter "Debtor") and files this "Status Report on Sale of 3825 Mintwood Street", stating in support thereof as follows:

1. An Order approving the sale of 3825 Mintwood Street, Pittsburgh, PA  15201 (hereinafter the "Real Estate") was entered on December 14, 2018 at Docket No. 706.

2. The successful bidder was Bradford Brothers LLC or its assigns (hereinafter "Bradford").

3. The principal of Bradford did not finalize his mortgage commitment as his mother became gravely ill and was hospitalized which required the principal's attention. The mother of the principal passed away at the end of last year.

4. The sale order required a mortgage commitment by December 29, 2018 and a closing by January 13, 2019 unless extended by mutual agreement of the parties.

5. In consideration of forfeiture by the successful bidder of its initial $1,000.00 deposit and payment of an additional $1,000.00 non-refundable deposit, the parties have agree to extend the time for a loan commitment by the successful bidder until on or

    before January 31, 2019 and a sale closing on or before February 13, 2019.

6. The successful bidder did not provide a mortgage commitment by January 31, 2019 and the closing did not occur.

7. The Real Estate has been relisted for sale.

    Respectfully submitted,

Dated: <u>02/18/19</u>                <u>*/s/ Jeffrey J. Sikirica*</u>
Jeffrey J. Sikirica, Trustee
PA. I.D. #36745
121 Northbrook Drive
Gibsonia, PA  15044
T:  (724) 625-2566
F:  (724) 625-4611
TrusteeSikirica@zoominternet.net
**TRUSTEE FOR DEBTOR**