## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M. MACHI, JR. aka FRANK M. MACHI, JR. | CASE NO: 14-23154-CMB<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 716 & 717 |

On 2/19/2019, I did cause a copy of the following documents, described below,

NOTICE OF HEARING WITH RESPONSE DEADLINE TO TRUSTEE'S WITHDRAWAL OF APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC ECF Docket Reference No. 716 & 717

WITHDRAWAL OF APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC

PROPOSED ORDER

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2019

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M. MACHI, JR. aka FRANK M. MACHI, JR. | CASE NO: 14-23154-CMB<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 716 & 717 |

On 2/19/2019, a copy of the following documents, described below,

NOTICE OF HEARING WITH RESPONSE DEADLINE TO TRUSTEE'S WITHDRAWAL OF APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC ECF Docket Reference No. 716 & 717

WITHDRAWAL OF APPLICATION TO ALLOW PAYMENT OF PARTIAL REAL ESTATE BROKER FEE NUNC PRO TUNC

PROPOSED ORDER

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2019

_/s/ Jay S. Jump_
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DONALD R. CALAIARO<br>CALAIARO VALENCIK<br>428 FORBES AVE. SUITE 900<br>PITTSBURGH PA 15219-1621 | COUNTY OF ALLEGHENY<br>C/O GOEHRING RUTTER & BOEHM<br>437 GRANT STREET 14TH FLOOR<br>PITTSBURGH PA 15219-6101 | DR. J.A. STRAKA<br>C/O CREDIT COLLECTIONS U.S.A.<br>16 DISTRIBUTOR DRIVE SUITE 1<br>MORGANTOWN WV 26501-7209 |
| DYER LAW FIRM P.C.<br>5743 CENTRE AVENUE<br>PITTSBURGH PA 15206-3707 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MARK MACHI<br>307 SHADY LANE<br>GLENSHAW PA 15116-3149 |
| OCWEN LOAN SERVICING LLC AS SERVICER<br>FOR WE<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | 6350 WALDRON STREET LLC<br>128 S. 2ND STREET<br>CLARSBURG WV 26301-2921 | DLJ MORTGAGE CAPITAL INC.<br>C/O SELECT PORTFOLIO SERVICING<br>PO BOX 65450<br>SALT LAKE CITY UT 84165-0450 |
| DUQUESNE LIGHT COMPANY<br>C/O PETER J. ASHCROFT<br>BERNSTEIN-BURKLEY P.C.<br>707 GRANT ST. SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1945 | KERI P. EBECK<br>BERNSTEIN-BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1945 | NORMAN E. GILKEY<br>BABST CALLAND CLEMENTS & ZOMNIR P.C.<br>TWO GATEWAY CENTER 8TH FLOOR<br>PITTSBURGH PA 15222 |
| JILL MANUEL-COUGHLIN<br>POWERS KIRN LLC<br>EIGHT NESHAMINY INTERPLEX<br>SUITE 215<br>TREVOSE PA 19053-6980 | DOMENIC A. BELLISARIO<br>LAW OFFICE OF DOMENIC A. BELLISARIO<br>310 GRANT STREET<br>SUITE 1302<br>PITTSBURGH PA 15219-2229 | CITY AND SCHOOL DISTRICT OF PITTSBURGH<br>C/O GOEHRING RUTTER & BOEHM<br>437 GRANT STREET 14TH FLOOR<br>PITTSBURGH PA 15219-6101 |
| DLJ MORTGAGE CAPITAL INC.<br>C/O SELECT PORTFOLIO SERVICING INC.<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 | ERIN P. DYER<br>LAW OFFICE OF MICHAEL J. ROMANO<br>128 SOUTH 2ND STREET<br>CLARKSBURG WV 26301-2921 | EQUITABLE GAS BANKRUPTCY DEPARTMENT<br>ATTN: JUDY GAWLOWSKI<br>225 NORTH SHORE DRIVE 2ND FLOOR<br>PITTSBURGH PA 15212-5860 |
| JEFFREY R. HUNT<br>GOEHRING RUTTER & BOEHM<br>437 GRANT STREET<br>14TH FLOOR<br>PITTSBURGH PA 15219-6107 | FRANCIS M. MACHI JR.<br>3823 MINTWOOD STREET<br>PITTSBURGH PA 15201-1221 | OCWEN LOAN SERVICING LLC<br>ATTN: CASHIERING DEPARTMENT<br>1661 WORTHINGTON RD. SUITE 100<br>WEST PALM BEACH FL 33409-6493 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER.<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PEOPLES NATURAL GAS COMPANY LLC<br>EQUITABLE DI<br>225 NORTH SHORE DRIVE<br>PITTSBURGH PA 15212-5860 | ATTN: DAWN LINDNER<br>JAMES A. PROSTKO<br>PHELAN HALLINAN DIAMOND & JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT STREET SUITE 300<br>PITTSBURGH PA 15219-4408 |
| STRAKA & MCQUONE INC.<br>1099 OHIO RIVER BOULEVARD<br>SEWICKLEY PA 15143-2081 | LOIS M. VITTI<br>VITTI LAW GROUP INC.<br>333 ALLEGHENY AVENUE SUITE 303<br>OAKMONT PA 15139-2072 | JAMES WARMBRODT<br>KML LAW GROUP P.C.<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| STUART P. WINNEG<br>UDREN LAW OFFICES<br>111 WOODCREST ROAD<br>CHERRY HILL NJ 08003-3620 | PENNSYLVANIA DEPT. OF REVENUE<br>DEPARTMENT 280946<br>P.O. BOX 280946<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PITTSBURGH WATER & SEWER AUTHORITY<br>C/O GOEHRING RUTTER & BOEHM<br>437 GRANT STREET 14TH FLOOR<br>PITTSBURGH PA 15219-6101 |
| RONALD B. ROTEMAN<br>THE STONECIPHER LAW FIRM<br>125 FIRST AVENUE<br>PITTSBURGH PA 15222-1506 | U.S. BANK N.A.<br>C/O OCWEN LOAN SERVICING LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 24605<br>WEST PALM BEACH FL 33416-4605 | MATTHEW CHRISTIAN WALDT<br>MILSTEAD & ASSOCIATES LLC<br>1 EAST STOW ROAD<br>MARLTON NJ 08053-3118 |
| ELIZABETH LAMONT WASSALL<br>SHAPIRO & DENARDO LLC<br>14000 COMMERCE PARKWAY SUITE B<br>MOUNT LAUREL NJ 08054-2242 | JOSEPH S. SISCA ON BEHALF OF THE<br>UNITED STA<br>SUITE 960 LIBERTY CENTER<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA 15222-3714 | PEOPLES NATURAL GAS COMPANY LLC<br>C/O S. JAMES WALLACE P.C.<br>845 N. LINCOLN AVE.<br>PITTSBURGH PA 15233-1828 |
| PLANE FITNESS<br>1635 S. BRADDOCK AVENUE<br>PITTSBURGH PA 15218-1663 | JOSEPH P. SCHALK<br>BARLEY SNYDER<br>126 EAST KING STREET<br>LANCASTER PA 17602-2893 | SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH CO 80129-2386 |
| DAVID Z. VALENCIK<br>CALAIARO VALENCIK<br>428 FORBES AVE. SUITE 900<br>PITTSBURGH PA 15219-1621 | S. JAMES WALLACE<br>845 N. LINCOLN AVENUE<br>PITTSBURGH PA 15233-1828 | WELLS FARGO BANK N.A AS TRUSTEE<br>C/O SELECT PORTFOLIO SERVICING INC.<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT 84115-4412 |