# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  FRANCIS M. MACHI, JR. aka FRANK M. MACHI, JR. | CASE NO: 14-23154-CMB<br>**AMENDED**<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 718 & 719 |

On 2/19/2019, I did cause a copy of the following documents, described below,

NOTICE OF HEARING WITH RESPONSE DEADLINE TO JEFFREY J. SIKIRICA, TRUSTEE'S ATTORNEY APPLICATION FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE ECF Docket Reference No. 718 & 719

SUMMARY COVER SHEET FOR FEE APPLICATIONS IN CHAPTER 11 AND CHAPTER 15

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2019

        /s/ Jeffrey J. Sikirica
        Jeffrey J. Sikirica  36745
        Jeffrey J. Sikirica, Esquire
        121 Northbrook Drive
        Gibsonia, PA  15044
        724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS M. MACHI, JR. aka FRANK M. MACHI, JR. | CASE NO: 14-23154-CMB<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>**DECLARATION OF MAILING**<br>**Chpt. 11**<br>ECF Docket Reference<br>No. 718 & 719 |

On 2/19/2019, a copy of the following documents, described below,

NOTICE OF HEARING WITH RESPONSE DEADLINE TO JEFFREY J. SIKIRICA, TRUSTEE'S ATTORNEY APPLICATION FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE ECF Docket Reference No. 718 & 719 SUMMARY COVER SHEET FOR FEE APPLICATIONS IN CHAPTER 11 AND CHAPTER 15

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DONALD R. CALAIARO
CALAIARO VALENCIK
428 FORBES AVE. SUITE 900
PITTSBURGH PA 15219-1621

COUNTY OF ALLEGHENY
C/O GOEHRING RUTTER & BOEHM
437 GRANT STREET 14TH FLOOR
PITTSBURGH PA 15219-6101

DR. J.A. STRAKA
C/O CREDIT COLLECTIONS U.S.A.
16 DISTRIBUTOR DRIVE SUITE 1
MORGANTOWN WV 26501-7209

DYER LAW FIRM P.C.
5743 CENTRE AVENUE
PITTSBURGH PA 15206-3707

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MARK MACHI
307 SHADY LANE
GLENSHAW PA 15116-3149

OCWEN LOAN SERVICING LLC AS
SERVICER FOR WE
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

6350 WALDRON STREET LLC
128 S. 2ND STREET
CLARSBURG WV 26301-2921

DLJ MORTGAGE CAPITAL INC.
C/O SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY UT 84165-0450

DUQUESNE LIGHT COMPANY
C/O PETER J. ASHCROFT
BERNSTEIN-BURKLEY P.C.
707 GRANT ST. SUITE 2200 GULF
TOWER
PITTSBURGH PA 15219-1945

KERI P. EBECK
BERNSTEIN-BURKLEY
707 GRANT STREET
SUITE 2200 GULF TOWER
PITTSBURGH PA 15219-1945

NORMAN E. GILKEY
BABST CALLAND CLEMENTS &
ZOMNIR P.C.
TWO GATEWAY CENTER 8TH FLOOR
PITTSBURGH PA 15222

JILL MANUEL-COUGHLIN
POWERS KIRN LLC
EIGHT NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

DOMENIC A. BELLISARIO
LAW OFFICE OF DOMENIC A.
BELLISARIO
310 GRANT STREET
SUITE 1302
PITTSBURGH PA 15219-2329

CITY AND SCHOOL DISTRICT OF
PITTSBURGH
C/O GOEHRING RUTTER & BOEHM
437 GRANT STREET 14TH FLOOR
PITTSBURGH PA 15219-6101

DLJ MORTGAGE CAPITAL INC.
C/O SELECT PORTFOLIO SERVICING
INC.
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115-4412

ERIN P. DYER
LAW OFFICE OF MICHAEL J. ROMANO
128 SOUTH 2ND STREET
CLARKSBURG WV 26301-2921

EQUITABLE GAS BANKRUPTCY
DEPARTMENT
ATTN: JUDY GAWLOWSKI
225 NORTH SHORE DRIVE 2ND
FLOOR
PITTSBURGH PA 15212-5860

JEFFREY R. HUNT
GOEHRING RUTTER & BOEHM
437 GRANT STREET
14TH FLOOR
PITTSBURGH PA 15219-6107

FRANCIS M. MACHI JR.
3823 MINTWOOD STREET
PITTSBURGH PA 15201-1221

OCWEN LOAN SERVICING LLC
ATTN: CASHIERING DEPARTMENT
1661 WORTHINGTON RD. SUITE 100
WEST PALM BEACH FL 33409-6493

OFFICE OF THE UNITED STATES
TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721

PEOPLES NATURAL GAS COMPANY
LLC EQUITABLE DI
225 NORTH SHORE DRIVE
PITTSBURGH PA 15212-5860

ATTN: DAWN LINDNER
JAMES A. PROSTKO
PHELAN HALLINAN DIAMOND &
JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300

STRAKA & MCQUONE INC.
1099 OHIO RIVER BOULEVARD
SEWICKLEY PA 15143-2081

LOIS M. VITTI
VITTI LAW GROUP INC.
333 ALLEGHENY AVENUE SUITE 303
OAKMONT PA 15139-2072

JAMES WARMBRODT
KML LAW GROUP P.C.
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

STUART P. WINNEG
UDREN LAW OFFICES
111 WOODCREST ROAD
CHERRY HILL NJ 08003-3620

PENNSYLVANIA DEPT. OF REVENUE
DEPARTMENT 280946
P.O. BOX 280946
ATTN: BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PITTSBURGH WATER & SEWER AUTHORITY
C/O GOEHRING RUTTER & BOEHM
437 GRANT STREET 14TH FLOOR
PITTSBURGH PA 15219-6101

RONALD B. ROTEMAN
THE STONECHIPHER LAW FIRM
125 FIRST AVENUE
PITTSBURGH PA 15222-1506

U.S. BANK N.A.
C/O OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 24605
WEST PALM BEACH FL 33416-4605

MATTHEW CHRISTIAN WALDT
MILSTEAD & ASSOCIATES LLC
1 EAST STOW ROAD
MARLTON NJ 08053-3118

ELIZABETH LAMONT WASSALL
SHAPIRO & DENARDO LLC
14000 COMMERCE PARKWAY SUITE B
MOUNT LAUREL NJ 08054-2242

JOSEPH S. SISCA ON BEHALF OF THE UNITED STA
SUITE 960 LIBERTY CENTER
1001 LIBERTY AVENUE
PITTSBURGH PA 15222-3714

PEOPLES NATURAL GAS COMPANY LLC
C/O S. JAMES WALLACE P.C.
845 N. LINCOLN AVE.
PITTSBURGH PA 15233-1828

PLANE FITNESS
1635 S. BRADDOCK AVENUE
PITTSBURGH PA 15218-1663

JOSEPH P. SCHALK
BARLEY SNYDER
126 EAST KING STREET
LANCASTER PA 17602-2893

SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH CO 80129-2386

DAVID Z. VALENCIK
CALAIARO VALENCIK
428 FORBES AVE. SUITE 900
PITTSBURGH PA 15219-1621

S. JAMES WALLACE
845 N. LINCOLN AVENUE
PITTSBURGH PA 15233-1828

WELLS FARGO BANK N.A AS TRUSTEE
C/O SELECT PORTFOLIO SERVICING INC.
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115-4412