IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 14-23154-CMB |
| FRANK M. MACHI, JR., | Chapter 11 |
| Debtor | Doc. #_____ |
| ****************** | Related to Doc. No. 668 & 713, 716 |
| JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE, | |
| Movant | |
| v. | |
| No Respondent(s) | |

## ORDER OF COURT

AND NOW, this __22nd__ day of __February__, 2019, upon consideration of the foregoing "Withdrawal of Application to Allow Payment of Partial Real Estate Broker Fee Nunc Pro Tunc",

**it is hereby ORDERED, ADJUDGED and DECREED** that that "Application to Allow Payment of Partial Real Estate Broker Fee Nunc Pro Tunc" is hereby WITHDRAWN and the continued hearing scheduled for April 9, 2019 is cancelled.

BY THE COURT:

_____
CARLOTA M. BŐHM
Chief United States Bankruptcy Judge

FILED
2/22/19 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA