**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-23154-CMB |
| | ) | |
| FRANK M. MACHI, JR., | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Doc. No. |
| | ) | |
| JEFFREY J. SIKIRICA, TRUSTEE | ) | Related to Doc. Nos. 718 & 719 |
| | ) | |
| Movant | ) | |
| vs. | ) | Hearing Date: 03/19/19 |
| | ) | |
| No Respondents | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY**
**FOR CHAPTER 11 TRUSTEE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Application for Fees and Expenses Submitted by Attorney for Chapter 11 Trustee" (hereinafter "**Application**") filed on **February 19, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Application** appears thereon. Pursuant to the Notice of Hearing, objections to the **Application** were to be filed and served no later than **March 8, 2019**.

It is hereby respectfully requested that the Order attached to the **Application** be entered by the Court.

DATE:  **03/09/2019**

/s/ *Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Esq.
PA ID 36745

121 Northbrook Drive
Gibsonia, PA  15044
(724) 625-2566
(724) 625-4611 fax
sikiricalaw@zoominternet.net

**PAWB Local Form 25 (07/13)**