**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-23154-CMB |
| | ) | |
| FRANK M. MACHI, JR., | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Doc. No. |
| | ) | |
| JEFFREY J. SIKIRICA, TRUSTEE | ) | Related to Doc. Nos. 720 & 721 |
| | ) | |
| Movant | ) | |
| vs. | ) | Hearing Date: 03/19/19 |
| | ) | |
| No Respondents | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR FINAL DECREE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Application for Final Decree" (hereinafter "**Application**") filed on **February 19, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Application** appears thereon. Pursuant to the Notice of Hearing, objections to the **Application** were to be filed and served no later than **March 8, 2019**.

It is hereby respectfully requested that the Order attached to the **Application** be entered by the Court.


DATE: **03/09/2019**                            /s/ *Jeffrey J. Sikirica*
                                                Jeffrey J. Sikirica, Esq.
                                                PA ID 36745

                                                121 Northbrook Drive
                                                Gibsonia, PA  15044
                                                (724) 625-2566
                                                (724) 625-4611 fax
                                                sikiricalaw@zoominternet.net


**PAWB Local Form 25 (07/13)**