UNITED STATES BANKRUPTCY COURT
WESTERN District of PENNSYLVANIA
Pittsburgh Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FRANCIS M. MACHI, JR. | ) | Case No. 14-23154-CMB |
| | ) | |
| Movant. | ) | Chapter 11 |
| | ) | |
| JEFFREY J. SIKIRICA, ESQ. | ) | Doc. No. _____ |
| | ) | |
| Movant, | ) | Related to Doc. No. 718 |
| vs. | ) | |
| | ) | **ENTERED BY DEFAULT** |
| No Respondents | ) | |

## ORDER AWARDING JEFFREY J. SIKIRICA, ESQ., ATTORNEY FOR TRUSTEE, COMPENSATION AND EXPENSES

AND NOW, this __12th__ day of __March__, 2019, upon consideration of the foregoing application for compensation, it is ORDERED, that the sum of $9,471.00 is reasonable additional compensation and the sum of $472.08 is reasonable additional expenses by Jeffrey J. Sikirica, Esq. for the services in this case as attorney for the Chapter 11 Trustee; and, that such sums are approved and to be paid by the Chapter 11 Trustee as part of his distribution of the estate proceeds as allowed by section 330 of the United States Bankruptcy Code.

By the Court,

FILED
3/12/19 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm          **dmr**
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23154-CMB
Francis M. Machi, Jr.                                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2              Date Rcvd: Mar 12, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
db         +Francis M. Machi, Jr.,   3823 Mintwood Street,   Pittsburgh, PA 15201-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:
              David Z. Valencik    on behalf of Attorney    Calaiaro Valencik dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for pabk@logs.com,    ewassall@logs.com
              Erin P. Dyer    on behalf of Creditor    Dyer Law Firm, P.C. erindyer@wvlegalcounsel.com
              James   Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin    Mortgage Trust 2005-10HE, Asset-Backed Certificates, Series 2005-10HE bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association Et Al...    bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO    BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK    PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH C pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al...    pawb@fedphe.com,   james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the    certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Jeffrey J. Sikirica    on behalf of Plaintiff Jeffrey   Sikirica trusteesikirica@zoominternet.net,    PA59@ecfcbis.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,    PA59@ecfcbis.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net,    PA59@ecfcbis.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association Et Al...    jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. jschalk@barley.com,    sromig@barley.com
              Joseph S. Sisca, on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee joseph.s.sisca@usdoj.gov

```
District/off: 0315-2          User: dric                 Page 2 of 2                  Date Rcvd: Mar 12, 2019
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC As Servicer For U.S. Bank National Association, et al kebeck@bernsteinlaw.com,  DMcKay@bernsteinlaw.com
          Lois M. Vitti    on behalf of Creditor    Dyer Law Firm, P.C. nicole@vittilaw.com, loismvitti@vittilaw.com
          Lois M. Vitti    on behalf of Other Prof.    6350 Waldron Street, LLC nicole@vittilaw.com, loismvitti@vittilaw.com
          Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Norman E. Gilkey    on behalf of Mediator Norman  Gilkey ngilkey@bccz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronald B. Roteman    on behalf of Creditor Jennifer  Mariani rroteman@stonecipherlaw.com, ykocher@stonecipherlaw.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Stuart P. Winneg    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 swinneg@udren.com,  cblack@udren.com

                                                                                                                                                                                                                                                      TOTAL: 30