IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 14-23154-CMB |
| FRANK M. MACHI, JR., | Chapter 11 |
| Debtor | Doc. #_____ |
| ****************** | Related to Doc. Nos. 585 & 625 , 720 |
| JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE, | |
| Movant | **ENTERED BY DEFAULT** |
| v. | |
| No Respondent(s) | |

ORDER OF COURT

AND NOW, this  12th  day of  March , 2019, upon consideration of the foregoing "Motion for Final Decree" and finding that the provisions of 11 U.S.C. §1101(2) have been met,

**it is hereby ORDERED, ADJUDGED and DECREED** that that a Final Decree is hereby entered in the above-captioned case in accordance with bankruptcy Rule 3022.

BY THE COURT:

FILED
3/12/19 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_   dmr
CARLOTA M. BOHM
**Chief United States Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Francis M. Machi, Jr.  
    Debtor

Case No. 14-23154-CMB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 2     Date Rcvd: Mar 12, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.  
db        +Francis M. Machi, Jr.,   3823 Mintwood Street,   Pittsburgh, PA 15201-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:

         David Z. Valencik   on behalf of Attorney   Calaiaro Valencik dvalencik@c-vlaw.com,  
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com  
         Donald R. Calaiaro   on behalf of Attorney   Calaiaro Valencik dcalaiaro@c-vlaw.com,  
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com  
         Elizabeth Lamont Wassall   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for pabk@logs.com,   ewassall@logs.com  
         Erin P. Dyer   on behalf of Creditor   Dyer Law Firm, P.C. erindyer@wvlegalcounsel.com  
         James Warmbrodt   on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com  
         James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-10HE, Asset-Backed Certificates, Series 2005-10HE bkgroup@kmllawgroup.com  
         James Warmbrodt   on behalf of Creditor   U.S. Bank National Association Et Al... bkgroup@kmllawgroup.com  
         James A. Prostko   on behalf of Creditor   OCWEN LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH C pawb@fedphe.com,   james.prostko@phelanhallinan.com  
         James A. Prostko   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, et al... pawb@fedphe.com,   james.prostko@phelanhallinan.com  
         James A. Prostko   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee , for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 pawb@fedphe.com,   james.prostko@phelanhallinan.com  
         Jeffrey J. Sikirica   on behalf of Plaintiff Jeffrey   Sikirica trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
         Jeffrey J. Sikirica   trusteesikirica@zoominternet.net,   PA59@ecfcbis.com  
         Jeffrey J. Sikirica   on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net, PA59@ecfcbis.com  
         Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt   on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com  
         Jill Manuel-Coughlin   on behalf of Creditor   U.S. Bank National Association Et Al... jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         Joseph P. Schalk   on behalf of Creditor   Wells Fargo Bank, N.A., et. al. jschalk@barley.com, sromig@barley.com  
         Joseph S. Sisca,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office of the United States Trustee joseph.s.sisca@usdoj.gov

```
District/off: 0315-2          User: culy              Page 2 of 2             Date Rcvd: Mar 12, 2019
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC As Servicer For U.S. Bank National Association, et al kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
- Lois M. Vitti    on behalf of Creditor    Dyer Law Firm, P.C. nicole@vittilaw.com, loismvitti@vittilaw.com
- Lois M. Vitti    on behalf of Other Prof.    6350 Waldron Street, LLC nicole@vittilaw.com, loismvitti@vittilaw.com
- Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
- Norman E. Gilkey    on behalf of Mediator Norman    Gilkey ngilkey@bccz.com
- Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
- Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
- Ronald B. Roteman    on behalf of Creditor Jennifer    Mariani rroteman@stonecipherlaw.com, ykocher@stonecipherlaw.com
- S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
- S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
- Stuart P. Winneg    on behalf of Creditor    U.S. Bank N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 swinneg@udren.com, cblack@udren.com

TOTAL: 30